UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-30058-MAP |
| v. ) | |
| ) | 21 U.S.C. § 846 |
| MICHAEL PRESTON, ) | (Conspiracy to Possess with |
| a/k/a "2-9", and ) | Intent to Distribute Cocaine |
| CANDACE MATEO, ) | Base (Count One) |
| ) | |
| Defendants. ) | 21 U.S.C. § 841 |
| ) | (Possession with Intent to |
| ) | Distribute Cocaine Base |
| ) | (Count Two) |
| ) | |
| ) | 18 U.S.C. § 2 |
| ) | (Aiding and Abetting) |
| | (Count Two) |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:   (Title 21, United States Code, Section 846: Conspiracy to Possess with Intent to Distribute Cocaine Base)

1. On or about and between May 20, 2005, and May 25, 2005, in Berkshire County, in the District of Massachusetts,

MICHAEL PRESTON, a/k/a "2-9," and
CANDACE MATEO,

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and others known and unknown to the Grand Jury to commit an offense against the United States, namely, to knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. The grand jury further charges that the conspiracy described in Count One of this Indictment involved fifty grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) applies to this case.

All in violation of Title 21, United States Code, Section 846.

COUNT TWO:   (Title 21, United States Code, Section 841: Possession with Intent to Distribute Cocaine Base; Title 18, United States Code, Section 2: Aiding and Abetting)

1. On or about May 25, 2005, in Berkshire County, in the District of Massachusetts,

>MICHAEL PRESTON, a/k/a "2-9," and
>CANDACE MATEO,

the defendants herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance.

2. The grand jury further charges that the offense described in Part 1 of Count Two of this Indictment involved fifty grams or more of a mixture or substance containing a detectable amount of cocaine base. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) applies to this case.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
ARIANE D. VUONO
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on August 4, 2005 at 2:15 pm

_____
DEPUTY CLERK OF COURT

♨ JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Massachusetts    **Category No.** 2    **Investigating Agency** DEA

**City** Pittsfield    **Related Case Information:**

**County** Berkshire    Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Candace Mateo    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   458 Barker Road, Pittsfield, MA 01201

Birth date (Year only): 1980  SSN (last 4 #): 5940  Sex  f  Race: _____ Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Ariane D. Vuono    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  8/04/05    Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Candace Mateo

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 :846 | Conspiracy | 1 |
| Set 2 | 21 :841 | Poss. w/intent to distribute cocaine base | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

≋JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts    **Category No.** 2    **Investigating Agency** DEA

**City** Pittsfield    **Related Case Information:**

**County** Berkshire

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Michael Preston    Juvenile ☐ Yes ☒ No

**Alias Name** "2-9"

**Address** 90 John Street, Pittsfield, MA 01201

**Birth date (Year only):** 1974  **SSN (last 4 #):** 0349  **Sex** m  **Race:** _____  **Nationality:** _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Ariane D. Vuono    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 8/04/05    **Signature of AUSA:** /s/ Ariane D. Vuono

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Michael Preston

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Number |
|---|---|---|
| Set 1  21:846 | Conspiracy | 1 |
| Set 2  21:841 | Poss. w/intent to distribute cocaine base | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**