AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

| FIRST | DISTRICT OF | MASSACHUSETTS |

UNITED STATES

v.

DARRYL BURNS,

DARRYL MOORER, and

NAOMI WATFORD

**APPEARANCE**

Case Number: 05-30057 MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States

I certify that I am admitted to practice in this court.

August 7, 2005
Date

_____
Signature

Ariane D. Vuono
Print Name                                    Bar Number

1550 Main Street
Address

Springfield        MA       01103
City               State    Zip Code

413-785-0330        413-785-0394
Phone Number        Fax Number