AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**APPEARANCE**

Case Number: **30058 MAP**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for **Candace Mateo**

Date: **8/9/05**

Signature: [signed]

Print Name: **Joseph D. Bernard**

Address: **73 State St**

City: **Spfld**  State: **MA**  Zip Code: **01103**

Phone Number: **(413) 731 9995**