UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 05-30058-MAP |
| | ) | |
| | ) | |
| MICHAEL PRESTON and | ) | |
| CANDACE MATEO, | ) | |
| Defendants | ) | |

SCHEDULING ORDER
August 9, 2005

NEIMAN, U.S.M.J.

Michael Preston and Candace Mateo ("Defendants"), having been arraigned

before the court this day and having elected to proceed under the automatic discovery

rules, IT IS HEREBY ORDERED in accordance with Local Criminal Rules (LR) 116.1

through 116.5 that further proceedings shall be governed as follows:

1.  The Government shall produce, on or before August 23, 2005, those

    materials required to be produced under LR 116.1(C).

2.  Defendants shall produce, on or before September 6, 2005, those

    materials required to be produced under LR 116.1(D).

3.  Any discovery request letters shall be sent and filed by September 20,

    2005.  *See* LR 116.3(A) and (H).

4.  Any responses to discovery request letters shall be sent and filed within

    fourteen days of receipt of the discovery request letter(s) referred to in

    Paragraph 3 above *or* on or before October 4, 2005, *whichever date shall*

    *first occur.  See* LR 116.3(A).

5.      Consistent with the provisions of LR 116.3(E) through (H), any and all
        discovery motions shall be filed on or before fourteen days after the
        receipt of the opposing party's declination to provide the requested
        discovery *or* fourteen days after the opposing party has received the
        discovery request letter and has failed to respond thereto, *whichever date
        shall first occur.  See* LR 116.3(E) through (H).

6.      Consistent with the provisions of Paragraph 5 above, a response  to any
        motion shall be filed on or before fourteen days after the motion has been
        filed.  *See* LR 116.3(I).

7.      An Initial Status Conference in accordance with LR 116.5 will be held at
        the parties' request on September 28, 2005, at 12:30 p.m. in Courtroom
        III.[1]

8.      A joint memorandum addressing those items set forth in Local Rule
        116.5(A)(1) through (7) shall be filed on or before the close of business,
        September 26, 2005.

DATED:   August 9, 2005

                                         /s/ Kenneth P. Neiman
                                         KENNETH P. NEIMAN
                                         U.S. Magistrate Judge

---

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as the court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Fed. R. Crim. P. 43, defendants in custody will not be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference. *See* Fed. R. Crim. P. 43(c)(3).