UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CRIMINAL ACTION NO.: 05-30058-MAP |
| | ) |
| CANDACE MATEO | ) |
| | ) |

## EMERGENCY MOTION TO CHANGE PRE-TRIAL CONDITIONS

The defendant, Candace Mateo, moves this court to revise the current Pre-Trial conditions of release order. There has been a change in circumstance which warrants Ms. Mateo to be able to travel to the state of New Jersey. Specifically, Ms. Mateo requests permission to leave the Commonwealth of Massachusetts from October 8, 2005 (6:00 a.m.) until October 9, 2005 (7:00 p.m.). As grounds, therefore please see-attached affidavit.

Candace Mateo
By Her Attorney,

Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA 01103
413-731-9995
BBO#: 557986

Assented to by:

Adrian D. Vuono
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CRIMINAL ACTION NO.: 05-30058-MAP |
| | ) |
| CANDACE MATEO | ) |
| | ) |

### AFFIDAVIT

1. I, Joseph D. Bernard, represent the above-named Defendant, Candace Mateo.

2. On September 14, 2005, I was contacted by Ms. Mateo.

3. Upon information and belief Ms. Mateo has a scheduled 50th Birthday Party from October 8 through October 9, 2005, in Newark, New Jersey. Her aunt, Linda Bell is celebrating her 50th Birthday in Newark, New Jersey and the entire family is scheduled to attend the celebration.

4. Upon information and belief Ms. Mateo is planning on leaving with her mother Dwana Dewitt at approximately 6:00 a.m., on October 8, 2005 and returning at approximately 7:00 p.m., on October 9, 2005.

Signed under the pains and penalties of perjury this 14th day of September.

_____
Joseph D. Bernard

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CRIMINAL ACTION NO.: 05-30058-MAP |
| | ) |
| CANDACE MATEO | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Motion, by Hand delivery, this 14th day of September, 2005 on:

Assistant United States Attorney
Adrian D. Vuono
U.S. Attorney's Office
1550 Main Street, Room 310
Springfield, MA 01103

*Joseph D. Bernard (JR)*
Joseph D. Bernard