UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-30058-MAP |
| MICHAEL PRESTON, and | ) | |
| CANDACE MATEO | ) | |
| Defendants. | ) | |

THE PARTIES' JOINT STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William J. O'Neil, attorney for Michael Preston, and Joseph D. Bernard, attorney for Candace Mateo, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written order.

1. The government states that this is not a complex case and therefore the timing requirements imposed by Local Rule 116.3 should be followed.

2. The government anticipates that the defendants will request discovery concerning expert witnesses under Fed.R.Crim.P. 16(a)(1)(E). The government requests reciprocal discovery pursuant to Fed.R.Crim.P. 16(B)(1)(C). Accordingly, it is appropriate for the Court to establish dates for response by the parties.

3. The government believes that there will be additional

discovery to be provided by the government and the defendants as a result of the future receipt of information, documents, or reports of examinations or tests.

4. The government states that a motion date should be established under Fed.R.Crim.P. 12(c).

5. The government states that the time from arraignment, through the present is excludable from the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3). Accordingly, the government requests that the Court issue an order indicating that the time from arraignment to the present is excludable pursuant to Local Rule 112.2(B).

6. The government anticipates a trial in this case which will require approximately two weeks consisting of four hour trial days.

7. The government states that it is premature to establish a final status conference at this time.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Ariane D. Vuono
Ariane D. Vuono
Assistant U.S. Attorney

/s/ William J. O'Neil (ADV)
William J. O'Neil, Esq.
Attorney for Michael Preston

                                                                            _____
                                                                            Joseph D. Bernard, Esq.
                                                                            Attorney for Candace Mateo

Dated: September 28, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.               )<br>)<br>MICHAEL PRESTON, and  )<br>CANDACE MATEO         )<br>)<br>Defendants.  ) | CRIMINAL NO. 05-30058-MAP |

THE PARTIES' JOINT STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William J. O'Neil, attorney for Michael Preston, and Joseph D. Bernard, attorney for Candace Mateo, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written order.

1. The government states that this is not a complex case and therefore the timing requirements imposed by Local Rule 116.3 should be followed.

2. The government anticipates that the defendants will request discovery concerning expert witnesses under Fed.R.Crim.P. 16(a)(1)(E). The government requests reciprocal discovery pursuant to Fed.R.Crim.P. 16(B)(1)(C). Accordingly, it is appropriate for the Court to establish dates for response by the parties.

3. The government believes that there will be additional

discovery to be provided by the government and the defendants as a result of the future receipt of information, documents, or reports of examinations or tests.

4.  The government states that a motion date should be established under Fed.R.Crim.P. 12(c).

5.  The government states that the time from arraignment, through the present is excludable from the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1), (2), and (3). Accordingly, the government requests that the Court issue an order indicating that the time from arraignment to the present is excludable pursuant to Local Rule 112.2(B).

6.  The government anticipates a trial in this case which will require approximately two weeks consisting of four hour trial days.

7.  The government states that it is premature to establish a final status conference at this time.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Ariane D. Vuono
Ariane D. Vuono
Assistant U.S. Attorney

/s/ William J. O'Neil (by v)
William J. O'Neil, Esq.
Attorney for Michael Preston

_____
Joseph D. Bernard, Esq.
Attorney for Candace Mateo

Dated: September 28, 2005