THE LAW OFFICES OF
JOSEPH D. BERNARD, P.C.

73 STATE STREET, SUITE 301
SPRINGFIELD, MA 01103
TELEPHONE: (413) 731 - 9995 · FAX (413) 730 - 6647
BELCHERTOWN OFFICE:
22 SOUTH MAIN STREET
BELCHERTOWN, MASSACHUSETTS 01007
TELEPHONE: (413) 323-6556
WEBSITE: www.bernardatlaw.com
PLEASE REPLY TO SPRINGFIELD OFFICE

JOSEPH D. BERNARD

October 5, 2005

United States Attorney's Office
Assistant U.S. Attorney Ariane D. Vuono
Federal Building & Courthouse
Main Street, Suit 310
Springfield, MA 01103

Re:   United States v. Candace Mateo—05-30058-MAP

Dear Attorney Vuono:

Please provide my office with any and all written reports by law enforcement officials in this matter. Additionally, please provide me with a written description of the consensually recorded interceptions on or about May 25, 2005 which relate to the above charges.

If you have any questions please feel free to contact my office.

Sincerely yours,

Joseph D. Bernard /djr

Joseph D. Bernard
JDB: djr

Cc:   United States Clerk's Office