

U.S. Department of Justice

FILED
...'S OFFICE

2005 OCT 20  P 5:36

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

October 19, 2005

Joseph D. Bernard, Esq.
73 State Street
Springfield, MA 01103

      Re:   <u>United States v. Candace Mateo</u>
            Criminal No. 05-30058-MAP

Dear Attorney Bernard:

    This letter is in response to your discovery letter dated October 5, 2005.

    1.   The government declines to provide any written reports by law enforcement officials on the basis that the reports constitute <u>Jencks</u> Act material which need not be disclosed at this time.

    2.   Please find enclosed copies of Exhibits N-16, N-17, N-18 (1 and 2), and N-20. There is also a videotape (N-18 No. 3) relating to the May 25th sale of narcotics. I have provided a copy of the videotape to attorney William O'Neil, counsel for Michael Preston.

    3.   Also enclosed are two reports (DEA 7) regarding Exhibits 6 and 7. Exhibit 6 (.42 grams cocaine base) was seized from Ms. Mateo's vehicle during her arrest on August 5, 2005. Exhibit 7 (3.2 grams cocaine base) was seized from Mr. Preston subsequent to his arrest on August 5, 2005.

    Please feel free to call me at (413) 785-0330 if you have

any questions about the above information.

                                  Very truly yours,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                     By:

                                  ARIANE D. VUONO
                                  Assistant U.S. Attorney

Encs.