```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )
        v.                  )   CRIMINAL NO. 05-30058-MAP
                            )
MICHAEL PRESTON, and        )
CANDACE MATEO               )
                            )
        Defendants.         )
```

### THE PARTIES' JOINT STATUS REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William J. O'Neil, attorney for Michael Preston, and Joseph D. Bernard, attorney for Candace Mateo, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written order.

1. There are no pending discovery requests. Counsel for Mr. Preston has requested some minor clarifications regarding discovery already provided. The government has agreed to provide the requested information.

2. The parties state that a motion date should be established under Fed.R.Crim.P. 12(c).

3. The government states that the time from arraignment, through the present is excludable from the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3). Accordingly, the government requests

that the Court issue an order indicating that the time from arraignment to the present is excludable pursuant to Local Rule 112.2(B).

4. The government anticipates a trial in this case which will require approximately two weeks consisting of four hour trial days.

5. The government states that it is appropriate to establish a final status conference at this time.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Ariane O. Vuono
Ariane D. Vuono
Assistant U.S. Attorney


William J. O'Neil, Esq.
Attorney for Michael Preston


Joseph D. Bernard, Esq.
Attorney for Candace Mateo


Dated: November 9, 2005

that the Court issue an order indicating that the time from arraignment to the present is excludable pursuant to Local Rule 112.2(B).

4. The government anticipates a trial in this case which will require approximately two weeks consisting of four hour trial days.

5. The government states that it is appropriate to establish a final status conference at this time.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Ariane D. Vuono
Assistant U.S. Attorney

_____
William J. O'Neil, Esq.
Attorney for Michael Preston

_____
Joseph D. Bernard, Esq.
Attorney for Candace Mateo

Dated: November 9, 2005