UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA          )
                                  )
                                  )
        v.                        )          Criminal Action No. 05-30058-MAP
                                  )
                                  )
MICHAEL PRESTON and               )
CANDACE MATEO,                    )
                Defendants   )


FINAL STATUS REPORT
December 5, 2005

NEIMAN, U.S.M.J.

The court held final status conferences this day, and in accord with Local Criminal

Rule 116.5(D), reports as follows:

1.      All discovery has been completed.

2.      An initial pretrial conference has been scheduled for January 19, 2006, at

        2:00 p.m. in Courtroom I.  The parties estimate that a trial, if necessary, will

        take approximately four days. Defendant Mateo is likely to change her plea.

3.      Defendants do not intend to raise a defense of insanity, alibi, or public

        authority.

4.      For the reasons stated in the parties' joint report, the parties – and the court

        – agree that, as of today, no time will have run on the Speedy Trial clock.

5.      There are no other matters relevant to the progress or resolution of this case.


                                  /s/    Kenneth P. Neiman
                                  KENNETH P. NEIMAN
                                  U.S. Magistrate Judge