UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    )<br>     v.    )<br>    )<br>MICHAEL PRESTON and  )<br>CANDACE MATEO,   )<br>          Defendants ) | Criminal Action No. 05-30058-MAP |

## ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders excludable delay for the time periods and the reasons checked below.

January 10, 2006                           /s/   Kenneth P. Neiman
Date                                         U.S. Magistrate Judge

REFER TO DOCUMENT:  [27] Joint Memorandum of the parties, and finding made in open court on 12/05/05

[ ]  XA  _____   Proceedings including examinations to determine mental competency or physical capacity in accord with 18 U.S.C.§3161(h)(1)(A)

[ ]  XD  _____   Interlocutory Appeal in accord with 18 U.S.C.§3161(h)(1)(E)

[ ]  XE  _____   Pretrial motions from filing date to hearing or disposition in accord with 18 U.S.C.§3161(h)(1)(F)

[ ]  XG  _____   Proceedings under advisement in accord with 18 U.S.C.§3161(h)(1)(J)

[ ]  XH  _____   Miscellaneous proceedings concerning defendant in accord with 18 U.S.C.§3161(h)(1)

[ ]  XM  _____   Absence or unavailability of defendant or essential Government witness in accord with 18 U.S.C.§3161(h)(3)

[ ]  XN  _____   Period of mental or physical incompetency or physical inability to stand trial in accord with 18 U.S.C.§3161(h)(4)

[X]  XT  9/28/05-12/05/05   Continuance granted in the interest of justice in accord with 18 U.S.C.§3161(h)(8)