UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
'S OFFICE

2006 JAN 20 P 3: 05

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-30058-MAP |
| | ) | |
| MICHAEL PRESTON, and | ) | |
| CANDACE MATEO | ) | |
| Defendants. | ) | |

THE GOVERNMENT'S MOTION FOR ORDER OF EXCLUDABLE DELAY
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests the Court to issue an order of excludable delay from December 5, 2005, through January 19, 2006. In support of its motion the government states as follows:

1. On January 10, 2006, the Court issued an order of excludable delay from September 28, 2005, through December 5, 2005.

2. Thereafter, on January 19, 2006, the parties attended a status conference wherein the Court was informed that the parties utilized the period between December 5, 2005, and January 19, 2006, to review discovery, discuss a potential resolution of the case and to research the validity of the defendants' prior convictions. If convicted, both defendants are facing substantial increases in their sentences based on their prior criminal history. The government submits that the time utilized

by the parties to review discovery and research the validity of the relevant underlying convictions was necessary for the effective preparation of the case. Accordingly, the ends of justice served by excluding the time between December 5, 2005, and January 19, 2006, outweigh the best interest of the public and the defendants in a speedy trial.

WHEREFORE, the government respectfully requests that the Court issue an order excluding the time from December 5, 2005, to January 19, 2006, under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A)(I) and (iv).

>                    Respectfully submitted,
>
>                    MICHAEL J. SULLIVAN
>                    United States Attorney
>
> By:   _____
>                    Ariane D. Vuono
>                    Assistant U.S. Attorney

Dated: January 20, 2006

CERTIFICATE OF SERVICE

Hampden, ss.
                                              Springfield, Massachusetts
                                              January 20, 2006

    I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail on William J. O'Neil, Esq., 7 Stockbridge Street, Springfield, MA 01103 and Joseph Bernard, Esq., 73 State Street, Springfield, MA 01103.

                                                /s/ Ariane D. Vuono
                                              Ariane D. Vuono
                                              Assistant U.S. Attorney