**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil / Criminal  No.   CR 05-30058

   Title:   United States v. Michael Preston et al

**N O T I C E**

Please take notice that the above-entitled case previously assigned to Judge   Michael A. Ponsor   has been reassigned to  Judge Rya W. Zobel   for all further proceedings following entry of Judge Ponsor's Order of Transfer on January 25, 2006.  From this date forward the case number on all pleadings should be followed by the initials RWZ.

You may contact Judge Zobel's Courtroom Deputy Clerk, Lisa Urso at 617-748-9187  or Docket Clerk, Jay Johnson at 617-748-9085 for information regarding scheduling.

Thank you for your cooperation in this matter.

                                                                SARAH A. THORNTON
                                                                CLERK OF COURT

                                         By:   /s/ *Virginia A. Hurley*
                                                    Deputy Clerk

Date:   1/31/06

Note:  Attached to this Notice of Reassignment is a recent Notice from the Clerk of Court regarding amendments to the Local Rules mandating the use of the Court's Electronic Filing System.

Copies to:   Counsel

(MAP Notice.wpd - 3/7/2005)