UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-30058-MAP |
| | ) | |
| MICHAEL PRESTON, and | ) | |
| CANDACE MATEO | ) | |
| Defendants. | ) | |

### GOVERNMENT'S MOTION FOR ORDER OF EXCLUDABLE DELAY
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests the Court to issue an order of excludable delay under the Speedy Trial Act for the period of time from February 15, 2006, the date on which the initial pretrial conference was held and on which the Court ordered the government to permit the defendant Mateo an opportunity to weigh the drugs that form the basis for the indictment, through April 7, 2006, the date on which the defense expert weighed the drugs.

In support of this motion the government states that during that period of time, Ms. Mateo's counsel was engaged in the process of obtaining an expert, determining whether the expert would be analyzing the drugs or weighing them or both, and coordinating with the government to arrange for the drugs to be delivered to Springfield from the DEA laboratory in New York and made available for the expert's review.  Accordingly, the period

of time between February 15, 2006, and at least March 31, 2006, is excludable from the Speedy Trial Clock as to both defendants Mateo and Preston, pursuant to 18 U.S.C. § 3161(h)(1)(F), (h)(7), and (h)(8)(A).

WHEREFORE, the government respectfully requests that the Court issue an order excluding the time from February 15, 2006, through at least March 31, 2006, as to both defendants under the Speedy Trial Act.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By:
>  /s/ Thomas J. O'Connor, Jr.
>  Thomas J. O'Connor, Jr.
>  Assistant U.S. Attorney

Dated: April 11, 2006

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document has been filed through the ECF system to be served electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>  /s/ Thomas J. O'Connor, Jr.
>  Thomas J. O'Connor, Jr.
>  Assistant U.S. Attorney

Dated: April 11, 2006