## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )

                              )

V.                          )    **CRIMINAL ACTION NO.:05-30058**

                              )

**CANDACE MATEO**               )
**MICHAEL PRESTON**

---

## JOINT MOTION TO CONTINUE

---

All parties move this Honorable Court to continue their trial to a date at least four weeks after May 1, 2006. Counsel has just received a Report from Harvey M. Cohen, PH.D., and more time is needed to research some of the issues presented.

Candace Mateo
By Her Attorney,

*Joseph D. Bernard Jr*

Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA 01103
413-731-9995
BBO# 557986

Michael Preston
By His Attorney

*William J. O'Neil Jr*

William J. O'Neil
The Laws Office of Martinez & O'Neil, P.C.
7 Stockbridge Street
Springfield, MA 01103
(413) 733-6821

Assistant United States Attorney

*Thomas O'Connor Jr*

Thomas O'Connor
U.S. Attorney's Office
1550 Main Street, Room 310
Springfield, MA 01103

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CRIMINAL ACTION NO.: 05-30058 |
| | ) |
| CANDACE MATEO | ) |

### AFFIDAVIT

1.  I, Joseph D. Bernard represent the above-named Defendant, Candace Mateo.

2.  Ms. Mateo is currently charged with violation of 21 U.S.C. § 846: conspiracy to posses with intent to distribute cocaine base. The indictment specifically describes the cocaine involved to be fifty (50.0) grams or more. If proved to be fifty (50.0) grams or more 21 U.S. C A § 841 specifically states that the penalty is a term of imprisonment not less that ten (10) years.

3.  The DEA analysis alleges the weight to be fifty (50.0) grams of cocaine.

4.  On Friday, April 9, 2006, Dr. Harvey Cohen, PH.D., weighed the narcotics at issue on this case.

5.  His findings show that the gross weight is forty four and ninety one (44.91) grams.

6.  If proved to be less than fifty (50.0) grams, but more than five (5) grams 21 U.S.CA § 841 specifically states that the penalty is reduced to not less than five (5) years. Hence, a five year minimum mandatory rather than a ten year minimum mandatory.

7.  All counsel believe that additional time is necessary for further preparation as well as being productive regarding potential plea negotiations.

8.  The informal findings show that the weight to be significantly less than fifty (50.0) grams of cocaine.

9.  Based upon these informal conclusions, Mr. Cohen is preparing a formal opinion letter and I am now in need of information pertaining to the scale used by the United States Government in weighing the narcotics at issue. The Government has agreed to provide me with the necessary information pertaining to their scales and has already made the particular requests. Further the government has requested more information regarding the scale used by Dr. Cohen. All counsel believes that the ultimate conclusion of the weight could also facilitate productive plea negotiations.

10.    I have spoken to Attorney William O'Neil and he informs that he has spoken to his
       client regarding this issue and joins in the request to continue. I have spoken to
       Assistant United States Attorney Thomas O'Conner and he too joins in the request to
       continue.

Signed under the pains and penalties of perjury this 12th day of April, 2006.

_____
Joseph D. Bernard

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CRIMINAL ACTION NO.: 05-30058 |
| | ) |
| CANDACE MATEO | ) |
| MICHAEL PRESTON | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Motion, by FIRST CLASS MAIL, this 12th day of April, 2006 on:

Assistant United States Attorney
Thomas O'Connor
U.S. Attorney's Office
1550 Main Street, Room 310
Springfield, MA 01103

Attorney William J. O'Neil
Law Offices of Martinez & O'Neil, P.C.
7 Stockbridge Street
Springfield, MA 01103

Joseph D. Bernard