

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*    *Federal Building & Courthouse*
*1 550 Main Street, Room 310*
*Springfield, Massachusetts  01103*


April 10, 2006

Joseph D. Bernard, Esq.
73 State Street
Springfield, MA 01103

William J. O'Neil
7 Stockbridge Street
Springfield, MA 01103

    Re:    United States v. Candace Mateo, Cr. No. 05-30058.

Dear Mr. Bernard and Mr. O'Neil:

    I am writing to request that you provide me with the names, qualifications, and a summary of the opinions of any expert witnesses whom you plan to call in the Mateo and Preston case. In the event that you intend to call Dr. Harvey Cohen as an expert, I request that you provide me with the name of the manufacturer, the make, model and serial number of the scale that he used to weigh the drugs at issue, information regarding the tolerances of that scale, and a summary of Dr. Cohen's methodology, findings, and conclusions.

    Please contact me if you have any questions or wish to discuss this matter further.

                                        Very truly yours,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                 By: /s/ Thomas J. O'Connor, Jr.
                                    Thomas J. O'Connor, Jr.
                                    Assistant U.S. Attorney