UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                       )<br>)<br>MICHAEL PRESTON, and           )<br>CANDACE MATEO                   )<br>         Defendants.              ) | CRIMINAL NO. 05-30058-MAP |

GOVERNMENT'S MOTION FOR ORDER OF EXCLUDABLE DELAY

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests the Court to issue an order of excludable delay under the Speedy Trial Act for the period of time from April 10, 2006, the date on which the government sent a discovery letter to defendants seeking expert disclosure, through April 14, 2006, the date on which the government received its response.

The government further requests the Court to issue an order of excludable delay under the Speedy Trial Act for the period of time from April 14, 2006, the date on which the government received the defendant Candace Mateo's discovery request for information pertaining to the methods of and scales used for weighing the drugs at issue, through April 18, 2006, the date on which the government replied.

The government states that the periods of time identified above are excludable from the Speedy Trial Act clock in the

interests of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (h)(7), and Local Rules 112.2(3) and 116.3.

WHEREFORE, the government respectfully requests that the Court issue an order excluding the time from April 10, 2006, through April 18, 2006, as to both defendants under the Speedy Trial Act.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:
    /s/ Thomas J. O'Connor, Jr.
    Thomas J. O'Connor, Jr.
    Assistant U.S. Attorney

Dated: April 20, 2006

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document has been filed through the ECF system to be served electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    /s/ Thomas J. O'Connor, Jr.
    Thomas J. O'Connor, Jr.
    Assistant U.S. Attorney

Dated: April 20, 2006