

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*                 *Federal Building & Courthouse*
                                                  *1 550 Main Street, Room 310*
                                                  *Springfield, Massachusetts 01103*

April 18, 2006

Joseph D. Bernard, Esq.
73 State Street
Springfield, MA 01103

William J. O'Neil
7 Stockbridge Street
Springfield, MA 01103

      Re:  <u>U.S. v. Micheal Preston & Candace Mateo, No. 05-30058.</u>

Dear Mr. Bernard and Mr. O'Neil:

      Enclosed please find (1) a packet of materials from DEA
laboratory pertaining to the weighing and analysis of the drugs
at issue in the above-referenced matter, including information
about the scales used to weigh the drugs; (2) a packet containing
two 4-page Pittsfield Police Department reports and one 9-page
Sheffield Police Department report pertaining to cooperation
activities of James Kimpel-Phibbs, a potential witness in the
government's case-in-chief; and (3) a packet containing
preliminary transcripts of the recorded conversations in this
case.

      Please contact me if you have any questions or wish to
discuss these matters further.

               Very truly yours,

               MICHAEL J. SULLIVAN
               United States Attorney

By:

               Thomas J. O'Connor, Jr.
               Assistant U.S. Attorney

Encs.



**U. S. Department of Justice**

Drug Enforcement Administration

Northeast Laboratory
99 Tenth Avenue
Suite 721
New York, NY 10011

*www.dea.gov*                                       April 13, 2006

Michael J. Sullivan
United States Attorney
District of Massachusetts
Federal Building and Courthouse
1550 Main Street, Room 310
Springfield, MA  01103

Re:  U.S. v. Candace Mateo & Michael Preston, Cr. No. 05-30058

Dear Mr. Sullivan:

In accordance with the requests outlined in your letter of March 31, 2006 (copy included), we are enclosing the following material:

A.  Complete Analytical Data for Exhibit 5 Case # CU-05-0018

B.  Complete Analytical Data for Exhibit 6 Case # CU-05-0018

C.  Complete Analytical Data for Exhibit 7 Case # CU-05-0018

D.  Technical data for a Satorius excellence E 5500 S series balance.  This balance was used to determine the net weight reported for Exhibit 5 and is indicated on the chemist's worksheet as balance # DEA 109752.

E.  Technical data for a Mettler Toledo AX 504 series balance.  This balance was used to determine the net weight reported for Exhibits 6 and 7 and is indicated on the chemist's worksheet as balance # DEA 294028.

Should you require additional information/assistance, please contact Associate Laboratory Director Edward Manning at 212-620-6564.

Very truly yours,

Thomas Blackwell

U. S. ATTORNEY'S OFFICE
1550 Main Street - Room 310
Springfield, MA  01103

4-17-06

cc: Gregory Mitchell
    Case File



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*

*Federal Building & Courthouse*
*1 550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

March 31, 2006

**VIA FAX TO (212) 620-3585**

Thomas Blackwell
Director
Northeast Laboratory
Drug Enforcement Administration
99 10th Avenue, Suite 721
New York, NY 10011

Re: U.S. v. Candace Mateo & Michael Preston, Cr. No. 05-30058.

Dear Mr. Blackwell:

I am writing to request that you forward to me a copy of the
entire case file, including any lab notes, instrumental data, and
tolerance limits for any scales used to weigh the drugs
identified as Exhibits 5, 6 and 7 in the above referenced matter,
which bears DEA File No. CU-05-0018. Copies of the DEA 7 reports
are attached. Please note that the scale tolerance limits are
primarily important for Exhibit 5, which was weighed as 50.0
grams.

Thank you in advance for your attention to this matter.
Please call me at (413) 785-0395, if you have any questions.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Thomas J. O' Connor, Jr.
Assistant U.S. Attorney

Attachments

# Operating Instructions



# METTLER TOLEDO
# AX and MX/UMX Balances



## Technical data (limit values)

| Model | AX204DR | AX304 | AX504 |
|---|---|---|---|
| Maximum load | 220 g | 310 g | 510 g |
| Maximum load, fine range | 81 g | — | — |
| Readability | 1 mg | 0.1 mg | 0.1 mg |
| Readability, fine range | 0.1 mg | — | — |
| Repeatability (sd) at full load [1] | 0.6 mg | 0.1 mg | 0.1 mg |
| Repeatability (sd) (at gross load) [1] | 0.05 mg (10 g) | 0.07 mg (10 g) | 0.07 mg (10 g) |
| Linearity | 0.3 mg | 0.3 mg | 0.4 mg |
| Eccentric load deviation at 1/2 maximum capacity [2] | 0.25 mg | 0.5 mg | 0.6 mg |
| Sensitivity offset [3] | $3.0 \times 10^{-6}$ | $5.0 \times 10^{-6}$ | $5.0 \times 10^{-6}$ |
| Sensitivity temperatur drift [4] | 0.0001%/°C | 0.0001%/°C | 0.0001%/°C |
| Sensitivity stability [5] | 0.0001%/a | 0.0001%/a | 0.0001%/a |
| Weighing time typical [6] | 4 s | 4 s | 4 s |
| Interface update rate | 7 /s | 7 /s | 7 /s |
| Balance dimensions (WxDxH) (mm) | 241x505x293 | 241x505x293 | 241x505x293 |
| Control unit dimensions (WxDxH) (mm) | — | — | — |
| Usable height of draft shield | 240 mm | 240 mm | 240 mm |
| Weighing pan dimensions (WxD) (mm) | 80 x 80 | 80 x 80 | 80 x 80 |

## Typical data for determination of the measurement uncertainty

| | | | |
|---|---|---|---|
| Repeatability (sd) typical | $0.4 \text{ mg} + 5 \times 10^{-7} \cdot R_{gr}$ | $0.04 \text{ mg} + 6 \times 10^{-8} \cdot R_{gr}$ | $0.04 \text{ mg} + 6 \times 10^{-8} \cdot R_{gr}$ |
| Repeatability (sd) in fine range typical [7] | $0.04 \text{ mg} + 1.2 \times 10^{-7} \cdot R_{gr}$ | — | — |
| Differential nonlinearity (sd) typical | $\sqrt{1 \times 10^{-11} \cdot R_{nt}}$ | $\sqrt{8 \times 10^{-12} \cdot R_{nt}}$ | $\sqrt{8 \times 10^{-12} \cdot R_{nt}}$ |
| Diff. eccentric load deviation (sd) typical | $2.5 \times 10^{-7} \cdot R_{nt}$ | $2.5 \times 10^{-7} \cdot R_{nt}$ | $2 \times 10^{-7} \cdot R_{nt}$ |
| Sensitivity offset (sd) typical [3] | $6 \times 10^{-7} \cdot R_{gr}$ | $6 \times 10^{-7} \cdot R_{gr}$ | $8 \times 10^{-7} \cdot R_{gr}$ |
| Minimum weight (according to USP) typical [8] | $1200 \text{ mg} + 1.5 \times 10^{-3} \cdot R_{gr}$ | $120 \text{ mg} + 1.8 \times 10^{-4} \cdot R_{gr}$ | $120 \text{ mg} + 1.8 \times 10^{-4} \cdot R_{gr}$ |
| Minimum weight (according to USP) in fine range typical [7] | $120 \text{ mg} + 3.6 \times 10^{-4} \cdot R_{gr}$ | — | — |
| Minimum weight (@ U=1&, 2 sd) typical | $80 \text{ mg} + 1 \times 10^{-4} \cdot R_{gr}$ | $8 \text{ mg} + 1.2 \times 10^{-5} \cdot R_{gr}$ | $8 \text{ mg} + 1.2 \times 10^{-5} \cdot R_{gr}$ |
| Minimum weight (@ U=1&, 2 sd) in fine range typical [7] | $8 \text{ mg} + 2.4 \times 10^{-5} \cdot R_{gr}$ | — | — |

[1] Valid for compact objects
[2] According to OIML R76
[3] After adjustment with built-in reference weight
[4] In the temperature range 10...30 °C
[5] Sensitivity drift/year after putting into operation for the first time, with the FACT self-calibration function activated
[6] Includes sample handling and setting time
[7] With DeltaRange models: Fine range starting at zero gross load

sd =   Standard deviation
Rgr =  Gross weight
Rnt =  Net weight (sample weight)
a =    Year (annum)
[8]    The minimum weight can be improved by the following measures:
       - Selecting suitable weighing parameters
       - Choosing a better location
       - Using smaller taring containers
       - Using an inner draft shield (AX)

The information contained in this document has been carefully prepared and represents the most up-to-date status. Data shown as typical are reference values for calculation of the expected measurement uncertainty. The actual measurement performance may be affected negatively or positively by the place of use and/or the settings.

# Sartorius excellence
# E 5500 S, E 8100 P,
# E 12000 S.



Electronic Toploaders
Installation and operating instructions



# Sartorius laboratory.
# E 5500 S, E 8100 P, E 12000 S.

With this Sartorius toploader you have acquired a top-of-the-line, sophisticated electronic device that will lighten your daily workload.

Please read this manual carefully before starting to work with your new toploader.

# Technical Data

| Model | | E 5500 S | E 8100 P | E 12000 S |
|---|---|---|---|---|
| Weighing range | g | 5500 | 800/1600/4000/8100 | 12100 |
| Readability | g | 0.01 | 0,01/0,02/0,05/0,1 | 0,1 |
| Tare range (by subtraction) | g | -5500 | -8100 | -12100 |
| Standard deviation | g | ≤± 0.01 | ≤± 0,01/0,01/0,025/0,05 | ≤± 0,05 |
| Max. linearity | g | ≤± 0.02 | ≤± 0,02/0,02/0,05/0,1 | ≤± 0,1 |
| Stabilization time (typical) | s | 2 | | |
| Display update | s | 0.1 ... 0.8 (user-selectable) | | |
| Adaption to ambient conditions and application requirements | | by user-selection of 4 optimized filter levels | | |
| Stability range | d | 0.25 ... 64 (user-selectable) | | |
| Ambient temperature range | K | +273 ... +313 | | |
| Sensitivity drift within 283 ... 303 K | /K | ≤± 2·10$^{-6}$ | | |
| Deviation of the readout when the balance is tilted 1:1000 | g | ≤± 0.01 | | |
| Pan dimensions | mm | 235 x 190 | | |
| Balance housing (W x D x H) | mm | 252 x 275 x 84 | | |
| Net weight | kg | 8 | | |
| Line voltages, frequencies | V Hz | 100/120 V/220/240 V, 50 - 60 | | |
| Consumption | VA | 8 | | |
| Interface | | RS 232 C/V24 – 28, RS 423/V10; 7-bit; parity: even, mark, odd, space; transmissions rate: 150 ... 9600 Baud | | |

3

**U.S. Department of Justice**
Drug Enforcement Administration

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

| 1. HOW OBTAINED (Check) | | | |
|---|---|---|---|
| [X] Purchase  [ ] Seizure  [ ] Free Sample | | | |
| [ ] Lab. Seizure  [ ] Money Flashed  [ ] Compliance Sample (Non-Criminal) | | | |
| [ ] Internal Body Carry  [ ] Other (Specify) | | | |

| 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|
| CU-05-0018 | | WAC3L |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Pittsfield, MA  3320 | 05-25-2005 | BURNS, Darryl |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| | [ ] Case No. OR [ ] Seizure No. No. | 05-26-2005 | 1600 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 5 | | cocaine base | off-white chunky substance | | 75.03 gg | $2,100 |
| | | | contained inside clear | | | |
| | | | plastic sandwhich bag | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? [X] NO (included above)   [ ] YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
Exhibit 5 was purchased by CS-04-116656 from Michael PRESTON and Candace MATEO on May 25, 2005, in Pittsfield, MA, for $2,100 OAF. After the purchase, CS relinquished the exhibit to SA Clifford and SA Olsen. SA Olsen maintained and processed the exhibit into evidence on May 25, 2005, as witnessed by RAC Dudley, and deposited the exhibit into the SRO drug vault for safekeeping. On May 26, 2005, SAs Wales and Olsen retrieved the exhibit from the vault and mailed the exhibit to the NERL via RMRRR.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| SA Robert Olsen | RAC John A.F. Dudley |

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 | 1357+8 885 466 | |

| 22. SEAL | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and TITLE |
|---|---|---|
| [ ] Broken  [X] Unbroken  MR  6/9/05 | 5/31/05 Irene Milo E2 | |

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

Exhibit #5 contains cocaine base.

Gross Wt. = 74.9 g

Net Wt. = 50.0 g

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION 29. Strength | 30. Measure | 31. Unit | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| 5 | 172922 | cocaine base | 76 | % | | 38.0 g | 49.0 g |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| ANN MARIE VALENTINO | FORENSIC CHEMIST | 6/3/05 |

| 37. APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB. LOCATION |
|---|---|---|
| THOMAS M. BLACKWELL | LABORATORY DIRECTOR | NEW YORK |

DEA Form - 7
(Sept. 1995)    Previous edition dated 4/90 may be used until stock is exhausted.    1 - Prosecution

1127771

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

## FORENSIC CHEMIST WORKSHEET

Page 1 of 1

| RECEIVED | | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| 1. FROM I.M.b | 2. DATE 6|2|05 | ☒ Intact  ☐ Broken  ☐ None | CU-05-0018 / 5 / 172922 |

**5. DESCRIPTION OF EVIDENCE**

HSEE contaning 1 plastic bag contaning off-white chunky material

**6. SUMMARY OF FINDINGS**

Grwt ~~50.0gm~~ 79.9g  Exhibit #5 contains Cocaine base.

nwt 50.0g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 5 | 172922 | Cocaine base | 76 % | 38.0g | 49.0g |
| | | | | | |
| | | | | | |

**13. RESERVE EVIDENCE**

Resure evidence sealed in new plastic bag. New bag along w. the original packaging sealed in PEE and returned to the vault.

| 14. FORENSIC CHEMIST'S SIGNATURE | 15. DATE REPORTED 6|3|05 | 16. REVIEWED BY (initials) & DATE CN 6/7/05 |
|---|---|---|

**17. REMARKS**

9041L000

FORM DEA-86 (6-00) *Previous editions are obsolete.*

Electronic Version Designed by eForm 5 Version

Data File C:\HPCHEM\1\DATA\03 JUN05\007F0701.D   Sample Name: 172922
AV

```
================================================================
Injection Date  : 6/3/2005 12:32:27 PM         Seq. Line :   7
Sample Name     : 172922                        Location : Vial 7
Acq. Operator   : DEA                                Inj :   1
                                             Inj Volume : 1 µl

Sequence File   : C:\HPCHEM\1\SEQUENCE\COC30M.S
Acq. Method     : C:\HPCHEM\1\METHODS\COC30M.M
Last changed    : 6/3/2005 12:30:21 PM by DEA
Analysis Method : C:\HPCHEM\1\METHODS\COC30M.M
Last changed    : 6/3/2005 1:00:13 PM by DEA
COC30M: Agilent HP-5 30m x 0.32mm x 0.25um
Oven: 215C for 5.5min ramp 45C/min to 250C for 1.4min
Inlet: 270C Detector: FID 285C
Column flow: ramped flow 2.7ml/min for 5.5min to 5ml/min
Split Flow: 75:1
================================================================
```



```
================================================================
                    ISTD Percent Report
================================================================

Sorted By             :      Signal
Calib. Data Modified  :      Friday, June 03, 2005 1:00:13 PM
Multiplier            :      0.8927
Dilution              :      50.0000
Sample Amount         :      116.50000  [mg/ml]
Sample ISTD Information:
ISTD  ISTD Amount    Name
  #     [mg/ml]
----|-------------|-------------------------
  1    1.00000      EICOSANE


Signal 1: FID1 A,

RetTime Type    Area      Amt/Area   Amount   Grp   Name
 [min]        [pA*s]      ratio        %
-------|------|----------|----------|----------|--|-------------------
  2.796 BB  +I 293.99255   1.00000   38.313305        EICOSANE
  5.247 BB  +  360.16385   1.62106   76.087433        COCAINE

Totals without ISTD(s) :                  76.087433

  Results obtained with enhanced integrator!
================================================================
                  *** End of Report ***
```



Data File C:\HPCHEM\1\DATA\03JUN05\007F0702.D                    Sample Name: 172922
AV

```
================================================================
Injection Date : 6/3/2005 12:42:30 PM        Seq. Line :    7
Sample Name    : 172922                       Location : Vial 7
Acq. Operator  : DEA                               Inj :    2
                                          Inj Volume : 1 µl

Sequence File  : C:\HPCHEM\1\SEQUENCE\COC30M.S
Acq. Method    : C:\HPCHEM\1\METHODS\COC30M.M
Last changed   : 6/3/2005 12:30:21 PM by DEA
Analysis Method : C:\HPCHEM\1\METHODS\COC30M.M
Last changed   : 6/3/2005 1:00:13 PM by DEA
COC30M: Agilent HP-5 30m x 0.32mm x 0.25um
Oven: 215C for 5.5min ramp 45C/min to 250C for 1.4min
Inlet: 270C Detector: FID 285C
Column flow: ramped flow 2.7ml/min for 5.5min to 5ml/min
Split Flow: 75:1
================================================================
```



```
================================================================
                 ISTD Percent Report
================================================================

Sorted By           :     Signal
Calib. Data Modified :    Friday, June 03, 2005 1:00:13 PM
Multiplier          :     0.8927
Dilution            :     50.0000
Sample Amount       :     116.50000  [mg/ml]
Sample ISTD Information:
ISTD  ISTD Amount    Name
 #     [mg/ml]
----|------------|-------------------------
 1     1.00000     EICOSANE


Signal 1: FID1 A,

RetTime Type    Area      Amt/Area   Amount   Grp   Name
 [min]        [pA*s]      ratio        %
-------|------|----------|----------|----------|--|------------------
 2.796 BB  +I  291.98105   1.00000   38.313305       EICOSANE
 5.247 BB  +   358.04047   1.62106   76.159940       COCAINE

Totals without ISTD(s) :               76.159940

 Results obtained with enhanced integrator!
================================================================
                 *** End of Report ***
```

RO
6/3/05

Calibration Table after Analysis of Data File C1F07002.D

Sequence File    : C:\HPCHEM\1\SEQUENCE\COC30M.S
This calibration table was calculated during bracketing,
by averaging the calibration runs:

       C:\HPCHEM\1\DATA\03JUN05\C1F07001.D    COCAINE HCl #36B
       C:\HPCHEM\1\DATA\03JUN05\C1F07002.D    COCAINE HCl #36B

This calibration table is used for the following sample runs:

       C:\HPCHEM\1\DATA\03JUN05\007F0701.D    172922
       C:\HPCHEM\1\DATA\03JUN05\007F0702.D    172922


==================================================================
                        Calibration Table
==================================================================


COC30M: HP5 30M x .32mm x .25mcm

Calib. Data Modified :        Friday, June 03, 2005 1:00:13 PM

Calculate            :        Internal Standard Percent
Based on             :        Peak Area

Rel. Reference Window :       5.000 %
Abs. Reference Window :       2.800 min
Rel. Non-ref. Window :        5.000 %
Abs. Non-ref. Window :        5.330 min
Uncalibrated Peaks   :        not reported
Partial Calibration  :        No recalibration if peaks missing

Curve Type           :        Linear
Origin               :        Included
Weight               :        Equal

Recalibration Settings:
Average Response     :        Floating Average New 75%
Average Retention Time:       Floating Average New 75%

