AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

| FIRST | DISTRICT OF | MASSACHUSETTS |

UNITED STATES

v.                                                          **APPEARANCE**

MICHAEL PRESTON, and

CANDACE MATEO                          Case Number:   05-30058-RWZ


To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America


I certify that I am admitted to practice in this court.


_5/5/06_                                                _[signature]_
Date                                                    Signature

                                                        Todd Newhouse
                                                        Print Name                              Bar Number

                                                        1550 Main Street, Room 310
                                                        Address

                                                        Springfield              MA      01103
                                                        City                     State   Zip Code

                                                        413-785-0109             413-785-0394
                                                        Phone Number                            Fax Number