UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JUL 21 A 9:09

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No.: 05-30058-MAP |
| ) | |
| CANDACE MATEO ) | |

## MOTION TO CONTINUE SENTENCING HEARING

The Defendant, Candace Mateo, moves this Honorable Court to continue the above-mentioned matter, scheduled for a Sentencing Hearing on **Tuesday, July 25, 2006 at 12:00 p.m.**, to a date mutually convenient to both parties for the reasons set forth in the attached affidavit and letter from Ms. Mateo.

The enclosed Affidavit indicates Ms. Mateo has a young child. Unfortunately, the father of the child is currently incarcerated and there is a possibility that the father, Mr. Robert Jessamy is going to be released in early October 2006. It is Ms. Mateo's hope that her sentencing can be delayed until early October so that Mr. Jessamy can care for their child.

Respectfully Submitted,
Candace Mateo
By Her Attorney:

Joseph D. Bernard /dj
Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA 01103
(413) 731-9995
(413) 730-6647 fax
BBO#: 557986

Date:  July 19, 2006