UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No.: 05-30058-MAP |
| | ) |
| CANDACE MATEO | ) |

AFFIDAVIT IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE
SENTENCING HEARING

Under oath, I depose and state:

1. I, Joseph D. Bernard, am the attorney of record for the above-named Defendant, Candace Mateo.

2. On July 7, 2006, I met with Ms. Mateo and it is her belief that the father of her child, Robert Jessamy, may be released from prison on or about November 2006.

3. It is Ms. Mateo's hope that her sentence begin after Mr. Jessamy is released from state prison. **See Attached Exhibit A.**

4. Upon information and belief, Ms. Mateo's child Nayah Jessamy is five (5) years old and is currently about to attend the first (1st) grade in September 2006. Having Mr. Jessamy available would be very important to the child's emotional stability.

5. On or about July 12, 2006, I spoke with Mr. Jessamy's attorney, Linda Thompson. Attorney Thompson explained to me that Mr. Jessamy has a trial scheduled for the early part of October and she is optimistic of a positive result.

6. After speaking with Attorney Thompson, I learned that Mr. Jessamy is under sentence for another charge, but with a positive outcome of the pending matter it is her opinion that the earliest release date is in early October 2006.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Date: July 19, 2006

Joseph D. Bernard

# EXHIBIT A

Honorable Rya Zobel, US District Judge,

My name is Candace Mateo at the moment a single mother of a beautiful innocent 5 year old daughter named Na'Yah T. Mateo-Jessamy. On May 1, 2006 I pled out to conspiracy to distribute and possession with the intent to distribute cocaine base. Aware of what I had pled out to there was a strong probability of becoming "safety valve" eligible. Unfortunately all motions were denied. This sticks me at a minimum mandatory of 5 yrs. Attorney Bernard made me aware of another opportunity of becoming safety valve eligible. I could cooperate with the government and give you the person that supplied the drugs. Again that gets me nowhere. Three months after being arrested on federal charges, I have been shot at multiple times. Fortunately they were unsuccessful in taking my life. I later learned that they where successful in taking his life so that the man above him would not be exposed. If I knew him, I would give him to you personally. At this point, my only hope is prayer and your call. I have asked the Lord to forgive me for I have learned a valuable lesson. All I can do is ask you to have mercy on my soul. I realize now the mistakes that I have made. I have changed my life for the better. I am a positive role model in my community. I attend church every week. I've also work a job. In the past, I felt I needed to do other things to make ends meet. (My daughter's daycare expenses, rent, utilities etc.) With the support of my family, I see life in a whole different light. My only regret is that I did not learn this early on. (Better late than never)

After being raised without a mother or a father, I told myself that I would be a great mom. And that I would never abandon my child. I have a beautiful innocent intelligent 5yr old, that has been without her father for the past 2yrs (and now her mom is looking at 5yrs) Which leads me to a question for you....I am scheduled to be sentenced on July 25, 2006, I have recently found out that her father is coming home November 2006. I desperately need more time to keep my daughter in the care of either parent. This way she won't have to be without BOTH parents. Whatever happens to me, at least she will still have her father.

This is the most difficult thing for me is the thought of having to leave my child. I know the feeling, and I never wanted my daughter to have to feel like the way I felt growing up I don't blame my parents for the outcome of my life, but, I do feel like it has affected me in more ways than I have realized. I feel very strong about my daughter doing something with her life. She actively in beauty pageants, ballet, gymnastics, creative dance, swimming and cheerleading. She is only 5, going into the 1st grade. I am so proud...she is more than a mother can ask for. I know either way she will be affected by my wrong doing. She is the reason why I have changed my life. Could you please find it in your heart to give me a continuance for the sake of my child?

Sincerely,

*Candace Mateo*

Candace D. Mateo

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No.: 05-30058-MAP |
| | ) |
| CANDACE MATEO | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2006, a true copy of the above document was served by FAX AND FIRST CLASS MAIL upon Assistant United States Attorney Todd Newhouse, Federal Building and Courthouse, 1550 Main Street, Springfield, MA 01103.

*Joseph D. Bernard /djr*
Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA 01103
(413) 731-9995
(413) 730-6647 fax
BBO#: 557986

Date:   July 19, 2006