UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No.: 05-30058-MAP |
| | ) |
| CANDACE MATEO | ) |

## MOTION FOR DOWNWARD DEPARTURE

Now comes, Candace Mateo, in the above-entitled matter and respectfully moves this Honorable Court for a Downward Departure from the Presentence Report's (PSR) proposed Total Offense Level and Criminal History Category for the following reasons:

1. The Defendant's criminal history is significantly less serious than that of others in Criminal History Category II and thus Ms. Mateo's guideline range should be calculated using criminal history category I. United States v. Mishoe, 241 F.3d 214, 215 (2d Cir. 2001). Ms. Mateo requests a downward departure due to the fact that her prior record over-represents the seriousness of her criminal history United States v. Mishoe, 241 F.3d 214,215 (2d Cir. 2001); United States v. Nelson, 166 F.Supp.2d 1091(E.D. VI. 2001); United States v. Lacy, 99 F. Supp. 2d 108, 119 (D. Mass. 2000); United States v. Perez, 160 F.3d 87, 89 (1st Cir. 1998).

2. The Defendant was a "minor" participant in the concerted activity and is entitled to a downward departure from her offense level pursuant to §3B1.2;

3. The Defendant should be granted a downward departure due to her family ties and responsibilities pursuant to § 5H1.6;

4. The Defendant has mitigating circumstances which have not been adequately taken into account by the U.S.S.G. and thus justify a departure under § 5K2.0;

Alternatively, Ms. Mateo moves this Honorable Court to deem her eligible for the "safety valve" provision U.S.S.G. § 5C1.2. A Memorandum of Law and Exhibits are attached in support of the following motion.

                                              Respectfully Submitted,
                                              Candace Mateo
                                              By Her Attorney:

                                              _____
                                              Joseph D. Bernard
                                              The Law Offices of Joseph D. Bernard, P.C.
                                              73 State Street, Suite 301
                                              Springfield, MA 01103
                                              (413) 731-9995
                                              (413) 730-6647 fax
Date:   July 19, 2006                        BBO#: 557986