Calibration Report Options :
     Printout of recalibrations within a sequence:
        Normal Report after Recalibration
     If the sequence is done with bracketing:
        Results of second cycle (starting next bracket)

Default Sample ISTD Information (if not set in sample table):
ISTD  ISTD Amount    Name
  #      [mg/ml]
----|-------------|-------------------------
  1     250.00000    EICOSANE

Signal 1: FID1 A,

RetTime  Lvl   Amount      Area      Amt/Area  Ref Grp Name
 [min] Sig      [mg/ml]
-------|--|--|----------|----------|----------|---|--|---------------
  2.795  1  1  200.00000  296.17979 6.75266e-1 +I1     EICOSANE
  5.247  1  1  353.50000  322.93514   1.09465  + 1     COCAINE

More compound-specific settings:

Compound: EICOSANE
   Time Window              : From 2.686 min To 2.887 min


Compound: COCAINE
   Time Window              : From 5.103 min To 5.351 min
==================================================================

Calibration Table after Analysis of Data File C:\F07002.B

Peak Sum Table

====================================================================

***No Entries in table***
====================================================================
*** End of Report ***

Data File C:\HPCHEM\1\DATA\03JUN05\C1F07001.D          Sample Name: COCAINE HCl #36B

COCAINE HYDROCHLORIDE STANDARD #36B.
355.0mg x 99.6% = 353.5mg/200 ml => 1.767 mg/ml.
PREPARED BY CMC ON May 17, 2005.

```
===================================================================
Injection Date : 6/3/2005 12:22:25 PM          Seq. Line :    7
Sample Name    : COCAINE HCl #36B                Location : Vial 1
Acq. Operator  : DEA                                  Inj :    1
                                             Inj Volume : 1 µl
Acq. Method    : C:\HPCHEM\1\METHODS\COC30M.M
Last changed   : 6/3/2005 12:00:19 PM by DEA
Analysis Method : C:\HPCHEM\1\METHODS\COC30M.M
Last changed   : 6/3/2005 1:38:14 PM by DEA
                 (modified after loading)
COC30M: Agilent HP-5 30m x 0.32mm x 0.25um
Oven: 215C for 5.5min ramp 45C/min to 250C for 1.4min
Inlet: 270C Detector: FID 285C
Column flow: ramped flow 2.7ml/min for 5.5min to 5ml/min
Split Flow: 75:1
===================================================================
```



```
===================================================================
                    ISTD Percent Report
===================================================================

Sorted By             :      Signal
Calib. Data Modified  :      Friday, June 03, 2005 1:38:12 PM
Multiplier            :      1.0000
Dilution              :      200.0000
Sample Amount         :      353.50000   [mg/ml]
Sample ISTD Information:
ISTD  ISTD Amount    Name
 #      [mg/ml]
----|------------|-------------------------
  1     1.00000    EICOSANE


Signal 1: FID1 A,

RetTime  Type    Area      Amt/Area    Amount   Grp    Name
 [min]          [pA*s]      ratio        %
-------|------|----------|----------|----------|--|-------------------
  2.795 BB  +I  296.89053   1.00000   56.577086        EICOSANE
  5.246 BB  +   322.67996   1.62624  100.000000        COCAINE

Totals without ISTD(s) :                   100.000000

 Results obtained with enhanced integrator!
===================================================================
                    *** End of Report ***
```

Data File C:\HPCHEM\1\DATA\03JUN05\C1F07002.D   Sample Name: COCAINE HCl #36B
COCAINE HYDROCHLORIDE STANDARD #36B.
355.0mg x 99.6% = 353.5mg/200 ml => 1.767 mg/ml.
PREPARED BY CMC ON May 17, 2005.

```
=====================================================================
Injection Date  : 6/3/2005 12:52:31 PM        Seq. Line :    7
Sample Name     : COCAINE HCl #36B             Location : Vial 1
Acq. Operator   : DEA                             Inj :    1
                                            Inj Volume : 1 µl
Sequence File   : C:\HPCHEM\1\SEQUENCE\COC30M.S
Acq. Method     : C:\HPCHEM\1\METHODS\COC30M.M
Last changed    : 6/3/2005 12:30:21 PM by DEA
Analysis Method : C:\HPCHEM\1\METHODS\COC30M.M
Last changed    : 6/3/2005 1:00:26 PM by DEA
                  (recalibrated in sequence after loading)
COC30M: Agilent HP-5 30m x 0.32mm x 0.25um
Oven: 215C for 5.5min ramp 45C/min to 250C for 1.4min
Inlet: 270C Detector: FID 285C
Column flow: ramped flow 2.7ml/min for 5.5min to 5ml/min
Split Flow: 75:1
=====================================================================
```



```
=====================================================================
                  Results of ending previous bracket
=====================================================================
             ISTD Percent Report (after recalibration)
=====================================================================

Sorted By          :     Signal
Calib. Data Modified :   Friday, June 03, 2005 1:00:13 PM
Multiplier         :     1.0000
Dilution           :     200.0000
Sample Amount      :     353.50000  [mg/ml]
Sample ISTD Information:
ISTD  ISTD Amount   Name
  #    [mg/ml]
----|-------------|-------------------------
  1      1.00000    EICOSANE


Signal 1: FID1 A,

RetTime Type   Area     Amt/Area   Amount   Grp   Name
 [min]        [pA*s]     ratio       %
-------|------|----------|----------|----------|--|-------------------
  2.795 BB  +I 295.94287  1.00000   56.577086        EICOSANE
  5.247 BB  +  323.02020  1.62106  100.106415        COCAINE

Totals without ISTD(s) :             100.106415

 Results obtained with enhanced integrator!
=====================================================================
                      *** End of Report ***
```



Laboratory Number: 172922 in meoh av
Name of File: C:\MSDchem\1\data\172922.D
Date:  3 Jun 2005  14:10
Misc Info:                                          Vial Number: 9
Method Name: GENERAL.M                              Instrument: 5793 MSD



INSTRUMENT CONDITIONS
   temp: 90 C to 120  C, @ 35 C/min, initial time: 1.35 min
        120 C to 290 C, @ 45 C/min, initial time: 0.55 min
        final hold time: 8.5 min
   inj. port: 255 C,   transfer line: 290 C
   GC column: 30.0m HP-5MS 0.25mm dia. 0.25um film


Sample Information: 172922 in meoh av
Date:  3 Jun 2005  14:10
Instrument: DEA #272246   Initials: _____

```
Library Searched : C:\Database\NIST98.L
Quality          : 81
ID               : 2-Carbomethoxy-8-methyl-8-azabicyclo[3.2.1]oct-2-ene
```



p2
6|3|05

Library Searched : C:\Database\DEANY2.L
Quality          : 99
ID               : Cocaine  #36B



PO
613/05

Library Searched : C:\Database\NIST98.L
Quality          : 91
ID               : cis-Cinnamoylcocaine



```
Library Searched : C:\Database\NIST98.L
Quality          : 86
ID               : Cinnamoylcocaine
```



AO
6|3|8

Laboratory Number: blank for 172922 av
Name of File: C:\MSDchem\1\data\B172922.D
Date:  3 Jun 2005  13:50
Misc Info:                                          Vial Number: 8
Method Name: GENERAL.M                              Instrument: 5793 MSD



INSTRUMENT CONDITIONS
   temp: 90 C to 120  C, @ 35 C/min, initial time: 1.35 min
         120 C to 290 C, @ 45 C/min, initial time: 0.55 min
         final hold time: 8.5 min
   inj. port: 255 C,   transfer line: 290 C
   GC column: 30.0m HP-5MS 0.25mm dia. 0.25um film


Sample Information: blank for 172922 av
Date:  3 Jun 2005  13:50
Instrument: DEA #272246    Initials: _____



background

172922 direct

cocaine base std

c:\pel_data\spectra\backgroundbackground 172922.sp - FTIR-ATR DEA#294046

c:\pel_data\spectra\172922 direct.sp - FTIR-ATR DEA#294046

c:\pel_data\spectra\atrstds\cocaine base atr.sp - DEA#272248 Cocaine Base NIEL STD#35A, ATR, direct CMG 1MAY03

3AMYCNC

17438C

U.S. Department of Justice
Drug Enforcement Administration

Read Instructions on Reverse
before completing.

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

| 1. HOW OBTAINED (Check) | | |
|---|---|---|
| ☐ Purchase ☒ Seizure ☐ Free Sample | | |
| ☐ Lab. Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) | | |
| ☐ Internal Body Carry ☐ Other *(Specify)* | | |

| 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|
| CU-05-0018 | | WAC3L |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED |
|---|---|
| Pittsfield, MA    33元 | 08-05-2005 |

| 5. FILE TITLE |
|---|
| BURNS, Darryl |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL |
|---|---|
| | ☐ Case No. OR ☐ Seizure No. No. |

| 7. DATE PREPARED | 8. GROUP NO. |
|---|---|
| 08-08-2005 | 1600 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 6 | | cocaine base | off-white chunky substance | | 30.07 gg | |
| | | | contained inside clear | | | |
| | | | plastic bag | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG ?  ☒ NO (included above)  ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:

Exhibit 6 was seized from the vehicle of Candace MATEO during her arrest on August 5, 2005, in Pittsfield MA. SA Olsen maintained and processed the exhibit into evidence on August 5, 2005, as witnessed by TFA Martin, and deposited the exhibit into the SRO drug vault for safekeeping. On August 8, 2005, SA Olsen and TFA Martin retrieved the exhibit from the vault and mailed the exhibit to the NERL via RMRRR.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| TFA Michael Martin    *m. mt* | RAC John A.F. Dudley |

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| | RB178 835 545US | |

| 22. SEAL | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and TITLE |
|---|---|---|
| ☐ Broken ☒ Unbroken MR 8/22/05 | *Michao D 8/12/05* | *Drun Michael Senioreti* |

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

Exhibit #6 contains cocaine base.

Gross Wt. = 31.9 g

Net Wt. = 0.42 g

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 6 | 174389 | cocaine base | 77 | % | | 0.32 g | 0.25 g |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| CHRISTINE M. CHIESA | SENIOR FORENSIC CHEMIST | 8/19/05 |

| 37. APPROVED BY (Signature) | 38. TITLE | 39. LAB. LOCATION |
|---|---|---|
| THOMAS M. BLACKWELL | LABORATORY DIRECTOR | NEW YORK |

DEA Form - 7
(Sept. 1995)

Previous edition dated 4/90 may be used until stock is exhausted.

1 - Prosecution

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

## FORENSIC CHEMIST WORKSHEET

Page _one_ of _one_

| RECEIVED | | 3. SEALS | | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|---|
| 1. FROM Dawn Michael | 2. DATE 16-Aug-05 | ☒ Intact ☐ Broken ☐ None | | CU-05-0018 / Ex.6 / 174389 |

**5. DESCRIPTION OF EVIDENCE**

One HSEE (DEA # 4B333724) further containing (→) one clear plastic bag with white ziplock stripe → chunk of hard rock-like and granular pale yellow-off white material

**6. SUMMARY OF FINDINGS**

Exhibit #6 contains cocaine base.

<u>Gross Weight</u>: 31.9g

<u>Net Weight</u>: 0.42g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 6 | 174389 | Cocaine base | 77% | 0.32g | 0.25g |
| | | | | | |
| | | | | | |

**13. RESERVE EVIDENCE**

Original packaging sealed into substitute bag. Remainder of sample sealed into sample bag further sealed above into original dea pee.

| 14. FORENSIC CHEMIST'S SIGNATURE Christine M Chien —cmc— | 15. DATE REPORTED 19-Aug-05 | 16. REVIEWED BY (Initials) & DATE CH 8/19/05 |
|---|---|---|

**17. REMARKS**
9041L000

FORM DEA-86 (6-00) *Previous editions are obsolete.*

Electronic Version Designed in JetForm 5.2 Version



CU-05-0018  EX.6   174389
Ether Solubles

cocaine base

c:\pel_data\spectra\174389 - es.001 - DEA #294046, FTIR-ATR : CU-05-0018   CMC   18-Aug-2005

CMC     18Aug05     CU-05-0018/6/174389



CML    18Aug05    CU-05-0018/6/174389



CU-05-0018  EX.6  174389
Direct

— Cocaine base —

c:\pel_data\spectra\174389 - direct.001 - DEA #294046, FTIR-ATR :  CU-05-0018  Ex.6  CMC  17-Aug-05

cm-1

%T

CMC   17 Aug 05        CU-05-0018/6/174389



CU-05-0018 EX.6 174389

cm-1

Background

Blank

—— c:\pel_data\spectra\174389 - background prior to sample.sp - DEA #294046, FTIR-ATR :  CU-05-0018    Ex.6    CMC    17-Aug-05
—— c:\pel_data\spectra\174389 - blank prior to sample.sp - DEA #294046, FTIR-ATR :  CU-05-0018    Ex.6    CMC    17-Aug-05

CMC        17aug 05        CU-05-0018 |6|174389



Cocaine Base Standard #35A

cm-1

%T

CMC 18aug05

c:\pel_data\spectra\atrstds\cocaine base atr.001 - DEA#272248 Cocaine Base NEL STD#35A, ATR, direct CMG 1MAY03

CMC 17 aug 05

CU-D5-0018/6/174389

Laboratory Number: EX.6     DIRECT/MEOH, FILTERED CMC
Name of File: C:\MSDchem\1\data\174389D.D
Date: 17 Aug 2005   10:37
Misc Info: CU-05-0018     EX.6     174389          Vial Number: 4
Method Name: GENERAL.M                         Instrument: 5973 MSD



INSTRUMENT CONDITIONS
   temp: 90 C to 120  C, @ 35 C/min, initial time: 1.35 min
        120 C to 290 C, @ 45 C/min, initial time: 0.55 min
        final hold time: 8.5 min
   inj. port: 255 C,  transfer line: 280 C
   GC column: 30.0m HP-5MS 0.25mm dia. 0.25um film

   CMC   17 aug 05          CU-05-0418/6/174389

Sample Information: EX.6     DIRECT/MEOH, FILTERED CMC
Date: 17 Aug 2005   10:37
Instrument: DEA #272245     Initials: _____

```
File      : C:\MSDCHE  1\DATA\174389D.D
Operator  : DEA #272245 (GC/MSD)
Acquired  : 17 Aug 2005  10:37    using AcqMethod GENERAL
Instrument :  5973 MSD
Sample Name: EX.6    DIRECT/MEOH,FILTERED CMC
Misc Info : CU-05-0018    EX.6    174389
Vial Number: 4
```





CMC   17aug05    CU-05-0018 | 6 | 174389

Library Searched : C:\database\NELSTDS.L
Quality          : 99
ID               : Cocaine Std.  #36B



```
File        : C:\MSDCHEM\1\DATA\174389D.D
Operator    : DEA #272245 (GC/MSD)
Acquired    : 17 Aug 2005  10:37    using AcqMethod GENERAL
Instrument  :   5973 MSD
Sample Name: EX.6    DIRECT/MEOH,FILTERED CMC
Misc Info   : CU-05-0018    EX.6    174389
Vial Number: 4
```





CMC    17 Aug 05    CU-05-0018/6/174389

```
File       : C:\MSDCHE.\1\DATA\174389D.D
Operator   : DEA #272245 (GC/MSD)
Acquired   : 17 Aug 2005  10:37    using AcqMethod GENERAL
Instrument :   5973 MSD
Sample Name: EX.6    DIRECT/MEOH,FILTERED CMC
Misc Info  : CU-05-0018    EX.6    174389
Vial Number: 4
```





CMC    17aug05    CU-05-0018|6|174389

```
File        : C:\MSDCHEM\1\DATA\174389D.D
Operator    : DEA #272245 (GC/MSD)
Acquired    : 17 Aug 2005  10:37    using AcqMethod GENERAL
Instrument  :   5973 MSD
Sample Name : EX.6    DIRECT/MEOH,FILTERED CMC
Misc Info   : CU-05-0018    EX.6    174389
Vial Number : 4
```





benzoyltropeine or tropacocaine

CMC   17aug05   CU-05-0018 /6 /174389

```
File      : C:\MSDCHE..{1\DATA\174389D.D
Operator  : DEA #272245 (GC/MSD)
Acquired  : 17 Aug 2005  10:37    using AcqMethod GENERAL
Instrument :   5973 MSD
Sample Name: EX.6    DIRECT/MEOH,FILTERED CMC
Misc Info : CU-05-0018    EX.6    174389
Vial Number: 4
```





CMC    17-Aug-05    CU-05-0018 /6 /174389

```
File      : C:\MSDCHEM\1\DATA\174389D.D
Operator  : DEA #272245 (GC/MSD)
Acquired  : 17 Aug 2005  10:37    using AcqMethod GENERAL
Instrument :   5973 MSD
Sample Name: EX.6    DIRECT/MEOH,FILTERED CMC
Misc Info : CU-05-0018    EX.6    174389
Vial Number: 4
```





CMC   17aug05      CU-05-0018 / EX.6 / 174389

```
File      : C:\MSDCHE..\1\DATA\174389D.D
Operator  : DEA #272245 (GC/MSD)
Acquired  : 17 Aug 2005  10:37    using AcqMethod GENERAL
Instrument :   5973 MSD
Sample Name: EX.6    DIRECT/MEOH,FILTERED CMC
Misc Info : CU-05-0018    EX.6    174389
Vial Number: 4
```





possible cinnamoylcocaine

cmc 17aug05    CU-05-0018/6/174389

```
File       : C:\MSDCHE \1\DATA\174389D.D
Operator   : DEA #272245 (GC/MSD)
Acquired   : 17 Aug 2005  10:37    using AcqMethod GENERAL
Instrument :   5973 MSD
Sample Name: EX.6    DIRECT/MEOH, FILTERED CMC
Misc Info  : CU-05-0018    EX.6    174389
Vial Number: 4
```





CMC    17aug05    CU-05-0018/6/174389

Laboratory Number: MEOH BLANK CMC PRIOR TO 174389/Ex.6
Name of File: C:\MSDchem\1\data\174389B.D
Date: 17 Aug 2005  10:17
Misc Info: CU-05-0018    EX.6    174389              Vial Number: 1
Method Name: GENERAL.M                              Instrument: 5973 MSD



INSTRUMENT CONDITIONS
    temp: 90 C to 120  C, @ 35 C/min, initial time: 1.35 min
          120 C to 290 C, @ 45 C/min, initial time: 0.55 min
          final hold time: 8.5 min
    inj. port: 255 C,   transfer line: 280 C
    GC column: 30.0m HP-5MS 0.25mm dia. 0.25um film

Sample Information: MEOH BLANK CMC PRIOR TO 174389/EX.6
Date: 17 Aug 2005  10:17
Instrument: DEA #272245    Initials: _____

Data File C:\HPCHEM\1\DATA\081705\C1F04001.D                    Sample Name: COCAINE HCl #36B
    COCAINE HYDROCHLORIDE STANDARD #36B.
    (DEA #294055) 356.5mg*99.6%=355.0mg/200mL,
    = 1.775mg/mL. Prepared by KF on 12-Aug-2005.

```
=====================================================================
Injection Date  : 8/17/2005 11:06:20 AM          Seq. Line :   4
Sample Name     : COCAINE HCl #36B               Location : Vial 1
Acq. Operator   : DEA #272259 (GC-FID)               Inj :   1
                                              Inj Volume : 1 µl
Sequence File   : C:\HPCHEM\1\SEQUENCE\COC30M.S
Acq. Method     : C:\HPCHEM\1\METHODS\COC30M.M
Last changed    : 8/17/2005 10:39:46 AM by DEA #272259 (GC-FID)
Analysis Method : C:\HPCHEM\1\METHODS\COC30M.M
Last changed    : 8/17/2005 11:14:05 AM by DEA #272259 (GC-FID)
                  (recalibrated in sequence after loading)
Method: COC30M
Agilent HP-5 column 30m x .32mm x .25um
Oven: 215C for 5.5min ramp 45C/min to 250C for 1.4min
Inlet Temp: 270C Detector: FID 285C
Column Flow: (He) ramped flow 2.7 ml/min for 5.5min to 5ml/min
Split ratio: 75:1
=====================================================================
```



```
=====================================================================
                 Results of ending previous bracket
=====================================================================
              ISTD Percent Report (after recalibration)
=====================================================================


Sorted By          :      Signal
Calib. Data Modified :    Wednesday, August 17, 2005 11:14:02 AM
Multiplier         :      1.0000
Dilution           :      200.0000
Sample Amount      :      355.00000   [mg/ml]
Sample ISTD Information:
ISTD  ISTD Amount    Name
 #     [mg/ml]
----|-------------|-------------------------
 1      1.00000    EICOSANE


Signal 1: FID1 A,

RetTime Type    Area      Amt/Area    Amount   Grp   Name
 [min]        [pA*s]      ratio        %
-------|------|----------|----------|----------|--|-------------------
  2.802 BB  +I  252.26462   1.00000   56.338028       EICOSANE
  5.304 BB  +   288.82468   1.55270  100.153786       COCAINE

Totals without ISTD(s) :                  100.153786

  Results obtained with enhanced integrator!
=====================================================================
                      *** End of Report ***
```

CMC  17aug05    CW-05-0018/6 /174389

US10228065/DEA#272259 8/17/2005 11:14:05 AM DEA #272259 (GC-FID)                    Page 1 of 1

Calibration Table after Analysis of Data File CIF05001.D

```
Sequence File   : C:\HPCHEM\1\SEQUENCE\COC30M.S
This calibration table was calculated during bracketing,
by averaging the calibration runs:

    C:\HPCHEM\1\DATA\081705\C1F04001.D    COCAINE HCl #36B
    C:\HPCHEM\1\DATA\081705\C1F05001.D    COCAINE HCl #36B

This calibration table is used for the following sample runs:

    C:\HPCHEM\1\DATA\081705\004F0401.D    174389/EX.6
    C:\HPCHEM\1\DATA\081705\004F0402.D    174389/EX.6

=================================================================
                      Calibration Table
=================================================================


COC30M: HP5 30M x .32mm x .25mcm

Calib. Data Modified  :    Wednesday, August 17, 2005 11:48:11 AM

Calculate           :    Internal Standard Percent
Based on            :    Peak Area

Rel. Reference Window :   5.000 %
Abs. Reference Window :   2.890 min
Rel. Non-ref. Window  :   5.000 %
Abs. Non-ref. Window  :   5.540 min
Uncalibrated Peaks    :   not reported
Partial Calibration   :   No recalibration if peaks missing

Curve Type          :    Linear
Origin              :    Included
Weight              :    Equal

Recalibration Settings:
Average Response      :    Floating Average New 75%
Average Retention Time:    Floating Average New 75%

Calibration Report Options :
    Printout of recalibrations within a sequence:
        Normal Report after Recalibration
    If the sequence is done with bracketing:
        Results of second cycle (starting next bracket)

Default Sample ISTD Information (if not set in sample table):
ISTD  ISTD Amount    Name
  #    [mg/ml]
----|-------------|-------------------------
  1    200.00000    EICOSANE

Signal 1: FID1 A,

RetTime  Lvl   Amount       Area      Amt/Area  Ref Grp Name
 [min] Sig   [mg/ml]
-------|--|--|----------|----------|----------|---|--|--------------
 2.801  1  1  200.00000  252.80412 7.91126e-1 +I1    EICOSANE
 5.303  1  1  355.00000  288.33112   1.23122 + 1    COCAINE

More compound-specific settings:

Compound: EICOSANE
  Time Window            : From 2.711 min To 2.881 min

Compound: COCAINE
  Time Window            : From 5.160 min To 5.408 min
```

Compound: COCAINE *Cme* 19 aug05   CU-05-0018|6|174389

=================================================================

Calibration Table after Analysis of Data File CIF05001.D

Peak Sum Table

==================================================================

\*\*\*No Entries in table\*\*\*
==================================================================
\*\*\* End of Report \*\*\*

cml  17aug05        cu-05-0018/6/174389

```
Data File C:\HPCHEM\1\DATA\081705\004F0401.D                    Sample Name: 174389/EX.6
 CU-05-0018   EX.6   1743( )
 CMC  17-Aug-2005
```

```
=======================================================================
Injection Date : 8/17/2005 11:17:41 AM          Seq. Line :    4
Sample Name    : 174389/EX.6                     Location : Vial 4
Acq. Operator  : DEA #272259 (GC-FID)                 Inj :    1
                                               Inj Volume : 1 µl
Sequence File  : C:\HPCHEM\1\SEQUENCE\COC30M.S
Acq. Method    : C:\HPCHEM\1\METHODS\COC30M.M
Last changed   : 8/17/2005 11:14:05 by DEA #272259 (GC-FID)
Analysis Method : C:\HPCHEM\1\METHODS\COC30M.M
Last changed   : 8/17/2005 11:48:11 by DEA #272259 (GC-FID)
Method: COC30M
Agilent HP-5 column 30m x .32mm x .25um
Oven: 215C for 5.5min ramp 45C/min to 250C for 1.4min
Inlet Temp: 270C Detector: FID 285C
Column Flow: (He) ramped flow 2.7 ml/min for 5.5min to 5ml/min
Split ratio: 75:1
=======================================================================
```



```
=======================================================================
                         ISTD Percent Report
=======================================================================

Sorted By             :      Signal
Calib. Data Modified  :      Wednesday, August 17, 2005 11:48:11 AM
Multiplier            :      0.8927
Dilution              :      50.0000
Sample Amount         :      104.10000   [mg/ml]
Sample ISTD Information:
ISTD  ISTD Amount    Name
 #     [mg/ml]
----|------------|-------------------------
  1     1.00000     EICOSANE


Signal 1: FID1 A,

RetTime  Type    Area      Amt/Area    Amount   Grp   Name
 [min]         [pA*s]      ratio         %
-------|------|----------|----------|----------|--|------------------
 2.801 BB   +I  246.24771   1.00000   42.877041       EICOSANE
 5.302 BB   +   286.49695   1.55629   77 636079       COCAINE

Totals without ISTD(s) :                77.636079

 Results obtained with enhanced integrator!
=======================================================================
                        *** End of Report ***
```

CMC  17Aug05          CU-05-0018/6/174389

US10228065/DEA#272259 8/17/2005 11:48:13 AM DEA #272259 (GC-FID)          Page 1 of 1

Data File C:\HPCHEM\1\DATA\081705\004F0402.D          Sample Name: 174389/EX.6
CU-05-0018  EX.6    17438
CMC  17-Aug-2005

```
===================================================================
Injection Date  : 8/17/2005 11:29:05 AM      Seq. Line :    4
Sample Name     : 174389/EX.6                  Location : Vial 4
Acq. Operator   : DEA #272259 (GC-FID)              Inj :    2
                                          Inj Volume : 1 µl
Sequence File   : C:\HPCHEM\1\SEQUENCE\COC30M.S
Acq. Method     : C:\HPCHEM\1\METHODS\COC30M.M
Last changed    : 8/17/2005 11:14:05 AM by DEA #272259 (GC-FID)
Analysis Method : C:\HPCHEM\1\METHODS\COC30M.M
Last changed    : 8/17/2005 11:48:11 AM by DEA #272259 (GC-FID)
Method: COC30M
Agilent HP-5 column 30m x .32mm x .25um
Oven: 215C for 5.5min ramp 45C/min to 250C for 1.4min
Inlet Temp: 270C Detector: FID 285C
Column Flow: (He) ramped flow 2.7 ml/min for 5.5min to 5ml/min
Split ratio: 75:1
===================================================================
```



```
===================================================================
                       ISTD Percent Report
===================================================================

Sorted By            :      Signal
Calib. Data Modified :      Wednesday, August 17, 2005 11:48:11 AM
Multiplier           :      0.8927
Dilution             :      50.0000
Sample Amount        :      104.10000  [mg/ml]
Sample ISTD Information:
ISTD  ISTD Amount    Name
 #      [mg/ml]
----|------------|--------------------------
  1     1.00000     EICOSANE


Signal 1: FID1 A,

RetTime  Type    Area      Amt/Area    Amount   Grp   Name
 [min]          [pA*s]      ratio        %
-------|------|----------|----------|----------|--|------------------
  2.801 BB  +I  251.87958   1.00000   42.877041       EICOSANE
  5.303 BB  +   293.45267   1.55629   77.742929       COCAINE

Totals without ISTD(s) :                 77.742929

 Results obtained with enhanced integrator!
===================================================================
                       *** End of Report ***
```

CMU    17 aug 05        CU-05-0018 |G| 174389
US10228065/DEA#272259 8/17/2005 11:48:13 AM DEA #272259 (GC-FID)          Page 1 of 1

COCAINE HYDROCHLORIDE STANDARD #36B.
(DEA #294055) 356.5mg*99.6=355.0mg/200mL,
= 1.775mg/mL. Prepared by KF on 12-Aug-2005.

```
==============================================================
Injection Date : 8/17/2005 11:40:29 AM        Seq. Line :    5
Sample Name    : COCAINE HCl #36B              Location : Vial 1
Acq. Operator  : DEA #272259 (GC-FID)              Inj :    1
                                             Inj Volume : 1 µl
Sequence File  : C:\HPCHEM\1\SEQUENCE\COC30M.S
Acq. Method    : C:\HPCHEM\1\METHODS\COC30M.M
Last changed   : 8/17/2005 11:14:05 AM by DEA #272259 (GC-FID)
Analysis Method : C:\HPCHEM\1\METHODS\COC30M.M
Last changed   : 8/17/2005 11:48:14 AM by DEA #272259 (GC-FID)
                 (recalibrated in sequence after loading)
Method: COC30M
Agilent HP-5 column 30m x .32mm x .25um
Oven: 215C for 5.5min ramp 45C/min to 250C for 1.4min
Inlet Temp: 270C Detector: FID 285C
Column Flow: (He) ramped flow 2.7 ml/min for 5.5min to 5ml/min
Split ratio: 75:1
==============================================================
```



```
==============================================================
==============================================================
                  Results of ending previous bracket
==============================================================
               ISTD Percent Report (after recalibration)
==============================================================

Sorted By            :        Signal
Calib. Data Modified :        Wednesday, August 17, 2005 11:48:11 AM
Multiplier           :        1.0000
Dilution             :        200.0000
Sample Amount        :        355.00000  [mg/ml]
Sample ISTD Information:
ISTD  ISTD Amount    Name
  #    [mg/ml]
----|-------------|-------------------------
  1     1.00000     EICOSANE


Signal 1: FID1 A,

RetTime  Type    Area      Amt/Area   Amount   Grp   Name
[min]          [pA*s]      ratio        %
-------|------|----------|----------|----------|--|------------------
 2.801 BB   +I  252.98395   1.00000   56.338028       EICOSANE
 5.303 BB   +   288.16660   1.55629   99.871897       COCAINE

Totals without ISTD(s) :              99.871897

 Results obtained with enhanced integrator!
==============================================================
                      *** End of Report ***
```

CMC    17-Aug-05    CU-05-0018/6/174389



DRUG ENFORCEMENT
ADMINISTRATION
NAME _CM Chiesa_
DATE _17aug85_
CASE NO. _CV-85-0018_
EXHIBIT NO. _6_
LAB NO. _174389_



DRUG ENFORCEMENT
ADMINISTRATION
NAME *CM Chen*
DATE *17 Aug 05*
CASE NO. *SP-05-0918*
EXHIBIT NO. *6*
LAB NO. *174389*

174390

U.S. Department of Justice
Drug Enforcement Administration

Read Instructions on Reverse
before completing.

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

| 1. HOW OBTAINED (Check) | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|
| ☐ Purchase  ☒ Seizure  ☐ Free Sample ☐ Lab. Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) ☐ Internal Body Carry ☐ Other (Specify) | | CU-05-0018 | | WAC3L |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Pittsfield, MA | 08-05-2005 | BURNS, Darryl |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| | ☐ Case No. OR ☐ Seizure No. No. | 08-08-2005 | 1600 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 7 | | cocaine base | 6 tied off baggies containing off-white substance | | 28.08gg | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG ?**  ☒ NO (included above)  ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:

Exhibit 7 was seized from Michael PRESTON subsequent to his arrest on August 5, 2005, in Pittsfield MA. PRESTON and Ex 7 were held by Pittsfield PD pending transport to Springfield on August 8, 2005. On August 8, 2005, SA Olsen received the exhibit from Pittsfield PD and processed the exhibit into evidence on August 8, 2005, as witnessed by TFA Martin. On August 8, 2005, SA Olsen and TFA Martin mailed the exhibit to the NERL via RMRRR.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| TFA Michael Martin | RAC John A.F. Dudley |

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 | RB 178 885 545 US | |

| 22. SEAL | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and TITLE |
|---|---|---|
| ☐ Broken  ☒ Unbroken  MR 8/22/05 | 8/12/05 | Dawn Michael Senior B/T |

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

**Exhibit #7 contains cocaine base.**

Gross Wt. = 28.6 g

Net Wt. = 3.2 g

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 7 | 174390 | cocaine base | 75 | % | | 2.4 g | 3.0 g |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| CHRISTINE M. CHLEBA | SENIOR FORENSIC CHEMIST | 8/19/05 |

| 37. APPROVED BY (Signature) | 38. TITLE | 39. LAB. LOCATION |
|---|---|---|
| THOMAS M. BLACKWELL | LABORATORY DIRECTOR | NEW YORK |

DEA Form - 7
(Sept. 1995)

Previous edition dated 4/90 may be used until stock is exhausted.

1 - Prosecution

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

## FORENSIC CHEMIST WORKSHEET

Page one of one

| RECEIVED | | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| 1. FROM Dawn Michael | 2. DATE 16-Aug-05 | ☒ Intact ☐ Broken ☐ None | CU-05-0018/Ex.7/174390 |

**5. DESCRIPTION OF EVIDENCE**

One HSEE (DEA #4B333725) further containing (→) One empty knotted clear plastic bag (and) a total of six separate knotted clear plastic bags each → hard rock-like chunky and granular pale yellow-off-white material.

**6. SUMMARY OF FINDINGS**

Exhibit #7 contains cocaine base.

Gross Weight : 28.6g

Net Weight : 3.2g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 7 | 174390 | Cocaine base | 75% | 2.4g | 3.0g |
| | | | | | |
| | | | | | |

**13. RESERVE EVIDENCE**

Original packaging sealed into substitute bag. Remainder of sample sealed into sample bag. Further sealed above into original dea pee.

| 14. FORENSIC CHEMIST'S SIGNATURE Christine M chiesi cm- | 15. DATE REPORTED 19-Aug-05 | 16. REVIEWED BY (Initials) & DATE CH 8/19/05 |
|---|---|---|

**17. REMARKS**

904110000

FORM DEA-86 (6-00) *Previous editions are obsolete.*

Electronic Version Designed in JetForm 5.2 Version



CU-05-0018  EX.7  174390
Ether Solubles

— Cocaine base —

c:\pel_data\spectra\174390 - es.001 - DEA #294046, FTIR-ATR : CU-05-0018  CMC  18-Aug-2005

CML   18Aug 05   CU-05-0018/7/174390



CMC    18Aug05    CU-05-0018/7/174390



CU-05-0018  EX.7 174390
Direct : Unit #1

— cocaine base —

c:\bel_data\spectra\174390 - #1.001 - DEA #294046, FTIR-ATR : CU-05-0018  Ex.7 CMC 17-Aug-05

cme   17 aug 05        CU-05-0018 | 7 | 174390



CU-05-0018  EX.7  174390
Direct : Unit #2

— Cocaine base —

c:\pel_data\spectra\174390 - #2.001 - DEA #294046, FTIR-ATR : CU-05-0018  Ex.7  CMC  17-Aug-05

——— c:\pel_data\spectra\174390 - #2.001 - DEA #294046, FTIR-ATR : CU-05-0018  Ex.7  CMC  17-Aug-05

CMC   17aug05

CU-05-0018/7/174390



CU-05-0018  EX.7  174390
Direct : Unit #3

— Cocaine base —

c:\bel_data\spectra\174390 - #3.001 - DEA #294046, FTIR-ATR : CU-05-0018  Ex.7  CMC  17-Aug-05

CMC  17aug05          CU-05-0018|7/174390



CU-05-0018  EX.7  174390
Direct : Unit #4

— Cocaine base —

c:\pel_data\spectra\174390 - #4.001 - DEA #294046, FTIR-ATR : CU-05-0018  Ex.7  CMC  17-Aug-05

CMC    17aug05    CU-05-0018 |7/ 174390



CU-05-0018  EX.7 174390
Direct : Unit #5

— Cocaine base —

c:\pel_data\spectra\174390 - #5.001 - DEA #294046, FTIR-ATR : CU-05-0018  Ex.7  CMC  17-Aug-05

CMC   17aug05      CU-05-0018 /7/174390



CU-05-0018  EX.7 174390
Direct : Unit #6

— cocaine base —

c:\pel_data\spectra\174390 - #6.001 - DEA #294046, FTIR-ATR : CU-05-0018  Ex.7  CMC 17-Aug-05

CMC  17aug05        CU-05-0018/7/174390

**Cocaine Base Standard #35A**

CMC 18 Aug 05

CMC 17 aug 05    Cu-05-0018/7/17439D

c:\pel_data\spectra\atrstds\cocaine base atr.001 - DEA#272248 Cocaine Base NEL STD#35A, ATR, direct CMG 1MAY03



CMC   17aug05                    CU-05-0018 /7/174390

Laboratory Number: EX.7 [COMPOSITE]  DIRECT/MEOH,FILTERED CMC
Name of File: C:\MSDchem\1\data\174390C.D
Date: 17 Aug 2005  11:35
Misc Info: CU-05-0018    EX.7    174390              Vial Number: 5
Method Name: GENERAL.M                              Instrument: 5973 MSD



INSTRUMENT CONDITIONS
   temp: 90 C to 120  C, @ 35 C/min, initial time: 1.35 min
        120 C to 290 C, @ 45 C/min, initial time: 0.55 min
        final hold time: 8.5 min
   inj. port: 255 C,   transfer line: 280 C
   GC column: 30.0m HP-5MS 0.25mm dia. 0.25um film

CMC  17 aug 05      CU-05-0018 / 7 / 174390

Sample Information: EX.7 [COMPOSITE]  DIRECT/MEOH,FILTERED CMC
Date: 17 Aug 2005  11:35
Instrument: DEA #272245   Initials: _____

```
File       : C:\MSDCHEM\DATA\174390C.D
Operator   : DEA #272245 (GC/MSD)
Acquired   : 17 Aug 2005  11:35    using AcqMethod GENERAL
Instrument : 5973 MSD
Sample Name: EX.7 [COMPOSITE]  DIRECT/MEOH,FILTERED CMC
Misc Info  : CU-05-0018    EX.7    174390
Vial Number: 5
```





Methylergonidine

CMC Aug05    CU-05-0018/7/174390

```
File      : C:\MSDCHEM\DATA\174390C.D
Operator  : DEA #272245 (GC/MSD)
Acquired  : 17 Aug 2005  11:35    using AcqMethod GENERAL
Instrument :   5973 MSD
Sample Name: EX.7 [COMPOSITE]  DIRECT/MEOH,FILTERED CMC
Misc Info : CU-05-0018    EX.7    174390
Vial Number: 5
```





CMC 17 aug 05        CU-05-0018/7/174390

```
File       : C:\MSDCHEM\ DATA\174390C.D
Operator   : DEA #272245 (GC/MSD)
Acquired   : 17 Aug 2005  11:35    using AcqMethod GENERAL
Instrument :   5973 MSD
Sample Name: EX.7 [COMPOSITE]  DIRECT/MEOH,FILTERED CMC
Misc Info  : CU-05-0018    EX.7    174390
Vial Number: 5
```





benzoyltropeine
or tropacocaine

CMC    17aug05    CU-05-0018/7/174390

```
File       : C:\MSDCHEM\1\DATA\174390C.D
Operator   : DEA #272245 (GC/MSD)
Acquired   : 17 Aug 2005  11:35    using AcqMethod GENERAL
Instrument : 5973 MSD
Sample Name: EX.7 [COMPOSITE]  DIRECT/MEOH,FILTERED CMC
Misc Info  : CU-05-0018    EX.7    174390
Vial Number: 5
```





CMC   17aug05          CU-05-0018/7/174390

Library Searched : C:\Database\NELSTDS.L
Quality          : 99
ID               : Cocaine Std.  #36B



```
File       : C:\MSDCHEM\ \DATA\174390C.D
Operator   : DEA #272245 (GC/MSD)
Acquired   : 17 Aug 2005  11:35    using AcqMethod GENERAL
Instrument :   5973 MSD
Sample Name: EX.7 [COMPOSITE]  DIRECT/MEOH,FILTERED CMC
Misc Info  : CU-05-0018    EX.7    174390
Vial Number: 5
```





CMC  17aug05    CU-05-0018/7/174390

```
File       : C:\MSDCHEM\_\DATA\174390C.D
Operator   : DEA #272245 (GC/MSD)
Acquired   : 17 Aug 2005  11:35    using AcqMethod GENERAL
Instrument :   5973 MSD
Sample Name: EX.7 [COMPOSITE]  DIRECT/MEOH,FILTERED CMC
Misc Info  : CU-05-0018    EX.7    174390
Vial Number: 5
```





*resembles   cinnamoylcocaine* (handwritten)

CMC   17aug05   CU-05-0018 /174390/7/174390 (handwritten)

```
File       : C:\MSDCHEM\DATA\174390C.D
Operator   : DEA #272245 (GC/MSD)
Acquired   : 17 Aug 2005  11:35    using AcqMethod GENERAL
Instrument :   5973 MSD
Sample Name: EX.7 [COMPOSITE]  DIRECT/MEOH,FILTERED CMC
Misc Info  : CU-05-0018    EX.7    174390
Vial Number: 5
```





CMC    17 aug 05    CU-05-0018 /7 /174390

Laboratory Number: MEOH BLANK CMC PRIOR TO 174390/EX.7
Name of File: C:\MSDchem\1\data\174390B.D
Date: 17 Aug 2005  11:16
Misc Info: CU-05-0018    EX.7    174390          Vial Number: 1
Method Name: GENERAL.M                           Instrument: 5973 MSD



INSTRUMENT CONDITIONS
   temp: 90 C to 120  C, @ 35 C/min, initial time: 1.35 min
        120 C to 290 C, @ 45 C/min, initial time: 0.55 min
        final hold time: 8.5 min
   inj. port: 255 C,  transfer line: 280 C
   GC column: 30.0m HP-5MS 0.25mm dia. 0.25um film

CMC  17aug05    CU-05-0018 / 7 / 174390

Sample Information: MEOH BLANK CMC PRIOR TO 174390/EX.7
Date: 17 Aug 2005  11:16
Instrument: DEA #272245    Initials: _____

Data File C:\HPCHEM\1\DATA\081705\C1F05001.D                              Sample Name: COCAINE HCl #36B
    COCAINE HYDROCHLORIDE STANDARD #36B.
    (DEA #294055) 356.5mg*99.6%=355.0mg/200mL,
    = 1.775mg/mL. Prepared by KF on 12-Aug-2005.

===============================================================================
Injection Date  : 8/17/2005 11:40:29 AM           Seq. Line :    5
Sample Name     : COCAINE HCl #36B               Location : Vial 1
Acq. Operator   : DEA #272259 (GC-FID)                Inj :    1
                                                Inj Volume : 1 µl
Sequence File   : C:\HPCHEM\1\SEQUENCE\COC30M.S
Acq. Method     : C:\HPCHEM\1\METHODS\COC30M.M
Last changed    : 8/17/2005 11:14:05 AM by DEA #272259 (GC-FID)
Analysis Method : C:\HPCHEM\1\METHODS\COC30M.M
Last changed    : 8/17/2005 11:48:14 AM by DEA #272259 (GC-FID)
                  (recalibrated in sequence after loading)
Method: COC30M
Agilent HP-5 column 30m x .32mm x .25um
Oven: 215C for 5.5min ramp 45C/min to 250C for 1.4min
Inlet Temp: 270C Detector: FID 285C
Column Flow: (He) ramped flow 2.7 ml/min for 5.5min to 5ml/min
Split ratio: 75:1
===============================================================================



===============================================================================
===============================================================================
                    Results of ending previous bracket
===============================================================================
                    ISTD Percent Report (after recalibration)
===============================================================================

Sorted By             :      Signal
Calib. Data Modified  :      Wednesday, August 17, 2005 11:48:11 AM
Multiplier            :      1.0000
Dilution              :      200.0000
Sample Amount         :      355.00000  [mg/ml]
Sample ISTD Information:
ISTD   ISTD Amount   Name
  #     [mg/ml]
----|-------------|-------------------------
  1      1.00000    EICOSANE


Signal 1: FID1 A,

RetTime   Type     Area      Amt/Area    Amount    Grp    Name
[min]             [pA*s]      ratio        %
-------|------|-----------|----------|----------|--|------------------
  2.801 BB   +I  252.98395   1.00000   56.338028         EICOSANE
  5.303 BB   +   288.16660   1.55629   99.871897         COCAINE

Totals without ISTD(s) :                99.871897

  Results obtained with enhanced integrator!
===============================================================================
                    *** End of Report ***
===============================================================================

CML  17aug05        CU-05-0018/7/17439D

US10228065/DEA#272259 8/17/2005 11:48:14 AM DEA #272259 (GC-FID)          Page 1 of 1

Calibration Table after Analysis  of  Data File C1F05002.D

```
Sequence File    : C:\HPCHEM\1\SEQUENCE\COC30M.S
This calibration table was calculated during bracketing,
by averaging the calibration runs:

    C:\HPCHEM\1\DATA\081705\C1F05001.D    COCAINE HCl #36B
    C:\HPCHEM\1\DATA\081705\C1F05002.D    COCAINE HCl #36B

This calibration table is used for the following sample runs:

    C:\HPCHEM\1\DATA\081705\005F0501.D    174390/EX.7
    C:\HPCHEM\1\DATA\081705\005F0502.D    174390/EX.7
```

======================================================================
                          Calibration Table
======================================================================

```
COC30M: HP5 30M x .32mm x .25mcm

Calib. Data Modified  :    Wednesday, August 17, 2005 12:22:27 PM

Calculate             :    Internal Standard Percent
Based on              :    Peak Area

Rel. Reference Window :    5.000 %
Abs. Reference Window :    2.890 min
Rel. Non-ref. Window  :    5.000 %
Abs. Non-ref. Window  :    5.540 min
Uncalibrated Peaks    :    not reported
Partial Calibration   :    No recalibration if peaks missing

Curve Type            :    Linear
Origin                :    Included
Weight                :    Equal

Recalibration Settings:
Average Response      :    Floating Average New 75%
Average Retention Time:    Floating Average New 75%

Calibration Report Options :
    Printout of recalibrations within a sequence:
        Normal Report after Recalibration
    If the sequence is done with bracketing:
        Results of second cycle (starting next bracket)

Default Sample ISTD Information (if not set in sample table):
ISTD  ISTD Amount    Name
   #    [mg/ml]
----|-------------|-------------------------
   1    200.00000    EICOSANE

Signal 1: FID1 A,

RetTime  Lvl   Amount      Area      Amt/Area  Ref Grp Name
 [min] Sig    [mg/ml]
-------|--|--|----------|----------|----------|---|--|---------------
  2.801  1  1  200.00000  253.59878  7.88647e-1 +I1    EICOSANE
  5.304  1  1  355.00000  289.83892   1.22482  + 1     COCAINE

More compound-specific settings:

Compound: EICOSANE   CMW 17aug05    CU-05-0018/7/17439①
    Time Window               : From 2.711 min To 2.881 min

Compound: COCAINE
    Time Window               : From 5.160 min To 5.409 min
```
======================================================================

Calibration Table after Analysis of Data File C:\FP05002.D

Peak Sum Table
====================================================================

***No Entries in table***
====================================================================
*** End of Report ***

Data File C:\HPCHEM\1\DATA\081705\005F0501.D                    Sample Name: 174390/EX.7
  CU-05-0018  EX.7   174390
  CMC  17-Aug-2005

```
=================================================================
Injection Date : 8/17/2005 11:51:53 AM          Seq. Line :    5
Sample Name    : 174390/EX.7                   Location : Vial 5
Acq. Operator  : DEA #272259 (GC-FID)               Inj :    1
                                             Inj Volume : 1 µl
Sequence File  : C:\HPCHEM\1\SEQUENCE\COC30M.S
Acq. Method    : C:\HPCHEM\1\METHODS\COC30M.M
Last changed   : 8/17/2005 11:48:14 AM by DEA #272259 (GC-FID)
Analysis Method : C:\HPCHEM\1\METHODS\COC30M.M
Last changed   : 8/17/2005 12:22:27 PM by DEA #272259 (GC-FID)
Method: COC30M
Agilent HP-5 column 30m x .32mm x .25um
Oven: 215C for 5.5min ramp 45C/min to 250C for 1.4min
Inlet Temp: 270C Detector: FID 285C
Column Flow: (He) ramped flow 2.7 ml/min for 5.5min to 5ml/min
Split ratio: 75:1
=================================================================
```



```
=================================================================
                    ISTD Percent Report
=================================================================

Sorted By          :     Signal
Calib. Data Modified :   Wednesday, August 17, 2005 12:22:27 PM
Multiplier         :     0.8927
Dilution           :     50.0000
Sample Amount      :     140.30000  [mg/ml]
Sample ISTD Information:
ISTD  ISTD Amount   Name
  #    [mg/ml]
----|-------------|--------------------------
  1     1.00000    EICOSANE


Signal 1: FID1 A,

RetTime Type    Area    Amt/Area   Amount  Grp   Name
 [min]         [pA*s]     ratio      %
-------|------|----------|----------|----------|--|------------------
  2.802 BB  +I 253.62502  1.00000   31.813970       EICOSANE
  5.308 BB  +  391.89926  1.55306   76.346484       COCAINE

Totals without ISTD(s) :              76.346484

   Results obtained with enhanced integrator!
=================================================================
                  *** End of Report ***
```

CMC   17 aug 05       CU-05-0018 |7|174390

US10228065/DEA#272259 8/17/2005 12:22:29 PM DEA #272259 (GC-FID)          Page 1 of 1

Data File C:\HPCHEM\1\DATA\08\_ \5\005F0502.D                    Sample Name: 174390/EX.7
    CU-05-0018  EX.7   174390(   )
    CMC  17-Aug-2005

=====================================================================
Injection Date  : 8/17/2005 12:03:19 PM          Seq. Line :   5
Sample Name     : 174390/EX.7                    Location : Vial 5
Acq. Operator   : DEA #272259 (GC-FID)              Inj :   2
                                            Inj Volume : 1 µl
Sequence File   : C:\HPCHEM\1\SEQUENCE\COC30M.S
Acq. Method     : C:\HPCHEM\1\METHODS\COC30M.M
Last changed    : 8/17/2005 11:48:14 AM by DEA #272259 (GC-FID)
Analysis Method : C:\HPCHEM\1\METHODS\COC30M.M
Last changed    : 8/17/2005 12:22:27 PM by DEA #272259 (GC-FID)
Method: COC30M
Agilent HP-5 column 30m x .32mm x .25um
Oven: 215C for 5.5min ramp 45C/min to 250C for 1.4min
Inlet Temp: 270C Detector: FID 285C
Column Flow: (He) ramped flow 2.7 ml/min for 5.5min to 5ml/min
Split ratio: 75:1
=====================================================================



=====================================================================
                        ISTD Percent Report
=====================================================================

Sorted By             :      Signal
Calib. Data Modified  :      Wednesday, August 17, 2005 12:22:27 PM
Multiplier            :      0.8927
Dilution              :      50.0000
Sample Amount         :      140.30000  [mg/ml]
Sample ISTD Information:
ISTD  ISTD Amount   Name
 #     [mg/ml]
----|-------------|------------------------
  1     1.00000    EICOSANE


Signal 1: FID1 A,

RetTime  Type    Area      Amt/Area    Amount   Grp   Name
 [min]          [pA*s]      ratio        %
-------|------|----------|----------|----------|--|------------------
  2.801 BB   +I  252.36163   1.00000   31.813970       EICOSANE
  5.306 BB   +   384.70428   1.55306   75.320012       COCAINE

Totals without ISTD(s) :                75.320012

 Results obtained with enhanced integrator!
=====================================================================
                        *** End of Report ***

CMC   17-Aug-05   CU-05-0018 /7/ 174390

US10228065/DEA#272259 8/17/2005 12:22:29 PM DEA #272259 (GC-FID)          Page 1 of 1

Data File C:\HPCHEM\1\DATA\08125\C1P650002.D          Sample Name: COCAINE HCl #36B
    COCAINE HYDROCHLORIDE STANDARD #36B.
    (DEA #294055) 356.5mg*99.6%=355.0mg/200mL,
    = 1.775mg/mL. Prepared by KF on 12-Aug-2005.

===============================================================================

Injection Date  : 8/17/2005 12:14:45 PM          Seq. Line :    5
Sample Name     : COCAINE HCl #36B                Location  : Vial 1
Acq. Operator   : DEA #272259 (GC-FID)                 Inj  :    1
                                                Inj Volume : 1 µl



===============================================================================
                    Results of ending previous bracket
===============================================================================
                  ISTD Percent Report (after recalibration)
===============================================================================

Sorted By             :     Signal
Calib. Data Modified  :     Wednesday, August 17, 2005 12:22:27 PM
Multiplier            :     1.0000
Dilution              :     200.0000
Sample Amount         :     355.00000  [mg/ml]
Sample ISTD Information:
ISTD  ISTD Amount    Name
  #    [mg/ml]
----|------------|--------------------------
  1     1.00000    EICOSANE


Signal 1: FID1 A,

RetTime  Type    Area      Amt/Area    Amount   Grp   Name
 [min]         [pA*s]       ratio        %
-------|------|----------|----------|----------|--|------------------
  2.801 BB   +I  253.80373   1.00000   56.338028       EICOSANE
  5.304 BB   +   290.39636   1.55306  100.111424       COCAINE

Totals without ISTD(s) :                  100.111424

  Results obtained with enhanced integrator!
===============================================================================
                        *** End of Report ***

CMC 17aug05        CU-05-0018/7/17439①

US10228065/DEA#272259 8/17/2005 12:22:30 PM DEA #272259 (GC-FID)          Page 1 of 1





DRUG ENFORCEMENT
ADMINISTRATION
NAME *Cm Chin*
DATE *17 Oct 05*
CASE NO. *C4-05-0018*
EXHIBIT NO. *7*
LAB NO. *17439Ø*





DRUG ENFORCEMENT
ADMINISTRATION
NAME _C.D.Chien_
DATE _12/14/85_
CASE NO. _CR-95-0918_
EXHIBIT NO. _7_
LAB NO. _17430_

# PITTSFIELD POLICE DEPARTMENT
## ARREST REPORT
### INVESTIGATOR MICHAEL NYKORCHUCK

DATE:  December 29, 2005 (Thursday)

TO:    Chief Riello
       Captain Barry
       Sergeant Strout

**DEFENDANT:**

Authur **HOSLEY JR**
AKA - **CHICO**
22 Mohawk Street, Pittsfield MA
DOB 05/23/1976      SSN 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
Black male

**CHARGES**:

1. Distribution of a Class B Substance (Cocaine) SUBSEQUENT OFFENSE
2. Possession of a Class D Substance (Marijuana) with the Intent to Distribute
3. Trafficking in Cocaine

### December 29, 2005 (Thursday)

1.    On Thursday, December 29, 2005, James Kimple Phibbs made a controlled hand-to-hand purchase of cocaine from Arthur **HOSLEY JR**.  The informant has agreed to assist the United States Drug Enforcement Agency, the Berkshire County Drug Task Force, and Pittsfield Police Department Drug Unit in drug investigations.  Phibbs has admitted that in the past he has sold large quantities of cocaine and other illegal controlled substance.  Phibbs is very familiar with the methods of sale, packaging, and current prices of illegal controlled substances in the Berkshire County area.  As such, Phibbs is considered a member of the drug subculture.  Phibbs has also agreed to testify in court against **HOSLEY** in this case and any other case if need be.

2.    On Thursday, December 29, 2005 Phibbs contacted me and reported that an individual that he knew as **CHICO** called him and informed Phibbs that he had cocaine for sale and wanted to know if Phibbs wanted to purchase any.  Phibbs also told me that **CHICO** was looking to sell weight, meaning a large amount.  Phibbs then contacted me and reported what **CHICO** told him. I told Phibbs to contact **CHICO** and order a half-ounce (14 grams) of cocaine from him.  Phibbs contacted me later and informed me that **CHICO** could do the deal and the price for a half ounce of cocaine would be $550.00 cash.  Phibbs also told me that **CHICO** instructed him to be ready between 5:30PM and 8:00PM to do the deal.  **CHICO** told Phibbs that he was going to be at work and didn't exactly know when his break would be.  **CHICO** told Phibbs that he would contact him and instruct Phibbs where to meet and at what time.

3.    Officer William Bartini and I met Phibbs at a secure location at approximately 5:30PM. I searched Phibbs for drugs and money and then Officer Bartini and I searched his vehicle, and none were found. I handed Phibbs $550.00 cash. The denominations of the bills were (27) $20.00 bills and (1) $10.00 bill. At approximately 6:30PM, **CHICO** contacted Phibbs from his cellular telephone within is **413-358-3269** and told him to meet him at Marshalls in Lenox MA. Phibbs informed us that the last time he saw **CHICO** he was driving a gold Saturn with tinted windows. I contacted Sergeant David Foley (Massachusetts State Police), Sergeant Marc Strout (Pittsfield Police Department), Investigator Michael Grady (Pittsfield Police Department), and Officer William Colvin (Lenox Police Department). I informed them of the possible vehicle that **CHICO** would be in and they conducted surveillance of the area.

4.    Phibbs traveled to Marshalls and Officer Bartini and I followed him there. Surveillance officers observed a 1994 gold Saturn bearing Massachusetts registration **29DM35** enter the parking lot and park in front of Marshalls. The Saturn arrived at Marshalls before Phibbs. Phibbs arrived shortly after **CHICO** did. Phibbs parked next to the Saturn and got out of his vehicle and got into the Saturn. At this time I got out of the vehicle I was in and conducted surveillance on foot from just inside the front doors of Marshalls. A short time later Phibbs got out of the vehicle and back into his own vehicle. A black male then exited the gold Saturn and walked right past me and into Marshalls. This individual had on a gray shirt and a black winter jacket with fur around the hood, a baseball cap and jeans. A few minutes later the same male returned to the gold Saturn and left the area. Officer Bartini and I followed this vehicle to the High Point Campus of the Hillcrest Educational Centers.

5.    A query of the vehicle showed that it was a 1994 yellow Saturn SL1. The vehicle was registered to Mandel **CRUMP** of 18 Depot Street in Dalton MA. The registration was revoked for insurance.

6.    Sergeant Foley and Officer Colvin followed Phibbs back to a secure location. Phibbs handed Sergeant Foley a plastic bag with powder cocaine in it. Sergeant Foley and Officer Colvin then searched Phibbs and his vehicle for drugs and money and found none. Phibbs reported that he got into the Saturn with a black male that he knew as **CHICO**. Phibbs handed the $550.00 I had supplied to him to **CHICO** and in return **CHICO** handed him the bag of cocaine. Sergeant Foley and I took a written statement from Phibbs regarding the details of the controlled hand-to-hand purchase of cocaine.

7.    I field-tested the substance that Phibbs purchased from **CHICO** and received a positive response for the presence of cocaine. I also weighed the cocaine on a digital scale at the Massachusetts State Police Drug Unit in Pittsfield. The unofficial weight of the cocaine including packaging was in was 15.9 grams.

8.    Officer Colvin contacted Officer Sean Ward of the Lenox Police Department and informed him of the gold Saturn bearing MA registration **29DM35** being operated with revoked registration for insurance. Officer Colvin asked Officer Ward to monitor the area around 11:00PM when the shifts were changing. In addition to reporting the operation of an uninsured

vehicle to Officer Ward, I wanted to see if the operator of the vehicle was the same person that I saw exit the Saturn and walk into Marshalls after Phibbs purchased cocaine from him.

9.    At approximately 23:25hrs Officer Ward pulled over the gold Saturn bearing Massachusetts registration **29DM35** in the area of Pittsfield Road and Holmes Road in Lenox. Officer Colvin and I arrived at the scene. Officer Ward informed us that the operator of the vehicle was Arthur **HOSLEY** Jr. **HOSLEY** refused to get out of the vehicle when Officer Ward informed **HOSLEY** that he would have to get out of the vehicle because it had to be towed. **HOSLEY** then became combative and was arrested for Disorderly Conduct. When **HOSLEY** was removed from the vehicle I positively identified him as the same person that exited the Saturn and walked past me going into Marshalls after Phibbs purchased cocaine. **HOSLEY** was still wearing the gray shirt and a black winter jacket with fur around the hood, a baseball cap and jeans that he was wearing when I saw him at Marshalls. At the time of his arrest, **HOSLEY** was in possession of **$594.00** cash. The denominations of the bills in **HOSLEY'S** possession were:

| | |
|---|---|
| 28 | $20.00 bills |
| 1 | $10.00 bill |
| 4 | $5.00 bills |
| 4 | $1.00 bills |

10.    The money in **HOSLEY'S** possession is consistent with selling $550.00 of cocaine earlier in the night to Phibbs. I supplied Phibbs with (27) $20.00 bills and (1) $10.00 bill for the purchase. These denominations were within the money **HOSLEY** had in his possession a few hours after the deal. The money was not pre-recorded because there was never any intention to pull over **HOSLEY'S** vehicle until it was learned that the vehicle he was operating was uninsured. There was never a plan to arrest **HOSLEY** on this night because this controlled buy was part of a long term operation. It was only **HOSLEY'S** uncooperative actions toward Officer Ward that led to his arrest.

11.    In reviewing records from the Pittsfield Police Department, Arthur **HOSLEY** Jr. has a listed nickname of **CHICO**.

12.    Phibbs came to the Pittsfield Police Department after I identified **HOSLEY**. I showed Phibbs a photograph of **HOSLEY** from the Massachusetts Registry of Motor Vehicles. I asked Phibbs if he knew the person in the photo. Phibbs told me that the photograph was of **CHICO**, the same individual that had sold him cocaine in the parking lot of Marshalls on 12/29/2005.

### February 16, 2006 (Thursday)

13.    On Thursday, 02/16/2006 Officer David Kirchner of the Pittsfield Police Department arrested **HOSLEY** in front of 42 Mohawk Street in Pittsfield MA based on probable cause for the above mentioned sale of cocaine that **HOSLEY** made to Phibbs. A search incident to arrest of **HOSLEY** resulted in the seizure of two bags of marijuana, a cellular telephone, and $251.00 cash. During the booking process **HOSLEY** stated he was employed at the High Point Campus of the Hillcrest Educational Centers. Officer Kirchner checked with the campus and learned that **HOSLEY** has been suspended since the time of his arrest on 12/29/2005 in Lenox.

14.   The money and cellular telephone found in **HOSLEY'S** possession was seized as evidence. I called the telephone number **413-358-3269** from my cellular telephone. This was the telephone number Phibbs was contacted by **HOSLEY** on 12/29/2005 to arrange the cocaine transaction. When I called this number the cellular telephone that **HOSLEY** had in his possession rang displaying my cellular telephone on the called ID.

15.   **HOSLEY** was charged with Possession of a Class D Substance (Marijuana) With the Intent to Distribute based on the following:

- One bag of marijuana weighed approximately (1) ounce and the other had a weight of approximately (1/8) ounce. The first bag has a street value of approximately $150.00 in the Pittsfield area and the second bag approximately $25.00. No user paraphernalia such as pipes or rolling papers were found in **HOSLEY'S** possession.

- **HOSLEY** had $251.00 cash in his possession. It was learned that **HOSLEY** has not worked at High Point since 12/29/2005. The combination of drugs and money found in **HOSLEY'S** possession is approximately value of $425.00. This is a high amount for a person that has not worked the last 7 weeks and has *no legitimate* source of income.

- **HOSLEY** had in his possession a cellular telephone. Such phones are a tool of the drug trade to arrange transactions. Additionally the phone found in **HOSLEY'S** possession had the same **413-358-3269** that Phibbs was contacted by **HOSLEY** on 12/29/2005 when he sold cocaine to Phibbs.

- **HOSLEY** sold cocaine to Phibbs on 12/29/2005. It is reasonable to believe that if **HOSLEY** sells cocaine that he would also sell marijuana. Many drug dealers sell multiple drugs.

16.   The official analysis from the State lab showed that the substance **HOSLEY** sold to **PHIBBS** was in fact cocaine with a weight of **14.67 grams**.

_____

Investigator Michael Nykorchuck
Pittsfield Police Department
Berkshire County Drug Task Force

# PITTSFIELD POLICE DEPARTMENT
## PROBABLE CAUSE REPORT
### INVESTIGATOR MICHAEL NYKORCHUCK

DATE:  April 5, 2006 (Wednesday)

TO:    Chief Riello
       Captain Barry
       Sergeant Strout

## DEFENDANTS:

George **CHAPMAN**
13 Wilson Street, Pittsfield MA
DOB 06/02/1985        SSN 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

   1. **3 COUNTS** of Distribution of a Class B Substance (Crack Cocaine)
   2. Park Zone Violation

Shane **AULISIO**
198 Union Street, Pittsfield MA
DOB 09/27/1986        SSN 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

   1. Possession of a Class B Substance (Cocaine)
   2. Possession of a Class D Substance (Marijuana)

Edward **MARTIN**
1 Lebanon Avenue, Pittsfield MA
DOB 04/16/1986        SSN 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

## March 24, 2006 (Friday)

1.      On March 24, 2006 (Friday) Officer William Bartini (Lee Police Department) and I
received information from a confidential informant that IT could purchase large amounts of
crack cocaine from a black male IT met known as **G**. During the course of the investigation G
has been identified as George **CHAPMAN**. The informant has agreed to assist the United States
Drug Enforcement Agency, the Berkshire County Drug Task Force, and Pittsfield Police
Department Drug Unit in drug investigations. For the purposes of this report I will refer to this
informant as CI#4. CI#4 has admitted that in the past IT has sold large quantities of cocaine and
other illegal controlled substance. CI#4 is very familiar with the methods of sale, packaging, and
current prices of illegal controlled substances in the Berkshire County area. As such, CI#4 is

considered a member of the drug subculture.  CI#4 has also agreed to testify in court against **CHAPMAN** in this case and any other case if need be.

2.      Officer Bartini, Officer David Kirchner, Officer Todd Clark (Greenfield Police Department) and I met CI#4 at a secure location.  CI#4 called **G** on his cellular telephone of **822-6199** and ordered an eight ball of crack cocaine (an eight ball is a street term for 1/8 of an ounce this is supposed to be 3.5 grams) from him.  **G** informed CI#4 the price would be $175.00 and the two agreed to meet at the corner of Dewey Avenue and Madison Avenue in Pittsfield.

3.      Officer Bartini searched CI#4 for drugs and money and found none.  Officer Bartini handed CI#4 $175.00 to make the controlled purchase.  CI#4 got into a vehicle with Officer Clark.  They drove to the prearranged location and CI#4 called **G** again to inform him that they were there.  A short time later **G** met CI#4 and Officer Clark on Dewey Avenue and got into the vehicle with them.  CI#4 introduced Officer Clark to **G** as his cousin, Todd.  **G** instructed Officer Clark to drive around the corner.  **G** handed CI#4 a bag of crack cocaine and in return CI#4 handed **G** the $175.00.  **G** then shook hands with both CI#4 and Officer Clark and told them to call anytime if they needed more crack cocaine before exited the vehicle.  CI#4 then handed the crack cocaine to Officer Clark.

4.      Officer Bartini searched CI#4 again for drugs and money and found none.  Officer Bartini took a written statement from CI#4 about the controlled purchase.  CI#4 described **G** as a black male about 6 feet tall having a slender build, being 18 to 22 years old.  Officer Clark described **G** as a black male 17 to 20 years old, dark skinned, with a large nose.

5.      Trooper Sean Carroll (Massachusetts State Police) field tested the substance and received a positive response for the presence of cocaine.  The substance will be sent to the State Lab for official analysis.

### March 31, 2006 (Friday)

6.      Sergeant Marc Strout, Investigator Mark Trapani, Investigator Michael Grady. Officer Bartini, Officer Todd Clark (Greenfield Police Department), and I met CI#4 at a secure location.  CI#4 called **G** on his cellular telephone of **822-6199** and ordered a quarter ounce (7 grams) of crack cocaine from him.  **G** informed CI#4 the price would be $300.00 and the two agreed to meet behind Hashim's Package store on West Housatonic Street in Pittsfield.

7.      Officer Bartini searched CI#4 for drugs and money and found none.  Officer Clark was supplied with $300.00 to make the hand to hand purchase.  CI#4 got into a vehicle with Officer Clark.  CI#4 drove to the prearranged location and CI#4 called **G** again to inform him that they were there.  A short time later **G** called CI#4 and told him to meet him on Harris Street (located across the street from Hashim's).  They drove to Harris Street and **G** got into the vehicle with them.  **G** told them to drive around the block.  **G** asked for the money and Officer Clark handed him the $300, and in return **G** handed Officer Clark a bag of crack cocaine.  **G** told them if they needed anything else to give him a call and that he would be around.  **G** then got out of the vehicle.  Officer Bartini and I then drove by **G** and also got a good look at him.

8.    I field tested the substance and received a positive response for the presence of cocaine. The substance will be sent to the State Lab for official analysis.

### April 5, 2006 (Wednesday)

9.    Sergeant Foley, Officer Bartini, and I met CI#4 at a secure location. CI#4 called **G** on his cellular telephone of **822-6199** and ordered $120.00 of crack cocaine from him. **G** instructed CI#4 to meet him at a certain location in Pittsfield. **G** called CI#4 back 2 additional times and changed the location each time and finally instructed them to meet him at the Little League Field on Springside Avenue in Pittsfield.

10.    Sergeant Foley searched CI#4 for drugs and money and found none. Officer Bartini was supplied with $120.00 of pre-recorded money to make the buy. CI#4 got into a vehicle with Officer Bartini. CI#4 drove to the prearranged location. CI#4 called **G** and told him we were there. **G** arrived as the front seat passenger in a 2002 gray Ford Explorer bearing MA-34WJ54. There were a total of 4 people in the vehicle. Officer Bartini reported that **G** was wearing a black knit hat, a dark colored hooded jacket with a white shirt on underneath. **G** got out of the Explorer and got into the back seat of the vehicle Officer Bartini and CI#4 were in. **G** showed Officer Bartini and CI#4 the crack cocaine and told them it was a $200.00 piece. CI#4 told **G** that they weren't paying $200.00 for that piece. Officer Bartini offered **G** $100.00 for the crack cocaine and **G** accepted the offer. Officer Bartini counted out (5) $20 bills and handed the money to **G**. **G** in return handed Officer Bartini the crack cocaine. **G** got out of our vehicle and re-entered the Ford Explorer. CI#4 reported that **G** is positively the same person that IT purchased crack cocaine on March 24 2006, March 31, 2006, and tonight (April 5, 2006).

11.    Officer Bartini contacted others members of the Task Force and notified them that the buy was a success. Member of the Task Force boxed the car in before it left the park and ordered the passengers of the vehicle out of the car. The following people were in the vehicle:

- George **CHAPMAN** (**G**) was seated in the front passenger seat

- Edward **MARTIN** was the operator

- Shane **AULISIO** in the right rear passenger seat

- Sahara **CHAPMAN** in the left rear passenger seat

12.    The vehicle, as well as all occupants of the car were searched. During the three conversations that CI#4 had with **CHAPMAN**, all the occupants would have heard the conversations. In addition, drugs can easily be transferred from one party to another. The following items were found:

- In the vehicle, on the floor where George **CHAPMAN** was seated, $243.00 cash was found. Included in that was $100.00 of pre-recorded money that Officer Bartini gave to **CHAPMAN** for the purchase. In addition, a cellular telephone was found. This is the

Page 3 of 4

same phone that CI#4 called **CHAPMAN** on to arrange the deal.  <u>The call history on that phone shows the calls to CI#4.</u>

- **AULISIO** had in his possession one marijuana roach, a pipe with marijuana residue, and a tissue with a small amount of cocaine in it (this was field tested by Investigator Trapani and he received a positive response for the presence of cocaine).

- **MARTIN** was found to be in possession of one small bag marijuana

13.    Detective Civello field tested the substance Officer Bartini purchased from **CHAPMAN** and he received a positive response for the presence of cocaine.  The substance will be sent to the State Lab for official analysis.

14.    During the booking process Officer Bartini positively identified **CHAPMAN** as the same person that had just sold him the crack cocaine.  Officer Bartini and I also identified **CHAPMAN** as the same individual that we observed after selling crack cocaine to Officer Clark on 03/31/2006.

15.    **CHAPMAN** is charged with a park zone violation.  The transaction took place in the parking lot of the Little Field located on Springside Avenue.

16.    Investigator Trapani issued the following citations:

- AULISIO     M-3237833

- CHAPMAN   M-3237834

- MARTIN      M-3237835


**\*\*\*  *The identity of CI#4 will be made known during the discovery process*  \*\*\***


Investigator Michael Nykorchuck
Pittsfield Police Department
Berkshire County Drug Task Force

# SHEFFIELD POLICE DEPARTMENT
## CASE INVESTIGATION REPORT

Berkshire County Drug Task Force Case #: 2005-103-0203
Sheffield Police Case #: 05-1517

1.    On Thursday 09/29/05, at approximately 7:00 pm, an investigation into the sale and cultivation of narcotics came to a close when members of the Sheffield Police Department and Berkshire County Drug Task Force (Massachusetts State Police, Berkshire county Sheriff's Department, Pittsfield Police Department, North Adams Police Department, Lee Police Department and Lenox Police Department) executed a search warrant at the residence of Jason **COLLINS**, Stefanie **DALESSIO**, and Kyle **STEWART**, located at 665 North Main St. Sheffield, Ma. 01257.  During the search of the residence, approximately 41 marijuana plants, packaged marijuana, numerous scales and usage paraphernalia were located.  Jason **COLLINS**, Stefanie **DALESSIO**, and Kyle **STEWART** were all arrested, transported to Great Barrington Police Department, booked, processed, and released by Asst. Clerk Kelly for a court appearance on October 6th, 2005.

2.    **Defendant #1:**          **COLLINS**, Jason A.
665 North Main Street
Sheffield, MA. 01257
DOB:  07/24/81
SS#: 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

3.    **Defendant #2:**          **DALESSIO**, Stefanie A.
665 North Main Street
Sheffield, MA 01257
DOB: 03/31/83
SS#: 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

4.    **Charges:**
- Possession of Class D, Marijuana, with the intent to Distribute (Ch.94C Sec. 32C)
- Cultivation of Class D, Marijuana (Ch. 94C Sec. 32C)

5.    **Defendant#3:**          **STEWART**, Kyle B.
665 North Main Street
Sheffield, MA 01257
DOB: 10/22/76
SS#:  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

6.    **Charges:**
- Cultivation of Class D, Marijuana (Ch. 94C Sec. 32C)
- Possession of Class D, Marijuana (Ch. 94C Sec. 32E)

Sheffield Police Case #05-1517
BCDTF Case # 2005-103-0203

7.  **Date of Arrest:**     09-29-2005
    **Time of Arrest:**     **COLLINS-STEWART**-1910 hrs, **DALESSIO**-2030 hrs
    **Place of Arrest:**    665 North Main Street, Sheffield, Ma. 01257

8.  **Seizure:**    Please refer to the attached search inventory report

9.  **Disposition of Seizure:** Items seized were transported to the Berkshire County Drug
Task Force Office located in Pittsfield, MA. The narcotics evidence was transported to the State
Crime Lab in Sudbury, MA for analysis. All other evidence was secured in the Berkshire County
Drug Task Force evidence room.

10. **Witnesses:** Sheffield Police Department; Senior Officer Robert Ullrich, Officers
Timothy Ullrich, and Jonathan Finnerty, Massachusetts State Police; (Berkshire County Narcotic
Unit) Lt. Joseph McDyer, Sgt. David Foley, Tpr. Christopher Meiklejohn, and Tpr. Sean Carroll,
Great Barrington Police Department; Officer Paul Storti, Lenox Police Department; Officer
William Colvin, Pittsfield Police Department; Officer Felix Aguirre, North Adams Police
Department; Officer John LeClair, and Berkshire County Sheriff's Office; Major David Sinopoli.

### Case History

11.    On Thursday 09-29-2005 I applied for and received a knock and announce search warrant
from Assistant Clerk Shaun Kelly of the Southern Berkshire District Court. This search warrant
was for the **COLLINS, DALESSIO, AND STEWART** apartment located at 665 North Main
Street, Sheffield, MA. 01257.

12.    On Thursday 09-29-2005, at approximately 1855 hrs, the search warrant was executed at
the **COLLINS, DALESSIO, AND STEWART** apartment located at 665 North Main Street,
Sheffield, MA 01257.

13.    The raid team, arriving in one marked Sheffield Police Department cruiser, and three
unmarked cars, included me, Sr. Officer Ullrich, Officer Finnerty, Lt. McDyer, Sgt. Foley, Tpr.
Meiklejohn, Tpr. Carroll, Officer Storti, Officer Aguirre, Officer Colvin, Officer LeClair, and
Major Sinopoli. Officers Robert Ullrich and Finnerty were in full Police uniform.

14.    Officers Robert Ullrich and Finnerty drove the marked cruiser to the parking lot for 665
North Main Street. The lot is located behind North Main Street Antiques. I and the remainder of
the raid team parked the three unmarked cruisers in the parking lot of North Main Street
Antiques. Officers Robert Ullrich and Finnerty knocked and attempted to lure the occupants
outside. After approximately one minute Officer Robert Ullrich called me on the radio and told
me he was not getting a response and he did not think anyone was home. I and the remainder of
the raid team then drove into the apartment parking lot. Officer Robert Ullrich, Officer Felix
Aguirre, and I approached the door to the apartment. I knocked on the door and yelled "Police
Search Warrant". After getting no response I opened the unlocked door and entered the
apartment. I again yelled "Police Search Warrant". I and Officers Robert Ullrich and Felix
Aguirre entered and cleared the apartment and found no one present inside. There was a strong
odor of fresh marijuana inside the entire apartment. We were followed in by the remaining

Sheffield Police Case #05-1517
BCDTF Case # 2005-103-0203

members of the search team.

15.    Officer Aguirre searched the north bedroom (**DALESSIO** and **COLLINS** room) and located a marijuana grow room hidden in a crawl space behind a small opening in the bedroom wall. The opening into the crawl space was approximately 2' wide by 3' tall and located on the west wall in the northwest corner of the north bedroom. Located inside the crawl space was a marijuana grow room consisting of 40 marijuana plants in pots, grow lights (turned on), and fertilizer.

16.    Officer Robert Ullrich, Lt. McDyer, Trooper Meiklejohn, and I left the apartment based on the evidence located inside and searched the open field to the west of the apartment building for a marijuana grow.

17.    During the search of this area, we learned, by radio, from Officer Greg Priest of the Sheffield Police Department, that someone had entered the parking area in a vehicle. Officer Priest had been positioned to watch the apartment's driveway and inform us if anyone arrived. We all returned to that area and found Kyle **STEWART** standing outside a gray 4 door Oldsmobile Alero and Jason **COLLINS** sitting in the driver's seat of the vehicle. The vehicle was bearing Connecticut registration 738MGW. The vehicle came back registered to Carol G Stewart of 132 Quinn St. Canaan, CT. There were three dogs inside the vehicle. **COLLINS** was removed and the dogs were secured inside the vehicle. The vehicle was left blocking the entrance to the driveway.

18.    At 1910 hrs **COLLINS** and **STEWART** were both advised that they were under arrest and Lt. McDyer advised both of their rights per Miranda.

19.    At 1915 hrs **COLLINS** and **STEWART** were brought inside of the apartment. Sgt. Foley showed and explained the warrant to both **COLLINS** and **STEWART**. **COLLINS** advised that he was dyslexic. Sgt. Foley then read the entire warrant to both **COLLINS** and **STEWART**. Both explained to Sgt. Foley that they understood the warrant. **STEWART** asked Sgt. Foley why his name was in the warrant. Sgt. Foley told him it was because he "lived here, right?" **STEWART** stated "Yes, I just moved back in". I asked **STEWART** when he moved back in. He told me, at first, 3 days ago and he then said he moved back in about a week ago. Sgt. Foley asked **STEWART** which room he lived in. **STEWART** nodded to the west bedroom. (Where a marijuana plant was hanging inside the bedroom closet, item #28). Sgt. Foley asked where **COLLINS'** room was. **COLLINS** nodded towards the north bedroom. (Where the grow room was located, item #1). Sgt. Foley asked **COLLINS** where Stefanie was. **COLLINS** told him she was at her mother's house on East Street in Mount Washington. **COLLINS** gave Sgt. Foley her phone number (528-3816). I instructed **COLLINS** to call Stefanie and have her return to the apartment so she could remove the dogs from the vehicle. **COLLINS** made several attempts and finally got through. He requested that she come to the apartment.

20.    While waiting for **DALESSIO** to arrive at the apartment, to secure the dogs, a Mr. Granger arrived. Granger advised that he was the father of Chris Granger, who is a friend of Kyle **STEWART'S**. He further explained that he was delivering a bed for Kyle. Mr. Granger stated that he is familiar with the dogs and agreed to remove them from the **STEWART** vehicle.

Sheffield Police Case #05-1517
BCDTF Case # 2005-103-0203

Mr. Granger removed the 3 dogs and secured them inside of another vehicle parked in the parking lot of the apartment. **STEWART'S** vehicle was moved from the driveway entrance and searched. Nothing was found inside the vehicle.

21.    At 1935 hrs. Lt. McDyer told **COLLINS** that they located several bags of shake marijuana in the south bedroom and asked him where the rest of the marijuana was located. **COLLINS** directed Sgt. Foley, Lt. McDyer, Officer Aguirre, and I to the north bedroom and then into the second drawer of a bureau located on the west wall.  Lt. McDyer located one plastic bag with marijuana in it (Item#15).

22.    A search of the entire apartment had been completed by 2015 hrs.  This search produced the following items evidencing the cultivation and sale of marijuana:

### NORTH BEDROOM (COLLINS & DALESSIO)

Item #1:  31 marijuana plants approximately 12" tall planted in individual planter buckets. 9 smaller marijuana plants approximately 6" tall planted in individual planter buckets. One empty planter bucket used for growing marijuana. Found in a crawl space off the north bedroom. The crawl space is accessed through the west wall in the northwest corner of the bedroom.

Item #3:  One multicolored glass bong used for smoking marijuana. The bong is approximately 18" tall and was found in the crawl space off the north bedroom.

Item #15:  One plastic bag with marijuana found in the bureau 2nd largest drawer down.

Item #16:  Occupancy papers for Stefanie **DALESSIO** found on top of the dresser:

- 06/10/05 Massachusetts Registry of Motor Vehicles registration for Stefanie and Stephen **DALESSIO** at Box 423 S. Egremont, MA 01258.
- 6/28/05 Summons to Defendant for Stephanie A **DALESSIO** at 665 North Main Street, Sheffield, MA 01257.

Item #18:  Small wooden box found on a shelf on the south wall containing the following items:

- 18 small empty Ziploc baggies. These bags are commonly used for packaging marijuana.
- One small Ziploc bag with three roaches in it.
- One small Ziploc bag with 4 small dice in it.
- One small Ziploc bag with purple crystals in it.
- A Polaroid picture of a bong.
- 2 unidentified pills.
- A Medical ID bracelet for Jason Collins.

Item #21:  Bottle containing 7 unknown pills found on the south wall third shelf from the

Sheffield Police Case #05-1517
BCDTF Case # 2005-103-0203

top.

Item #22: Two unknown white pills found on the north bedroom bureau.

Item #23: $240.00 cash, a plastic bag with marijuana seeds in it, and the following
occupancy paper for Stefanie **DALESSIO** found on the top of the dresser:

- 5/10/05 Application for criminal complaint for Stefanie **DALESSIO** at 665
  North Main St, Sheffield, MA 01257.

Item #25: Pellet gun seized due to its apparent authenticity. Drug dealers often use hand
guns or fake hand guns that look real to protect themselves from other
criminals or to collect debts owed.

Item #29: Black Brinks security box found under the dresser on the southeast wall
containing the following:

- Three glass smoking devices, one in a gray padded pouch with spiders on it.
- Smoking device in wooden container
- 2 hand held scales measuring ounces. These types of scales are commonly used
  by marijuana dealers.
- 2 pens and an O.Z. sheet. An O.Z. sheet is a sheet of paper with financial
  calculations depicting debts owed.
- 2 small empty Ziploc baggies. These bags are commonly used for packaging
  marijuana.
- Small magnifying glass
- Small plastic container with marijuana residue.
- An organic substance (possible mushrooms) sent to lab for analysis.
- Casio calculator commonly used for financial calculations.
- Rectangular black box with black electrical tape on it containing the following
  items:
    1. Glass smoking device
    2. Cigarette rolling papers commonly used to smoke marijuana
    3. Pocket knife with marijuana residue
    4. Various types of marijuana smoking devices
    5. 2 metal pipe cleaners with marijuana residue
    6. Small empty plastic Ziploc bag commonly used to package marijuana.

## LIVING ROOM

Item #2: Two cobra micro talk portable radios. Radios are commonly used by drug
dealers for counter surveillance, to track the presence of police and to keep track
of customers. They were found on the living room table.

Sheffield Police Case #05-1517
BCDTF Case # 2005-103-0203

## KITCHEN

Item #4: A metal silver cigarette case with marijuana seeds in it and a plastic Ziploc
sandwich bag with marijuana seeds in it found in the top left drawer.

Item #5: A plastic bag with marijuana in it found in the bottom left drawer.

Item #6: A plastic bag with various types of fireworks found in the bottom left drawer.

Item #7: A plastic bag with 6 unknown pills and jewelry found in the bottom left drawer.
The pills were sent to the lab for analysis.

Item #9: Marijuana residue and leaves found on the Kitchen table.

Item #10: Occupancy papers for **COLLINS** and **DALESSIO** found on the   Kitchen
table.

- 9/16/05 Massachusetts Electric bill for 665 North Main St, Sheffield, MA to
Stefanie **DALESSIO** at PO BOX 423 S. Egremont, MA 01258
- 9/13/05 MA Registry of Motor Vehicle letter to Jason **COLLINS** at BX 423 S.
Egremont, MA 01258.
- 9/21/05 Berkshire Health Systems bill to Jason **COLLINS** at PO BOX 423 S.
Egremont, MA 01258.
- 9/28/05 Delair & Edwards D.D.S., P.C. bill to Jason **COLLINS** at P.O. BOX
423 South Egremont, MA 01258

Item #11: Address book marked "Jason and Stefanie Telly Numbers" with a marijuana
leaf on the inside back cover. The book contains the names and telephone
numbers of numerous individuals known by the Task Force to be drug dealers
and users. The book was found on the kitchen table.

Item #12: Plastic bag with marijuana found on the kitchen table.

## DINING ROOM

Item #8: One palm scale found on the dining room table. A palm scale is used for
measuring quantities of narcotics prior to sale.

Item #13: "High Times" magazine with rolling papers and a rolling machine found on the
dining room coffee table. "High Times" Magazine is a magazine   commonly
used by marijuana dealers and users. Some articles explain how to grow
marijuana. Rolling papers and a rolling machine are commonly used for rolling
and smoking marijuana.

Item #14: Silver/black bong used for smoking marijuana found on the dining room
coffee table.

Sheffield Police Case #05-1517
BCDTF Case # 2005-103-0203

## SOUTH BEDROOM

Item #17: A bag, with 8 large bags of marijuana, and two bags with mature marijuana plants in it, found in a plastic storage bin.

Item #19: The following items were located in a wooden box labeled "Mom Jewelry Box": on the left hand side of the desk.

- 10 small empty Ziploc bags commonly used for packaging marijuana
- Scissors
- Pill bottle with electrical tape on it labeled in marker "SEEDS"
- 2 pens
- Roll of black electrical tape
- Small flat head screw driver
- White pocket knife
- Ziploc bag with marijuana seeds
- Green Mardi Gras Beads
- Black butter knife
- Small black jewelry box containing the following
    1. White plastic container with marijuana residue in it
    2. Three razor blades. Razor blades are used by drug dealers for cutting narcotics prior to packaging and sale.

Item #20: The following cultivation books found in the left hand side of the desk. Cultivation books and magazines are used by marijuana users and dealers to learn techniques on how to grow marijuana.

- "Marijuana Indoors Five Easy Gardens"
- "Closet Cultivator"
- "Home Hydroponics…And How To Do It!"
- "Gardening Indoors"
- 3 "High Times" magazines
- 3 "Heads" magazines

Item #24: A Handheld scale measuring ounces and grams commonly used by marijuana dealers and the following occupancy papers for **DALESSIO** and **COLLINS** found in the left side drawer.

- 1/4/05 and 2/2/05 AMERIGAS bill to Jason **COLLINS** and Stefanie **D'ALESSIO** at PO BOX 423 S. Egremont, MA 01258
- 1/12/05 and 2/10/05 DIRECTV bill to Stefanie **D'ALESSIO** for service at 665 North Main St, Sheffield, MA 01257
- 2004 Form 1099-INT for Stefanie **D'ALESSIO** at PO BOX 423 S. Egremont, MA 01258

Sheffield Police Case #05-1517
BCDTF Case # 2005-103-0203

- 12/20/04 and 1/19/05 Massachusetts Electric bill to Stefanie **DALESSIO** at PO BOX 423 S. Egremont, MA 01258 for service at 665 North Main St, Sheffield, MA 01257
- 12/13/04 and 01/13/05 Verizon bill to Stefanie **DALESSIO** at PO BOX 423 S. Egremont, MA 01258 for telephone number 413-229-8878
- 12/2/04 BFI Waste bill to Jason **COLLINS** at PO BOX 423 South Egremont, MA 01258 for pick up at 665 North Main St, Sheffield, MA
- Numerous other correspondences to **COLLINS** and **DALESSIO** listing PO BOX 423 S. Egremont, MA 01258 as a mailing address.

### WEST BEDROOM (STEWART)

Item #26:   The following occupancy records for **STEWART** and **COLLINS** found     on the floor.

- 6/15/05 Encompass Insurance letter to Jason A **COLLINS** at BX 423 S. Egremont, MA 01258
- 8/18/05 Hartford Underwriters Insurance Co letter to Kyle **STUART** at 132 Quinn St, Canaan, CT 06018
- 8/1/05-8/31/05 letter from A.G. Edwards & Sons INC to Kyle **STEWART** at 9 Bond Street, Canaan, CT 06018
- 9/22/05 Mohawk Mountain Ski Area Inc direct deposit pay stub for Kyle B **STEWART** of 41 Prospect Street, North Canaan, CT 06018
- NewMil Bank ATM/Debit MasterCard for Kyle B **STEWART** valid thru 05/07
- 08/26/05 Bill from Crane and Son Inc to Kyle **STEWART** at P.O. BOX 423 Canaan, CT 06018
- 09/22/05 Client Appointment Record from The Brien Center for Kyle B **STEWART**
- 9/16/05 letter from NewMil Bank to Kyle B **STEWART** at 41 Prospect St PO BOX 403, Canaan, CT 06018

Item #27:   A Dealer blowout found on the floor.  A dealer blowout is the portion of a plastic bag that is left after narcotics are packaged for sale and the corner is torn off of the bag.

Item #28:   One marijuana plant found hanging in the closet.  Marijuana plants are hung to dry after they are harvested.

23.     At approximately 2030 hrs **COLLINS** and **STEWART** were removed from the apartment and transported to the Great Barrington Police Department where they were booked and processed.

24.     At approximately 2030 hrs Stefanie **DALESSIO** arrived at the apartment with her father Steven. **DALESSIO** and her father were brought inside the apartment where I showed and explained the warrant to them. Sgt. Foley advised **DALESSIO** of her Miranda rights.

Sheffield Police Case #05-1517
BCDTF Case # 2005-103-0203

**DALESSIO** advised that she understood her rights. She was placed under arrest and removed from the apartment.

25.    At approximately 2045 hrs **DALESSIO** was transported to the Great Barrington Police Department where she was booked and processed.

26.    At approximately 2050 hrs. all members of the raid team exited the **COLLINS**, **DALESSIO**, and **STEWART** residence.

27.    At approximately 2140 hrs. Assistant Clerk of Courts was contacted and advised of the arrests. Asst. Clerk Kelly arrived and bailed and released **COLLINS**, **DALESSIO**, and **STEWART** on PR for a court appearance on October 6th, 2005 in the Southern Berkshire District Court.

Respectfully submitted,


Timothy R. Ullrich
Sheffield Police Department
Berkshire County Drug Task Force

EXHIBIT:           N-16
CASE NO.:          CU-05-008
DATE:              05/20/05
TIME:
PHONE NO.:

PARTICIPANTS:      1. CS
                   2. MICHAEL "29" PRESTON

                   (Pause.)

                   (Phone ringing.)

PRESTON:           (Unintelligible).

CS:                What are you doing?

PRESTON:           What you doing?

CS:                How did you know it was me?

PRESTON:           I know you.

                   (Laughter.)

CS:                Sorry I didn't --

PRESTON:           I remember, I remember your number.

CS:                Sorry I didn't get back to you man.  These are --

PRESTON:           All right.  What's up?  What you doing today out there?

CS:                Freakin busy, busy.  I'm going to a car show tonight.

PRESTON:           Oh, okay.

CS:                Most of the night.  So, yo, let me talk to you about some shit, man.

PRESTON:           Like what?  Yo, why don't you wait --

CS:                Huh?

PRESTON:           Wait and holler at me later.  Holler at me later about it, Kimball.

CS:                All right.  Why?  You busy?

PRESTON:    Cuz, cuz, I can't get that much reception, and you're like bloating in and out.

CS:    Okay.

PRESTON:    Why?  What happened?  But what happened, dog?

CS:    Nothing.  I wanted to go through you to get some shit, man.

PRESTON:    Well, holler at me.  I'm, call me, call me (unintelligible) --

CS:    You're breaking --

PRESTON:    -- and some see me face to face.  All right?

CS:    You're breaking up.

PRESTON:    Just come see me.  Call me, like, two hours and come see me.  All right?

CS:    All right.  All right.  Bye.

PRESTON:    All right.  (Unintelligible).

(End of call.)

EXHIBIT:        N-16
CASE NO.:       CU-05-0017
DATE:           5/20/05
TIME:
PHONE NO.:

PARTICIPANTS:   1. CS
                2. MICHAEL "29" PRESTON

                (Pause.)

                (Phone ringing.)

PRESTON:        Hello?

CS:             Can you hear me better now?

PRESTON:        Yeah.  What I said, no, no, I said to you I can holler at you about
                that.  I can't get, I'll, I'll hit you up in an hour.  Just answer the call.
                I need just like a hour or two.  Just answer the call, and, then, I'll
                tell you to come, come somewhere and see me.

CS:             Well, I don't, I'm all set for this weekend, but I'm talking at some
                point --

PRESTON:        No.  No, I know.  I know.  I know.

CS:             You know --

PRESTON:        No, I just wanted to talk to you about it, dog.

CS:             Okay.

PRESTON:        All right?

CS:             I ain't got no problem with Phil, but it's just, you know, what I
                mean?  The price is too --

PRESTON:        No, don't --

CS:             -- high.

PRESTON:        -- worry about that.  Don't worry about --

CS:             You know what I --

PRESTON:        Don't worry --

CS:             -- mean?

PRESTON:        -- about that.  Just hit me.  I'll hit you in like an hour or two.  I'm
                gonna holler at you.  All right?

CS:             Okay.  All right, then.

PRESTON:        Bye.

CS:             Bye.

PRESTON:        Just answer the phone.

CS:             I'll try to.  All right.

PRESTON:        All right.

CS:             Bye.

                (End of call.)

EXHIBIT:           N-17
CASE NO.:          CU-05-0018
DATE:              5/25/05
TIME:
PHONE NO.:

PARTICIPANTS:      1. CS
                   2. MICHAEL "29" PRESTON

                   (Pause.)

                   (Phone ringing.)

PRESTON:           Hello?

CS:                Yeah?

PRESTON:           What up?

CS:                I'm going to be coming back up in a couple of minutes.  I got it.

PRESTON:           All right, bro.

CS:                You want me to go right to Cumberlands again?

PRESTON:           No.  Come pick me up at home.  You know where the dog man
                   lives.  Right?

CS:                Where who?

PRESTON:           You know where (unintelligible).  Right?

CS:                Yeah.  Yeah.

PRESTON:           Come pick me up over there.  Park behind my car, and
                   (unintelligible).

CS:                All right.  All right.

PRESTON:           Okay.  Just call me.  Call me when you get behind me.

CS:                All right.  Bye.

PRESTON:           All right.

                   (End of call.)

EXHIBIT:        N-17
CASE NO.:       CU-05-0018
DATE:           5/25/05
TIME:
PHONE NO.:

PARTICIPANTS:   1. CS
                2. MICHAEL "29" PRESTON

                (Pause.)

                (Phone ringing.)

PRESTON:        Hello?

CS:             Hello.  I'm glad to see you're picking up your phone now.

PRESTON:        I told you I (unintelligible).

                (Static overpowers.)

PRESTON:        All right.  I'll meet you.

CS:             You, you know where that is.  Right?

PRESTON:        I'll meet you at, I'll meet you at (unintelligible) First Street.

CS:             Cumberlands?  On First Street?

PRESTON:        Yeah.  Right.

CS:             All right.  All right.  I, I should be there right around 1:30.  I gotta
                stop at Advance and get parts for my truck.

PRESTON:        All right.

CS:             I'll be there.

PRESTON:        All right.  Later.

CS:             Bye.

                (End of call.)

EXHIBIT:         N-17
CASE NO.:        CU-05-0018
DATE:            5/25/05
TIME:
PHONE NO.:

PARTICIPANTS:    1. CS
                 2. MICHAEL "29" PRESTON

                 (Pause.)

PRESTON:         Hello?

CS:              Hard.  Definitely hard.

PRESTON:         Okay.  Bye.

CS:              All right?

PRESTON:         I got ya.

CS:              I should be leaving here in a couple of --

                 (Beeping sound.)

CS:              -- minutes.  I'm just waiting for him to (unintelligible) money.

                 (End of call.)

EXHIBIT:          N-18  1 of 3
CASE NO.:         CU-05-0018
DATE:             5/25/05
TIME:
LOCATION:         CUMBERLAND FARMS

PARTICIPANTS:     1. CS
                  2. MICHAEL "29" PRESTON

                  (Static.)

CS:               A couple of black guys pulled up in this blue car here, and they're
                  staring at me really suspicious.

                  (Pause.)

CS:               Their plate number, well, I'll give it to you in a minute.

                  (Pause.)

CS:               Where the hell you been, man?  Talking all secret and code and
                  shit on the phone.

PRESTON:          Guts.

CS:               Guts to.  Fuckin (unintelligible).  Hey, who's this cat?  Been staring
                  at me.  Got no enemies do ya?  Not trying to shoot you, I hope.

PRESTON:          No.

                  (Laughter.)

CS:               What's going on, man?  How you doing?

PRESTON:          Come on.  Let's take a ride.

CS:               Where you wanna go?

PRESTON:          I don't know.  Just outta here.  You said you wanna talk.  Let's ride
                  and talk.

                  (Pause.)

CS:               So, as I was saying, I was gettin a couple of ounces off Phil, --

PRESTON:          Um-hum?

CS:             -- but the price was kind of high.

PRESTON:        How much you --

CS:             The quality was --

PRESTON:        -- wanna talk?

CS:             -- really low.  Eleven hundred.

                (Pause.)

CS:             Why?  Is that a good price?

PRESTON:        I don't know.  I sell mine for mo -- I sell mine for, like, I used to sell
                mine for like twelve (unintelligible).

CS:             Twelve hundred?

PRESTON:        Um-hum.

CS:             Well, that's highway robbery up here.

PRESTON:        Because I sell a half for like six.

CS:             A half for six?

PRESTON:        An ounce is twelve, but, it be good, though, but --

CS:             So, give me the two ounces for 2100.

PRESTON:        I will.  I'll do it for you.

CS:             Twenty-one hundred?

PRESTON:        Um-hum.

CS:             That's a pretty good deal.  This, I don't want to get Steve pissed.
                That's my only thing.

PRESTON:        I know.

CS:             I don't want him to think --

PRESTON:        I know.

CS:             I don't want him to think --

PRESTON:        No (unintelligible).

CS:             -- I'm talking to nobody.

PRESTON:        Nobody is gonna know --

CS:             All right.

PRESTON:        -- we're doing it.

CS:             When can you get it?

PRESTON:        Right now.

CS:             I have to go, I'll have to go back down by Lee and grab the money.

PRESTON:        I'll ride with you.

CS:             I gotta drop you off --

                (Tape cuts out.)

CS:             -- down the street (unintelligible) this guy because I gotta get
                (unintelligible).

PRESTON:        Well, what I'm saying is, like, you --

                (Tape cuts out.)

PRESTON:        -- go get it.  I'll ride with you.  (Unintelligible).

CS:             I'm not even sure if he's got it.  I can call him.

PRESTON:        I can get whatever you want to get.  (Unintelligible) got whatever
                you want to get.

                (Pause.)

CS:             You staying over there?

PRESTON:        No.

CS:             Where's your car?

PRESTON:      My car is right here.

CS:            What did you do?  Have it painted?

PRESTON:      No.  It was always that (unintelligible), dog.

              (Laughter.)

CS:            You had that shit painted.

PRESTON:      No, it's still the same color.

CS:            It was dark maroon --

PRESTON:      No, no, I'm --

CS:            You ain't shitting me.

PRESTON:      -- telling you.  It's the same color.  It's just (unintelligible) now.

CS:            Oh, my ass.

PRESTON:      No, that's (unintelligible).

CS:            No, I --

PRESTON:      Take a, take a right, and, then, another right.

CS:            All right.  I'll run down there because I'm gonna have to run a
              couple of errands and shit, and, then, I'll come back up.

PRESTON:      All right.

CS:            I'm not trying to blow you off or nothing.  I just don't want, I don't
              know if Marlene is gonna make me pick her up at work and all this
              other shit.  He was charging me twenty-two.  The shit was all right,
              but I don't know.  The last time the shit was kind of fucked up.  It
              was a little bit short.  I've been getting rid of about two ounces
              almost every two weeks down there.  About an ounce a week.  I
              ain't trying to push it.  You know what I'm saying?  (Unintelligible)
              shit out there.

PRESTON:      Nobody (unintelligible) shit.  Where you staying at now?

CS:            Down, down this chick's house in (unintelligible).

PRESTON:        Oh, that's where you been staying.

CS:             Yeah.  Why?  You got (unintelligible).

PRESTON:        Pull over right here.

                (Pause.)

CS:             What you doing?

PRESTON:        Just checking shit.

                (Pause.)

CS:             You doing a little pushing?

PRESTON:        Yeah.

UNKNOWN:        (Unintelligible).

PRESTON:        I want you to give me 160 on --

UNKNOWN:        (Unintelligible).

PRESTON:        But that's it.

UNKNOWN:        (Unintelligible).

PRESTON:        I got you, I got you on the next round.

UNKNOWN:        Thank you.  Call me --

CS:             Who's this?

UNKNOWN:        -- (unintelligible).

PRESTON:        All right.  I got you.  All right.

UNKNOWN:        Thanks.

CS:             (Unintelligible) harsh, man.  Be cool.  Be cool.

                (Tape cuts out.)

                (Laughter.)

CS:          So, you're always doing your own thing.  So, he's not going to --

PRESTON:     Yeah.

CS:          -- get pissed.  It's not like stepping on some other (unintelligible) side.

PRESTON:     You, you seen me.

CS:          I did see you.  You did a fair deal.

PRESTON:     And you, you, actually, put his (unintelligible).

CS:          (Unintelligible) had some good fuckin (unintelligible) pills, dude.

PRESTON:     Yeah.

CS:          But the other thing, too, if you get any Oxycontin, let me know.

PRESTON:     I can get them right now.

CS:          Dam.

PRESTON:     Park in front of my house.

CS:          I believe --

PRESTON:     (Unintelligible).

CS:          I believe you.  I believe you.  You want me to drop you off?

PRESTON:     Yeah.

CS:          Okay.

PRESTON:     I can get OCs right now for you if you want that shit.  All you gotta do is --

CS:          No.  I'll --

PRESTON:     -- let me, all you gotta do is let me know when you want them.  I can get that all the time.

CS:          Let me call this guy, and --

PRESTON:        Well, if you gonna call, you should keep riding and come back.

                (Pause.)

PRESTON:        (Unintelligible) like that.

                (Laughter.)

PRESTON:        Got it all up for you.

                (Pause.)

CS:             Yeah.

                (Pause.)

CS:             I can, I can, I can probably get that for you today, but I'll have to come back down there and borrow some money from ya.

                (Pause.)

CS:             All right.  Um, we'll probably do that.  I'll call you when I get down there.

                (Pause.)

CS:             All right.  Bye.  He ain't gonna be off work for a little bit, but --

PRESTON:        That's cool.

CS:             -- he should be able to get it.

PRESTON:        That's cool.

CS:             So, what I'll do is --

PRESTON:        When you're ready, just call me and come on up.

CS:             All right.  We'll meet at the same place again, or --

PRESTON:        I'll let you know where.

CS:             All right.

PRESTON:        All right.

CS:              You not gonna tell me now.  I got ya.

                 (Laughter.)

PRESTON:         You got your own garage down there where you at?

CS:              No garage.  I've been staying with this chick, man.

PRESTON:         You gotta find me some pussy down there, dog.  I'm gonna come
                 down there, and get some money.  Get me out of this hot ass shit.

CS:              You don't like being up here?

PRESTON:         Oh, man.

                 (Laughter.)

PRESTON:         I'll come down there and chill with you, man.

CS:              I'll work it out.  I just --

PRESTON:         You know what I mean?

CS:              I work with another guy, and I don't want him to think I'm, you
                 know what I mean?  We sell, and I don't want him to --

PRESTON:         What I'm saying is --

CS:              -- think I'm fuckin bringin in --

PRESTON:         (Unintelligible) I can be at on the low.  Right?

CS:              Yeah.

PRESTON:         And I'll just sell weight for you out there.  I'll sell you the weight,
                 and you don't gotta come so far down here.  I'll be out there
                 holding the load.

CS:              That's true.  That's true.

PRESTON:         You know what I'm saying?   Get me outta here.

CS:              I don't know.  I'll work on it.

PRESTON:         (Unintelligible).

| | |
|---|---|
| CS: | Guess who I saw the other night? |
| PRESTON: | (Unintelligible). |
| CS: | I got a letter from Cheryl -- |
| PRESTON: | Yeah? |
| CS: | -- from the cottage.  She wrote me a letter, mother fucker, don't be writing me that shit -- |
| | (Laughter.) |
| CS: | -- in here.  I friggin, you know what I still got?  I still got the box that those headphones came in that time up on Second Street. |
| PRESTON: | Oh. |
| | (Laughter.) |
| PRESTON: | Yeah.  Yeah.  (Unintelligible). |
| CS: | All right. |
| PRESTON: | (Unintelligible). |
| CS: | I'm gonna definitely call you back.  I'm gonna go down there and -- |
| PRESTON: | All right. |
| CS: | -- do this.  So, try to make sure you can do it. |
| PRESTON: | I got it. |
| CS: | You know what I'm saying?  I don't want to come back up here and be passed out. |
| PRESTON: | All right. |
| CS: | You got a scale and shit I can check it on? |
| PRESTON: | You know what I'm saying?  I mean, don't worry.  When you get home, and you get it on the thing, it's gonna be straight.  Believe me. |
| CS: | All right. |

PRESTON:        All right?

CS:             Thanks, dude.

                (Pause.)

CS:             54J E38 is the plate on his car. 54J E38. He may be stopping on
                this other street here. He sold some shit to some girl. He had a
                whole pocket full of shit.

                (Pause.)

CS:             I think it was 63 was the number outside the house. I'm leaving
                now so we can regroup on that. He said that he'd definitely do it.
                So, wherever you are, kind of follow me. I'm going back down
                Norse Street or First Street, Jay.

                (Pause.)

                (Tape ends.)

EXHIBIT:         N-18  2 of 3
CASE NO.:        CU-05-0018
DATE:            5/25/05
TIME:
LOCATION:        CUMBERLAND FARMS

PARTICIPANTS:    1.  CS
                 2.  MICHAEL "29" PRESTON
                 3.  UNKNOWN

                 (Static.)

                 (Long pause.)

PRESTON:         (Unintelligible) my house.

CS:              What the fuck you doing here?

PRESTON:         What's up?

CS:              What's (unintelligible)?

PRESTON:         Yeah.  You can say, hi, dude.

                 (Laughter.)

PRESTON:         What's up?

CS:              Nothing much.  Just cruising.

PRESTON:         Yeah.  What's going on?

CS:              (Unintelligible).

PRESTON:         I got some (unintelligible) in the house.

UNKNOWN:         Can you give me a ride real quick?

CS:              Where you want to go?

UNKNOWN:         (Unintelligible) right down the street.  You can come right back
                 here.

CS:              All right.

UNKNOWN:         All right.  You need cigarettes?

| | |
|---|---|
| PRESTON: | Ah, no, I don't, I don't want to roll. |
| CS: | He's a fish. |
| PRESTON: | No. |
| CS: | He's bringing you a new fish. I'll probably stop in there if can get this thing to stay running. |
| UNKNOWN: | Oh, it don't run? |
| CS: | Stay running. Ask him about it. |
| UNKNOWN: | Oh. |
| | (Laughter.) |
| PRESTON: | I'm gonna get some grub. Call me back. |
| CS: | All right. Seatbelt on that seat? |
| UNKNOWN: | Oh, all right. |
| CS: | You know how it is. Something to get (unintelligible) let them know what you're doing. Shit (unintelligible) like get in. |
| PRESTON: | I'm like, I'm like -- |
| CS: | (Unintelligible). |
| PRESTON: | -- you. |
| CS: | He's stupid, dude. |
| PRESTON: | I'll tell you one thing about that mother fucker. He's stupid. |
| CS: | He ain't freakin doing no business. |
| PRESTON: | What's going on? He don't think, he don't think we're doing no business. I'm waiting, I'm waiting for my girl to bring it. Right there. |
| CS: | I ain't following nobody, man. |
| PRESTON: | No, dog. (Unintelligible). |

CS:             I'm finished with that shit.

PRESTON:        Okay. (Unintelligible) because one time he pulled some bullshit --

CS:             He wanted me to give him the money and come back.

PRESTON:        Listen, listen to --

CS:             I don't do that shit.

PRESTON:        Listen to me. I'm not gonna do that to you. Believe me. I'm not gonna do that to you.

CS:             Who you dealing with? Naomi? That fucking chick that's frosted you last time?

PRESTON:        No, I don't deal with her. I don't have nothing to do with her. I got my own --

CS:             That's the shit that wasn't very good. That's --

PRESTON:        I got, I got, I got my girl (unintelligible).

CS:             (Unintelligible) down the store?

PRESTON:        My girl is coming to see me when she gets out of work. This is what you're gonna get. Something like that.

CS:             All right. That's good.

PRESTON:        Believe me Kimball, I'm not giving you nothing bad. I wouldn't --

CS:             No, I --

PRESTON:        -- (unintelligible).

CS:             That's one of the reasons why I stopped dealing with him. I told him, I said, --

PRESTON:        (Unintelligible).

CS:             -- you don't understand. Me and my friend go half on it, and I don't front the money. I told him that twice, and he's like, ah, yeah, yeah. You know? I think --

| | |
|---|---|
| PRESTON: | Well, give me -- |
| CS: | -- he was (unintelligible) -- |
| PRESTON: | -- the money -- |
| CS: | -- me, man. |
| PRESTON: | -- so I can count it. |
| CS: | I'll show it to you. I'm gonna count it right in front of you. I got it. |
| | (Pause.) |
| PRESTON: | You gotta show me (unintelligible). |
| CS: | I ain't jerking you, but I don't front the money; so, I gotta be sure. |
| PRESTON: | Keep going. |
| CS: | Where we going? Around the block? |
| PRESTON: | (Unintelligible). Yeah. I'm already (unintelligible). You gonna come by (unintelligible) coke. |
| | (Pause.) |
| PRESTON: | Yeah, I suppose you want --. |
| | (Pause.) |
| PRESTON: | Okay. Bye. Bye bye. We gotta ride, we gotta ride to Starbucks. He's gonna call me back. Take a left around here. You know where you are. Right? |
| CS: | Yeah. I think (unintelligible). |
| | (Pause.) |
| CS: | Is that a dead end? |
| PRESTON: | Take a left. Take a left. |
| CS: | Shit. |
| | (Pause.) |

CS:           (Unintelligible).

PRESTON:      Um-hum.

CS:           So, what?  You living out in Boston?

PRESTON:      Yeah.

CS:           How is that?

PRESTON:      It's all right.  Not bad.

CS:           No money though.  Right?

PRESTON:      Nah.  (Unintelligible).

              (Tape cuts out.)

CS:           I'm just letting you know I figured out that I want to see the shit first.

PRESTON:      What you --

CS:           Make sure it's all there.  I don't --

PRESTON:      Believe me --

CS:           You know, I've been through that before.  I don't --

PRESTON:      I didn't say it was all there.  I just said that I needed to count the money and shit, man.

CS:           Yeah.

PRESTON:      You know what I'm saying?

              (Laughter.)

CS:           (Unintelligible) around here.  That's the only problem.  He's got good prices.  You know, I go to the city, I'm going to spend 700 down there, and I've got to spend half the fuckin day.

PRESTON:      Yeah.

CS:           You know what I'm saying?  I ain't, I don't feel like fuckin with it.

PRESTON:        (Unintelligible).

CS:             Plus, I know the guys for a long time.

PRESTON:        I'll take you down there, and it won't have to be like that.  You know?

CS:             Why?  What you got down there?

PRESTON:        (Unintelligible) I'll take a ride with ya.

CS:             (Unintelligible).

PRESTON:        I'm just gonna tell you like this, whatever you buy, --

CS:             Yeah.

PRESTON:        Whatever you buy, you just buy me an ounce for going in there getting it.

CS:             Obviously, I wouldn't expect you to do it for free.

PRESTON:        Take a right.

CS:             You know?  I definitely wouldn't expect you to do it for free.

                (Pause.)

CS:             All these young (unintelligible), man.  Take you over the (unintelligible).  Where we going?

PRESTON:        We're just gonna, we're just gonna take a little ride.  I'm waiting for her to call me.  My girl.

                (Tape cuts out.)

PRESTON:        We'll just ride around.  (Unintelligible) just riding around.

CS:             I just hate riding around because then I gotta ride through here with two ounces back through, man.

                (Laughter.)

PRESTON:        I --

CS:             I like to keep my car on the TL.  You know what I'm saying?
                That's why I can't believe you guys do shit like that.  I'm taking the
                risk (unintelligible).

                (Laughter.)

                (Tape cuts out.)

PRESTON:        -- right now.

CS:             (Unintelligible).  I deal with shit (unintelligible) bad shit.

                (Laughter.)

                (Long part where tape cuts out.)

CS:             You (unintelligible) somebody take a hit of this rock?

PRESTON:        What the fuck (unintelligible) that bad shit you had.  I guarantee
                that --

CS:             (Unintelligible).

PRESTON:        (Unintelligible).  I guarantee you they say that.  (Unintelligible).

CS:             Well, where (unintelligible).

PRESTON:        Fuckin check it out.  Fuckin weigh it (unintelligible).

CS:             (Unintelligible).

                (Pause.)

UNKNOWN:        Look what I got?

CS:             You got a good deal.

                (Laughter.)

UNKNOWN:        (Unintelligible).

CS:             Thanks, ma'am.

UNKNOWN:        Okay.

CS:             Thanks.

UNKNOWN:        You're welcome.

PRESTON:        Boy, ain't she something?

CS:             What you grabbing?

UNKNOWN:        Got the money?

CS:             Yeah.  It's money.

UNKNOWN:        Yeah.  Just what you want.  More stress.

CS:             Yeah.

                (Laughter.)

                (Pause.)

PRESTON:        You want to come out of here?

CS:             No, I'm good.  Just getting nervous being around here.  You know what I'm saying?

PRESTON:        Oh, I know, but you (unintelligible) take you to meet her (unintelligible).

CS:             Yeah.

PRESTON:        I just wanted you to come here just to get it.

CS:             That's cool.  This spot I'm all right with.

                (Pause.)

PRESTON:        I'm going in and grab some.

CS:             All right.

PRESTON:        (Unintelligible).

                (Pause.)

CS:             Hello?

                (Pause.)

CS:             Hello?

                (Pause.)

CS:             Yeah.  A little bit.  She's suppose to be coming right here.  He
                wanted me to give him the money while she stepped in and got
                the shit.  I came right back, and I told him, no.  I said, fuck you,
                you get the drugs, and you'll get the money.  He's like, Jesus --.

                (Pause.)

CS:             Okay.

                (Pause.)

CS:             All right.

                (Pause.)

CS:             Okay.

                (Pause.)

CS:             Okay.

                (Pause.)

CS:             Okay.  All right.  No problem.

                (Pause.)

CS:             No problem.  Bye.

                (Long pause.)

CS:             Before you get in, push the handle back.  See the handle?  No,
                the, the door handle.  Right there.  There you go.  Just put the,
                there you go.  (Unintelligible), man.  I don't want to even go
                shutting it off.  I'd have to pop start it probably (unintelligible).

PRESTON:        That's why I don't want to sit here.  Because, see that Impala right
                there?

CS:             Yeah.

PRESTON:        That Impala has been chillin and chillin and chillin and chillin, and
                (unintelligible).

CS:             What Impala?

PRESTON:        Just went up that street up there.  (Unintelligible) earlier.

                (Pause.)

PRESTON:        It's cool.  It's really cool, dog.  Believe me, dog.

CS:             You want me to --

PRESTON:        Listen, I've been watching that Impala all day today.

CS:             If you want, I'll --

PRESTON:        There he go again.  There he go again.  Look, look, look.  He just
                went, (unintelligible) go up and u-turn.  Watch it come back.
                Watch it come back again.  Watch.

                (Pause.)

PRESTON:        He just went, you see that street he just came out of?  He was
                sitting in that street while I was in the store.  I was in the store
                watching the whole time, and he came out, and (unintelligible) he
                sat over there, and when I came out the store, he came out, sat
                there, and, then, took the left, and took that right up in that street
                again, and went in there and came out and went up that way.  I
                watched it all the way.

CS:             Let me drop you off and drop this off, and I'll come back and get in
                car.

PRESTON:        No.  I told my girl we're going to wait here.  (Unintelligible).

CS:             All right.  All right.  Then, let's just sit and chill.  You bought
                something in the store.  Right?

PRESTON:        Yeah.  I bought (unintelligible).

CS:             We're all good.  You're getting me all wigged out now.

                (Laughter.)

PRESTON:        I'm not getting all wigged out.

(Pause.)

PRESTON:        (Unintelligible).

CS:             Yeah.  (Unintelligible).

PRESTON:        (Unintelligible).

CS:             One, two, three, four, five, six, seven, eight, nine, ten, eleven,
                twelve, thirteen, fourteen, fifteen, sixteen, seventeen.

                (Pause.)

CS:             Eighteen, nineteen.  Four, five 20.  One, two, three, four, five.  It's
                all there.  I tried to tell you.

                (Pause.)

CS:             I ain't got no fuckin mirror in this thing.

                (Laughter.)

PRESTON:        Yeah.  I don't know (unintelligible).  I see you in that thing, and I
                almost took a shit.

CS:             That thing is way hot.  I ain't coming up here buying two ounces in
                that fuckin car.

PRESTON:        But it's all legit.

CS:             Yeah.  That's true.  This is legit too.

PRESTON:        (Unintelligible) fucked up.

CS:             Yeah.  I know.  The shit is (unintelligible).

PRESTON:        Yeah.

                (Pause.)

CS:             You talk to your brother or anybody?

PRESTON:        Um-hum.

CS:             How's he been?

PRESTON:        He's fine.

                (Pause.)

CS:             What's up with the girl you just met?  She's all right.  Why don't
                you shack up with her?

PRESTON:        Who?

CS:             Whatyamacallit.  That girl you're seeing.

PRESTON:        Where?

CS:             Over by Cumbies?

PRESTON:        No.  I don't mess with that shit.  (Unintelligible).

                (Long pause.)

PRESTON:        Where is Westminster?

CS:             I have no idea.

PRESTON:        I'm trying to picture where it's at.

                (Pause.)

CS:             Can't be too far out.

                (Pause.)

CS:             A lot of fuckin shootings up here lately, man.

                (Pause.)

CS:             If you can't meet us here, just tell us because we'll come down in a
                different car.  You know what I'm saying?  I'll get a different car
                and come back.

PRESTON:        She's fuckin comin.

                (Long pause.)

CS:             You see fuckin (unintelligible) around?  I seen him not too long
                ago.  Whatever happened to Marchene?

PRESTON:        He's around.

CS:             You don't talk to him no more?

PRESTON:        (Unintelligible).

CS:             I still owe him one for that whole rock in the sock fuckin shit.

PRESTON:        Yeah.

CS:             Tell him, if you see him, that Kimball said, he owes you one.

                (Laughter.)

CS:             Tell him he's gonna get a refund.

                (Laughter.)

CS:             That shit was so fucked up, man.

                (Pause.)

                (Tape cuts out.)

CS:             Where the fuck is Westminster?

PRESTON:        I can't even think.

CS:             I've heard the name before, but I can't remember where the fuck it is.

PRESTON:        (Unintelligible).

                (Long pause.)

PRESTON:        You smoking much?

CS:             I haven't been lately though.  (Unintelligible).

PRESTON:        You know, you don't do shit, man.

CS:             We used to get, all get high as hell in jail.  Remember?  We used to get so wasted in that fuckin place.

                (Laughter.)

CS:         That was like fuckin, I'm, like, (unintelligible).  No problem.

            (Laughter.)

            (Long pause.)

CS:         If she won't let me look at it, just let me jump in with you, and we'll
            all ride.  You know what I'm saying?

PRESTON:    I'm not (unintelligible).

CS:         Oh.

PRESTON:    I'm gonna just jump out and grab it, put it in here and --

CS:         Show me --

PRESTON:    -- hand it to you and --

CS:         I want to just check it real quick, and --

PRESTON:    I'll hand it to you.  That's all.  Just hand it to you.  Believe me, dog,
            the shit is real.  I don't deal in no fake shit.

CS:         Oh, I know it is.  I just want to check it out.

            (Pause.)

CS:         We may get stood up anyways.

PRESTON:    (Unintelligible).

            (Laughter.)

PRESTON:    She had a couple of other people to see.  I told her to go see them
            because they're buying bigger stuff than you.

CS:         Come on.  Bigger than two?

PRESTON:    Yes.

CS:         Dam.

PRESTON:    These people want to buy drugs.  I guess she can move mud.

(Laughter.)

CS:        Shit, I'll nickel and dime this for two weeks.  I'll get $50.00 a half for each fuckin piece of it.

PRESTON:   Why not?  If you got it like that, do it.

           (Long pause.)

           (Coughing.)

CS:        You don't talk to that Holly girl no more at all?

PRESTON:   Yeah, I speak to her.

CS:        She, she about bit my head off one time over at the mall.  She was working out here, and all I asked her was about you.  That bitch blew up at me.

PRESTON:   What she say?

CS:        Well, you know, you know how girls are.  You know?  I'm like, hey, look, I said, I was just a friend of his.  I was just wondering how he was.  If you have a way of getting a hold of him.  That's all.  You know?  I just left it like that.

           (Laughter.)

PRESTON:   What she do?  She got all hysterical?

CS:        Yeah.  She chilled out.

PRESTON:   She was like, I don't know nothing about him.

CS:        No.  She was cool.  I don't see him no more.  That's all she said.  I don't see him no more.

PRESTON:   Whatever.

           (Long pause.)

           (Tape cuts out.)

           (Long pause.)

CS:        I'll take one of those.

(Pause.)

UNKNOWN:         (Unintelligible).

PRESTON:         (Unintelligible).  Yeah, I am.  I'm gonna meet you at Harry's Liquor
                 Store right here down the street.  All right.

CS:              She can't come here?

PRESTON:         Go right, right there.  Right down the street.  Right there.

CS:              Where am I gonna park this fucker?

PRESTON:         You're not parking.  Let's go.

CS:              Where we going?  Harry's?

PRESTON:         (Unintelligible).

CS:              No, I don't want (unintelligible).

PRESTON:         Go to Harry's.  I gotta (unintelligible) move, but I told you, she
                 probably seen something that, that I seen.  That Impala.  She
                 probably rode by and (unintelligible).

CS:              I didn't see no Impala.  I saw it when you pointed it out, but that
                 was the first time I saw it.

PRESTON:         (Unintelligible).

CS:              They use a car like that up here?

                 (Tape cuts out.)

CS:              I'm sticking out like a sore thumb (unintelligible).

PRESTON:         No, you're not.

                 (Tape cuts out.)

PRESTON:         Right here.  Pull in right here.  Back up.

CS:              The first one (unintelligible) shit.  I told you.

                 (Pause.)

CS:             I ain't shutting it off because I ain't, I ain't walking, dude.

                (Laughter.)

UNKNOWN:        (Unintelligible).

PRESTON:        Hey, come right over here (unintelligible).  All right.

                (Pause.)

PRESTON:        Come right here.

CS:             All right.

PRESTON:        Give, give me the money.

CS:             You got it.

PRESTON:        I'm gonna get in the car with her so she can drop me off.

CS:             Oh, you're gonna have her drop you?

PRESTON:        Yeah.  So, you don't have to go back (unintelligible).

CS:             I'm praying, oh, thank you, man, I didn't want to go back up there.

                (Laughter.)

PRESTON:        (Unintelligible).  I'm not gonna (unintelligible).

CS:             Thanks.

PRESTON:        Believe me, Kimball, when you come back, Kimball, that one,
                you'll be like this, here, dude.  Here's the money.

CS:             I'm saying, you know, I just don't want to ever, you know, I just
                don't want to ever do it that way.  I've been robbed before.  I've
                been fuckin burnt by people that you think are your best fuckin
                friends.  You know, fuck you.  You know what I mean?

PRESTON:        Yeah.

CS:             Twenty-one hundred is a lot of money.

PRESTON:        Be right back.

CS:                    All right.  Heads up.  Here's your car.

                       (Pause.)

CS:                    Black girl driving.

                       (Pause.)

CS:                    47R R34.

                       (Pause.)

PRESTON:               All right, doggie, there you go.  (Unintelligible) mother fuckin
                       beautiful.

CS:                    You're right.  You're right.  You're on.

                       (Laughter.)

CS:                    Hey, hold up.  Let me see if I can get this friggin seatbelt straight.

                       (Pause.)

CS:                    Got a good package.

                       (Pause.)

CS:                    47R R34.  That is the plate.  I got your package.  It's all good.  It's
                       all there.  Giant.  It looks, might be a little over.  Hey, Bobby,
                       you're going the wrong way.  I don't know which way you want me
                       to go.  Um, I'm going to go back towards --.

                       (End of tape.)

EXHIBIT:          N-20
CASE NO.:         CU-05-0018
DATE:             6/27/05
TIME:
PHONE NO.:

PARTICIPANTS:     1. "MAD" JACOBS
                  2. MICHAEL "29" PRESTON

                  (Pause.)

                  (Phone ringing.)

RECORDING:        This is 442-9856.  Please record a message.  Thank you.

                  (Tone.)

JACOBS:           Hey, man, it's James trying to get a hold of you.

PRESTON:          All right.

JACOBS:           Hey, what's going on, man?

PRESTON:          You fuckin schmuck.  What are you doing?

JACOBS:           Nothing, man.  I've been busy working.

PRESTON:          Can I get a job?

                  (Laughter.)

PRESTON:          I gotta stay busy.

JACOBS:           Dude, don't laugh.  We've been putting in, you know them Walden
                  Bookstores and whatnot?

PRESTON:          Yeah.

JACOBS:           We've been putting those in malls and stuff.

PRESTON:          Yeah?

JACOBS:           I'm working with this guy.

PRESTON:          I need to fuckin stay busy.  I'm bored.  I sleep until fuckin 12
                  o'clock.  I'm up late nights --

(Laughter.)

PRESTON:      -- running around like a mad man.

JACOBS:       Man.

PRESTON:      I don't, I don't answer unavailable calls, man.  So, --

JACOBS:       Yeah.  That's what mine comes up.  It's a cell phone, but it comes up like that.

PRESTON:      So, what are you doing, man?

JACOBS:       Not much, but I'm going, I gotta work.  This week Mon -- I gotta work tonight, Tuesday, Wednesday.  Thursday will be the best day for me.

PRESTON:      Yeah?  Well, um, like, right now, everything is, is good.  That's what I was telling you.

JACOBS:       All right.

PRESTON:      I just wanted to --

JACOBS:       I wanted, I'm just gonna get a half the first time because I want to have a couple --

PRESTON:      Right.

JACOBS:       -- people try it out.

PRESTON:      All right.

JACOBS:       You know what I'm saying?

PRESTON:      Yeah. Yeah.

JACOBS:       You know what I'm saying?  I'll definitely do the two, but I'd rather --

PRESTON:      Yeah.  I --

JACOBS:       If they don't like it, I don't want to get stu -- you know what I'm saying?

(Laughter.)

JACOBS:     What do you, what you gonna want for the two?  For the, for the half?

PRESTON:    I don't know.  Probably five.

JACOBS:     All right.

PRESTON:    If, I don't got it --

JACOBS:     You're getting me though.  You're getting --

PRESTON:    Well, yeah.  Well, I mean, it's only a half.  What do you want me to do?

JACOBS:     I hear ya.  I hear ya.

PRESTON:    Because I don't, (unintelligible) if I don't have it by then, my buddy I do my thing with have the same kind of stuff I got.  There is no difference in it.

JACOBS:     All right.  So, --

PRESTON:    (Unintelligible).

JACOBS:     -- that's definitely two for Thursday.  Where do you want me to meet you?  Say, --

PRESTON:    Ah --

JACOBS:     -- like two o'clock or something?

PRESTON:    Um, you want me to, what time can I call you, and I'll have you just come here?  You know where Dominic (unintelligible) is?

JACOBS:     I think so.  Yes.

PRESTON:        That's the Dom -- yeah, you know, Dom -- I mean, not Dominic.
                Don (unintelligible).

JACOBS:         Oh, you mean --

PRESTON:        You know where the old --

JACOBS:         Yeah.

PRESTON:        You know where the old Angelina's is?  It's a (unintelligible) shop
                now?

JACOBS:         Yeah.  Yeah.  Yeah.

PRESTON:        It's the house right next door.  Twenty-eight.

JACOBS:         All right.  Cool.

PRESTON:        What time you want me to call you, and I'll just --

JACOBS:         Call me definitely at one o'clock on Thursday because I got
                Thursday, the whole day off.

PRESTON:        Okay.

JACOBS:         So, I'm gonna come up there.  You know?

PRESTON:        I'm gonna call you exactly on Thursday.

JACOBS:         You better not forget.

PRESTON:        I ain't --

                (Laughter.)

PRESTON:        You don't forget.

                (Tape cuts out.)

EXHIBIT:         N-20
CASE NO.:        CU-05-0018
DATE:            6/27/05
TIME:
PHONE NO.:

PARTICIPANTS:    1. "MAD" JACOBS
                 2. MICHAEL "29" PRESTON

                 (Pause.)

                 (Phone ringing.)

JACOBS:          Yo, (unintelligible).

PRESTON:         What's up, (unintelligible).  You don't even fuckin call me no more.
                 Nigger, you had that bitch call me and shit.

                 (Laughter.)

JACOBS:          That's cuz you --

PRESTON:         (Unintelligible) brown shit.

JACOBS:          That's because you started me on the (unintelligible).  You told
                 me, I'm gonna make it up.

PRESTON:         I told you to come up get it.  You wasn't listening.

JACOBS:          I --

PRESTON:         I, then, told you to come get that.

JACOBS:          I will.  I will.  I've just been busy.  You know, working most of the --

PRESTON:         Damn, you gotta listen.  I said, yo, come get it.

JACOBS:          Yo, next week though for sure because it's 4th of July week.  I'm
                 gonna, I'll definitely give you a call.

PRESTON:         All right.

JACOBS:          You're gonna make that four up article.  Right?

PRESTON:         I said, I will.

(Laughter.)

JACOBS:         What's up?  How's Phil doing?

PRESTON:        Chillin.

JACOBS:         That's cool.  What you all been up to?

PRESTON:        Nothing.  The same old shit.

JACOBS:         What kind of shit?

PRESTON:        I just --

JACOBS:         Yo, guess who I saw?

PRESTON:        Who?

JACOBS:         Down here hangin out tryin, tryin to steal business?

PRESTON:        Who?

JACOBS:         Marshane.

PRESTON:        Oh, yeah?

JACOBS:         Yeah.

                (Laughter.)

JACOBS:         He's out.  I just seen him.  He was walking --

PRESTON:        Yeah.

JACOBS:         -- up and down Main Street.

PRESTON:        Yeah.  Yeah.  I seen him.

JACOBS:         You talk to him still or what?

PRESTON:        I don't want to (unintelligible) him.

JACOBS:         I'm still --

PRESTON:        (Unintelligible) like that.

JACOBS:        I'm still mad at him for cracking me in the --

PRESTON:       Yeah.

JACOBS:        -- face.

PRESTON:       Where?  Main Street up here?

JACOBS:        No, no, in Barrington.

PRESTON:       That's what I said.  Up there.

JACOBS:        Yeah, yeah, yeah.  He's down here, man.  He's trying to make a
               move.

PRESTON:       Yeah.

               (Laughter.)

PRESTON:       It's all good shit.

JACOBS:        All right.

PRESTON:       I told you to get, I told you to get me that way.

JACOBS:        I'm trying.  I'm trying.  Don't worry.

PRESTON:       All right.  Well, holler at me then.  All right?

JACOBS:        I will for sure, man.

PRESTON:       All right.  Peace.

JACOBS:        All right.  Bye.

               (End of call.)