UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-30058

United States of America

v.

Candace Mateo

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-37, 40-60

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/4/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 9, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 8/10/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Springfield)
## CRIMINAL DOCKET FOR CASE #: 3:05-cr-30058-RWZ-ALL

Case title: USA v. Preston et al            Date Filed: 08/04/2005

Assigned to: Judge Rya W. Zobel

### Defendant

**Michael Preston** (1)
*TERMINATED: 07/27/2006*
*also known as*
2-9 (1)
*TERMINATED: 07/27/2006*

represented by **William J. O'Neil**
7 Stockbridge Street
Springfield, MA 01103
US
413-733-6821
Fax: 413-746-4069
Email: wjolaw@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

CONSPIRACY POSSESS WITH
INTENT TO DISTRIBUTE
COCAINE BASE, 21:846=CD.F
(1)

POSSESSION WITH INTENT
TO DISTRIBUTE COCAINE
BASE (21:841A=CD.F) and
AIDING AND ABETTING
(18:2)
(2)

### Disposition

The defendant was sentenced to
10 years BOP; 8 years SR;
$200.00 SA: Standard Conditions;
no guns; DNA sample; SC; drug
treatment and testing of no more
than 104 tests; Rec; 500 Hour
Drug Treatment Program; FCI
Ray Brook, NY

The defendant was sentenced to
10 years BOP; 8 years SR;
$200.00 SA: Standard Conditions;
no guns; DNA sample; SC; drug
treatment and testing of no more
than 104 tests; Rec; 500 Hour
Drug Treatment Program; FCI
Ray Brook, NY

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Rya W. Zobel

**Defendant**

| | | |
|---|---|---|
| **Candace Mateo** (2)<br>*TERMINATED: 07/27/2006* | represented by | **Joseph D. Bernard**<br>Law Office of Joseph D. Bernard P.C.<br>73 State Street<br>Suite 301<br>Springfield, MA 01103<br>413-731-9995<br>Fax: 413-730-6647<br>Email: Joe@Bernardatlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY POSSESS WITH INTENT TO DISTRIBUTE COCAINE BASE, 21:846=CD.F (1) | The defendant was sentenced to 5 years BOP; 4 years SR; $200.00 SA; Standard conditions; No guns; DNA sample; |
| POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE (21:841A=CD.F) and | The defendant was sentenced to 5 years BOP; 4 years SR; $200.00 |

AIDING AND ABETTING (18:2) (2)

SA; Standard conditions; No guns; DNA sample;

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA** represented by **Ariane D. Vuono**
United States Attorney's Office
Suite 310
1550 Main Street
Springfield, MA 01103
413-785-0330
Fax: 413-785-0394
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. O'Connor, Jr.**
Shatz, Schwatz and Fentin, P.C.
1441 Main Street
Suite 1100
Springfield, MA 01103
413-737-1131
Fax: 413-736-0375
Email: TO'Connor@ssfpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd E. Newhouse**
United States Attorney's Office
1550 Main Street
3rd Floor
Springfield, MA 01103
413-785-0109
Fax: 413-785-0394
Email: Todd.Newhouse@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2005 | 1 | SEALED INDICTMENT as to Michael Preston (1) count(s) 1, 2, Candace Mateo (2) count(s) 1, 2. (Attachments: # 1 JS-45 Forms) (Healy, Bethaney) (Entered: 08/05/2005) |
| 08/04/2005 |  | ORAL MOTION made in open court to Seal Case as to Michael Preston, Candace Mateoby USA. (Healy, Bethaney) (Entered: 08/05/2005) |
| 08/04/2005 |  | Magistrate Judge Kenneth P. Neiman. ORAL ORDER granting [] Oral Motion to Seal Case as to Michael Preston (1), Candace Mateo (2), ENTERED. (Healy, Bethaney) (Entered: 08/05/2005) |
| 08/04/2005 | 2 | NOTICE OF ATTORNEY APPEARANCE Ariane D. Vuono appearing for USA. (Healy, Bethaney) (Entered: 08/05/2005) |
| 08/05/2005 |  | Arrest of Candace Mateo (Healy, Bethaney) (Entered: 08/05/2005) |
| 08/05/2005 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Atty Vuono) and Defendant Mateo appear for Initial Appearance as to Candace Mateo held on 8/5/2005. Deft advised of rights and requests appt of counsel. Court provisionally appoints counsel, though the court will review the appointment after the CJA-23 has been filed. Govt is seeking detention. Deft provided with redacted copy of the indictment, as there continues to be an outstanding warrant in this matter. Court continues matter to 8/9/05 at 11:30 a.m. for arraignment and detention hearing. Marshals instructed to transport Deft to court early so that she |

| | | |
|---|---|---|
| | | may meet with PTS and counsel. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 08/05/2005) |
| 08/05/2005 | 4 | Magistrate Judge Kenneth P. Neiman. ORDER OF TEMPORARY DETENTION as to Candace Mateo ENTERED, cc:cl. Detention Hearing set for 8/11/2005 at 11:30 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 08/05/2005) |
| 08/05/2005 | 5 | MOTION for Detention as to Candace Mateoby USA. (Healy, Bethaney) (Entered: 08/09/2005) |
| 08/08/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Atty Vuono) and Defendant appear for Initial Appearance as to Michael Preston held on 8/8/2005. Deft advised of rights and requests appointment of counsel. Court appoints counsel. Govt is seeking detention. Matter continued for arraignment and detention hearing on 8/9/05 at 1:30 p.m. Deft to remain detained pending hearing. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 08/09/2005) |
| 08/08/2005 | 6 | Magistrate Judge Kenneth P. Neiman. ORDER OF TEMPORARY DETENTION as to Michael Preston ENTERED, cc:cl. (Healy, Bethaney) (Entered: 08/09/2005) |
| 08/08/2005 | | MOTION to Unseal Case as to Michael Preston, Candace Mateoby USA. (Healy, Bethaney) (Entered: 08/09/2005) |
| 08/08/2005 | | Magistrate Judge Kenneth P. Neiman. ORALORDER granting [] Motion to Unseal Case as to Michael Preston (1), Candace Mateo (2) ENTERED. (Healy, Bethaney) (Entered: 08/09/2005) |
| 08/08/2005 | 7 | MOTION for Detention as to Michael Prestonby USA. (Healy, Bethaney) (Entered: 08/09/2005) |
| 08/09/2005 | | Attorney update in case as to Michael Preston. Attorney William J. O'Neil for Michael Preston added. (Healy, Bethaney) (Entered: 08/09/2005) |
| 08/09/2005 | | Attorney update in case as to Candace Mateo. Attorney Joseph D Bernard for Candace Mateo added. (Healy, Bethaney) (Entered: 08/09/2005) |
| 08/09/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys |

|  |  |  |
|---|---|---|
|  |  | Goodwin and O'Neil) and Defendant appear for Detention Hearing and Arraignment as to Michael Preston (1) Count 1,2 held on 8/9/2005. Deft pleads not guilty to charges. Deft requests continuance of detention hearing. Court allows request, and continues the matter to 8/26/05 at 11:00 a.m. Schedule estd with order to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 08/09/2005) |
| 08/09/2005 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Goodwin and Bernard) and Defendant appear for Detention Hearing and Arraignment as to Candace Mateo (2) Count 1,2 held on 8/9/2005. Deft pleads not guilty to charges. Schedule estd with order to issue. Colloquy re: appropriate conditions of release. Deft released on conditions. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 08/09/2005) |
| 08/09/2005 | 10 | Magistrate Judge Kenneth P. Neiman. ORDER Setting Conditions of Release as to Candace Mateo, ENTERED, cc:cl. [Conditions: Deft to execute $10,000 unsec. bond; Deft's mother, Djuana DeWitt, to execute unsec $10,000 bond; report to TPS as directed; maintain employment and submit ongoing verification to PTS; travel restricted to MA; no contact with codeft; no use of drugs; submit to drug testing as directed] (Healy, Bethaney) (Entered: 08/09/2005) |
| 08/09/2005 | 11 | NOTICE re automatic disclosure as to Michael Preston (Healy, Bethaney) (Entered: 08/10/2005) |
| 08/09/2005 | 12 | NOTICE OF ATTORNEY APPEARANCE: William J. O'Neil appearing for Michael Preston (Healy, Bethaney) (Entered: 08/10/2005) |
| 08/09/2005 | 13 | NOTICE re automatic disclosure as to Candace Mateo (Healy, Bethaney) (Entered: 08/10/2005) |
| 08/09/2005 | 14 | NOTICE OF ATTORNEY APPEARANCE: Joseph D Bernard appearing for Candace Mateo (Healy, Bethaney) (Entered: 08/10/2005) |
| 08/09/2005 | 15 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER as to Michael Preston, Candace Mateo ENTERED, cc:cl. Initial Status Conference set for 9/28/2005 at 1:30 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memo by 9/26/05. (Healy, Bethaney) (Entered: 08/10/2005) |

| | | |
|---|---|---|
| 08/09/2005 | 16 | Magistrate Judge Kenneth P. Neiman. ORDER OF TEMPORARY DETENTION as to Michael Preston ENTERED, cc:cl. Detention Hearing set for 8/25/2005 at 11:00 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 08/10/2005) |
| 08/25/2005 | | Judge Kenneth P. Neiman : Electronic ORDER entered granting 7 Government's Motion for Detention as to Michael Preston (1) for the reasons stated in court this day. See also Order of Detention Pending Trial to be issued forthwith. (Neiman, Kenneth) (Entered: 08/25/2005) |
| 08/25/2005 | | Electronic Clerk's Notes for proceedings held before Judge Kenneth P. Neiman :Detention Hearing as to Michael Preston held on 8/25/2005. After hearing defendant ordered detained pending trial. (Digital Recorder ) (Stuckenbruck, John) (Entered: 08/25/2005) |
| 08/25/2005 | 17 | Judge Kenneth P. Neiman : ORDER entered. ORDER OF DETENTION as to Michael Preston (Stuckenbruck, John) (Entered: 08/25/2005) |
| 08/31/2005 | 18 | United States of America's MOTION for Leave to File automatic discovery eight (8) days late as to Michael Preston, Candace Mateoby USA filed. (Finn, Mary) (Entered: 09/01/2005) |
| 09/01/2005 | | Judge Kenneth P. Neiman : ENDORSED ORDER entered granting the Govt's 18 Motion for Leave to File automatic discovery eight days late as to Michael Preston (1), Candace Mateo (2); cc/cl. (Finn, Mary) (Entered: 09/01/2005) |
| 09/22/2005 | 19 | Deft. Candace Mateo's MOTION to Modify Conditions of Releaseto allow her to travel to Newark NJ from 10/08/2005 at 6:00 A.M. - 6/09/2005 at 7:00 P.M. as to Candace Mateo filed. (Finn, Mary) (Entered: 09/22/2005) |
| 09/22/2005 | | Judge Kenneth P. Neiman : ElectronicORDER entered granting 19 assented-to Motion to Modify Conditions of Release as to Candace Mateo (2). (Neiman, Kenneth) (Entered: 09/22/2005) |
| 09/28/2005 | 20 | Parites JOINT STATUS REPORT pursuant to L.R. 116.5(A) re: initial status conference by Michael Preston, Candace Mateo filed. (Finn, Mary) (Entered: 09/28/2005) |
| 09/28/2005 | | Electronic Clerk's Notes for proceedings held before |

| | | |
|---|---|---|
| | | Magistrate Judge Kenneth P. Neiman. Counsel (Attys Vuono, O'Neil and Bernard) appear for Initial Status Conference as to Michael Preston, Candace Mateo held on 9/28/2005. Colloquy re: status of matter. Scheduling Order to issue. (Healy, Bethaney) (Entered: 09/28/2005) |
| 09/28/2005 | 21 | Magistrate Judge Kenneth P. Neiman. INTERIM SCHEDULING ORDER as to Michael Preston, Candace Mateo, ENTERED, cc:cl. Interim Status Conference set for 11/10/2005 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memo by 11/8/05. (Healy, Bethaney) (Entered: 09/28/2005) |
| 09/28/2005 | 22 | Magistrate Judge Kenneth P. Neiman. INITIAL STATUS REPORT as to Michael Preston, Candace Mateo, ISSUED, cc:cl. (Healy, Bethaney) (Entered: 09/28/2005) |
| 09/28/2005 | 23 | Magistrate Judge Kenneth P. Neiman. ORDER ON EXCLUDABLE DELAY as to Michael Preston, Candace Mateo, ENTERED, cc:cl. Time excluded from August 9, 2005 until September 28, 2005. (Healy, Bethaney) (Entered: 09/28/2005) |
| 10/06/2005 | 24 | Dft's Letter (non-motion) regarding discovery as to Candace Mateo (Lindsay, Maurice) (Entered: 10/06/2005) |
| 10/20/2005 | 25 | Govt's Letter (non-motion) regarding discovery obligations as to Candace Mateo filed. (Finn, Mary) (Entered: 10/21/2005) |
| 10/20/2005 | 26 | Govt's Letter (non-motion) regarding discpvery obligations as to Michael Preston filed. (Finn, Mary) (Entered: 10/21/2005) |
| 11/09/2005 |  | NOTICE OF RESCHEDULING as to Michael Preston, Candace Mateo, ISSUED, cc:cl. Status Conference set for 11/14/2005 at 4:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 11/09/2005) |
| 11/14/2005 | 27 | JOINT MEMORANDUM of the parties re initial status conference by Michael Preston, Candace Mateo, USA (Stuckenbruck, John) (Entered: 11/14/2005) |
| 11/14/2005 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Vuono, O'Neil and Bernard) appear for Status Conference as to Michael Preston, Candace Mateo held on 11/14/2005. Colloquy re: discovery. Scheduling Order and Status Report to |

|  |  |  |
|---|---|---|
|  |  | issue. (Digital Recording #FTR.) (Healy, Bethaney) (Entered: 11/15/2005) |
| 11/15/2005 | 28 | Magistrate Judge Kenneth P. Neiman. INTERIM SCHEDULING ORDER as to Michael Preston, Candace Mateo, ENTERED, cc:cl. Final Status Conference set for 12/5/2005 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memo due by 12/2/05. (Healy, Bethaney) (Entered: 11/15/2005) |
| 11/15/2005 | 29 | Magistrate Judge Kenneth P. Neiman. INTERIM STATUS REPORT as to Michael Preston, Candace Mateo, cc:cl. (Healy, Bethaney) (Entered: 11/15/2005) |
| 11/15/2005 |  | Notice of correction to docket made by Court staff. Correction: 29 Status Report was edited. The wrong PDF file was attached to the entry. Copy of status report forwarded to counsel via email. as to Michael Preston, Candace Mateo (Healy, Bethaney) (Entered: 11/15/2005) |
| 12/05/2005 | 30 | Judge Kenneth P. Neiman : ORDER entered. CJA 20 as to Michael Preston: Appointment of Attorney William J. O'Neil for Michael Preston. (Finn, Mary) (Entered: 12/05/2005) |
| 12/05/2005 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Vuono, O'Neil, Bernard) appear for Final Status Conference as to Michael Preston, Candace Mateo held on 12/5/2005. Final Status Report to issue. (Digital Recording #FTR.) (Healy, Bethaney) (Entered: 12/05/2005) |
| 12/05/2005 | 31 | Magistrate Judge Kenneth P. Neiman. FINAL STATUS REPORT as to Michael Preston, Candace Mateo ENTERED, cc:cl. Initial Pretrial Conference set for 1/19/2006 at 2:00 PM in Courtroom 3 before Judge Michael A Ponsor. (Healy, Bethaney) (Entered: 12/08/2005) |
| 01/10/2006 | 32 | Magistrate Judge Kenneth P. Neiman. ORDER ON EXCLUDABLE DELAY as to Michael Preston, Candace Mateo ENTERED, cc:cl. Time excluded from September 28, 2005 until December 5, 2005. (Healy, Bethaney) (Entered: 01/10/2006) |
| 01/19/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Michael Preston, Candace Mateo held on 1/19/2006 - Case to be transferred to |

| | | |
|---|---|---|
| | | Boston to be redrawn; Government to file appropriate motion for excludable delay - Order to issue (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 01/19/2006) |
| 01/20/2006 | 33 | Govt's MOTION for an Order of Excludable Delay for the time period from December 5, 2005 to January 19, 2006 as to Michael Preston, Candace Mateo by USA filed. (Finn, Mary) (Entered: 01/23/2006) |
| 01/25/2006 | | Judge Michael A Ponsor : endorsedORDER entered granting 33 Motion for Order of Excludable Delay as to Michael Preston (1), Candace Mateo (2) (Stuckenbruck, John) (Entered: 01/25/2006) |
| 01/25/2006 | 34 | Judge Michael A Ponsor : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Michael Preston, Candace Mateo Time excluded from 12/5/05 until 1/19/06. (Stuckenbruck, John) (Entered: 01/25/2006) |
| 01/25/2006 | 35 | Judge Michael A Ponsor : ORDER of Transfer entered. as to Michael Preston, Candace Mateo. Case transferred to Boston for reassignment by the Clerk to the Eastern or Central Divisions. (Stuckenbruck, John) (Entered: 01/25/2006) |
| 01/25/2006 | | Intradistrict Transfer to the Eastern Division to be randomly re-drawn in the Eastern or Central Division as to Michael Preston, Candace Mateo entered. Original file and docket sheet forwarded to: Ginny Hurley, U.S. District Court, One Courthouse Way, Ste. 2300, Boston MA 02210. (Finn, Mary) (Entered: 01/25/2006) |
| 01/25/2006 | | Case as to Michael Preston, Candace Mateo no longer referred to Magistrate Judge Kenneth P. Neiman. (Finn, Mary) (Entered: 01/25/2006) |
| 01/31/2006 | | Intradistrict Transfer from Western Section as to Michael Preston, Candace Mateo. (Hurley, Virginia) (Entered: 01/31/2006) |
| 01/31/2006 | | Judge update in case as to Michael Preston, Candace Mateo. Judge Rya W. Zobel added. Judge Michael A Ponsor no longer assigned to case. (Hurley, Virginia) (Entered: 01/31/2006) |
| 01/31/2006 | 36 | NOTICE as to Michael Preston, Candace Mateo re reassignment of case to Judge Rya W. Zobel (Hurley, Virginia) (Entered: 01/31/2006) |

| 02/10/2006 | | NOTICE OF HEARING as to Michael Preston, Candace Mateo Pretrial Conference set for 2/15/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 02/10/2006) |
|---|---|---|
| 02/10/2006 | | NOTICE as to Michael Preston & Candace Mateo. All counsel may participate by phone. Please contact the court with the appropriate numbers that they can be reached at. (Urso, Lisa) (Entered: 02/10/2006) |
| 02/13/2006 | 37 | NOTICE OF ATTORNEY APPEARANCE Thomas J. O'Connor, Jr appearing for USA. (O'Connor, Thomas) (Entered: 02/13/2006) |
| 02/15/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Pretrial Conference as to Michael Preston, Candace Mateo held on 2/15/2006 Jury Trial set for 4/24/2006 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. 2-4 days; 12 jurors plus 1 alt. (Urso, Lisa) (Entered: 02/16/2006) |
| 02/27/2006 | 38 | SEALED EX PARTE MOTION as to Candace Mateo. (Jones, Sherry) (Entered: 02/28/2006) |
| 02/27/2006 | 39 | SEALED AFFIDAVIT in Support by Candace Mateo re [38] SEALED MOTION. (Jones, Sherry) (Entered: 02/28/2006) |
| 03/03/2006 | | Judge Rya W. Zobel : endorsedORDER entered granting [38] Sealed Motion as to Candace Mateo (2) in the amount of $2,500.00 (Urso, Lisa) (Entered: 03/03/2006) |
| 03/30/2006 | | NOTICE OF RESCHEDULING as to Michael Preston, Candace Mateo Jury Trial reset for 5/1/2006 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 03/30/2006) |
| 04/11/2006 | 40 | MOTION for Excludable Delay to as to Michael Preston, Candace Mateoby USA. (O'Connor, Thomas) (Entered: 04/11/2006) |
| 04/13/2006 | 41 | Joint MOTION to Continue trial till June as to Michael Preston, Candace Mateo(Urso, Lisa) (Entered: 04/14/2006) |
| 04/14/2006 | | Judge Rya W. Zobel : endorsedORDER entered granting 40 Motion to Exclude as to Michael Preston (1), Candace Mateo (2) (Urso, Lisa) (Entered: 04/14/2006) |
| 04/20/2006 | 42 | *Discovery* Letter (non-motion) regarding Disclosure of Expert Information as to Michael Preston, Candace Mateo |

| | | |
|---|---|---|
| | | *subsequently filed per L.R. 116.3* (O'Connor, Thomas) (Entered: 04/20/2006) |
| 04/20/2006 | 43 | Third MOTION for Excludable Delay to as to Michael Preston, Candace Mateo by USA. (O'Connor, Thomas) (Entered: 04/20/2006) |
| 04/20/2006 | 44 | *Discovery Response* Letter (non-motion) as to Michael Preston, Candace Mateo *subsequently filed pursuant to L.R. 116.3* (Attachments: # 1 # 2 # 3)(O'Connor, Thomas) (Entered: 04/20/2006) |
| 04/21/2006 | | Judge Rya W. Zobel : endorsedORDER entered denying 41 Motion to Continue as to Michael Preston (1), Candace Mateo (2) (Urso, Lisa) (Entered: 04/24/2006) |
| 04/21/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Telephone Conference as to Michael Preston, Candace Mateo held on 4/21/200; counsel to let court know by 4/26/06, on what is going on with case; (Urso, Lisa) (Entered: 04/24/2006) |
| 04/26/2006 | 45 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Michael Preston (Attachments: # 1)(O'Connor, Thomas) (Entered: 04/26/2006) |
| 04/27/2006 | | NOTICE OF HEARING as to Michael Preston, Candace Mateo Change of Plea Hearing set for 5/1/2006 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 04/27/2006) |
| 05/01/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Change of Plea Hearing as to Michael Preston held on 5/1/2006, Plea entered by Michael Preston (1) Guilty Count 1,2. Sentencing set for 7/25/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 05/01/2006) |
| 05/01/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Change of Plea Hearing as to Candace Mateo held on 5/1/2006; Judge will accept plea at time of sentencing; defendant is released on same conditions; Sentencing set for 7/25/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 05/01/2006) |
| 05/01/2006 | 46 | Judge Rya W. Zobel : ORDER entered. PROCEDURAL |

|  |  |  |
|---|---|---|
|  |  | ORDER re sentencing hearing as to Michael Preston Sentencing set for 7/25/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 05/01/2006) |
| 05/01/2006 | 47 | Judge Rya W. Zobel : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Candace Mateo Sentencing set for 7/25/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 05/01/2006) |
| 05/01/2006 | 48 | PLEA AGREEMENT as to Michael Preston (Urso, Lisa) (Entered: 05/01/2006) |
| 05/01/2006 | 49 | PLEA AGREEMENT as to Candace Mateo (Urso, Lisa) (Entered: 05/01/2006) |
| 05/08/2006 | 50 | NOTICE OF ATTORNEY APPEARANCE Todd E. Newhouse appearing for USA. (Newhouse, Todd) (Entered: 05/08/2006) |
| 05/16/2006 |  | Notice of correction to docket made by Court staff. Notice of appearance filed by AUSA Todd Newhouse updated to permit electronic noticing. (Hurley, Virginia) (Entered: 05/16/2006) |
| 07/18/2006 | 52 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Candace Mateo (Lindsay, Maurice) (Entered: 07/21/2006) |
| 07/20/2006 | 51 | SENTENCING MEMORANDUM by Michael Preston (Attachments: # 1 Exhibit Certificates)(O'Neil, William) (Entered: 07/20/2006) |
| 07/21/2006 | 53 | Dft's MOTION to Continue the sentencing hearing to a date mutually convenient to both parties as to Candace Mateo. (Lindsay, Maurice) Modified on 7/25/2006 (Johnson, Jay). (Entered: 07/24/2006) |
| 07/21/2006 | 54 | AFFIDAVIT of Joseph D. Bernard in Support of Dft's 53 MOTION to Continue to to a date mutually convenient to both parties to Sentencing hearing, by Candace Mateo. (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Lindsay, Maurice) (Entered: 07/24/2006) |
| 07/21/2006 | 55 | Dft's MOTION for downward Departure as to Candace Mateo. (Lindsay, Maurice) (Entered: 07/24/2006) |
| 07/21/2006 | 56 | MEMORANDUM in Support of Dft's 55 MOTION for |

| | | |
|---|---|---|
| | | downward Departure, by Candace Mateo. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Certificate of Service)(Lindsay, Maurice) (Entered: 07/24/2006) |
| 07/24/2006 | 57 | Opposition by USA as to Candace Mateo re 55 MOTION for downward Departure (Newhouse, Todd) (Entered: 07/24/2006) |
| 07/25/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Sentencing held on 7/25/2006 for Michael Preston (1), Count(s) 1, 2, The defendant was sentenced to 10 years BOP; 8 years SR; $200.00 SA: Standard Conditions; no guns; DNA sample; SC; drug treatment and testing of no more than 104 tests; Rec; 500 Hour Drug Treatment Program; FCI Ray Brook, NY. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 07/25/2006) |
| 07/25/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Plea and Sentence Hearing held on 7/25/2006 Candace Mateo (2) Plea of guilty and sentencing on Count 1,2. Defendant sentenced: Candace Mateo (2), Count(s) 1, 2, The defendant was sentenced to 5 years BOP; 4 years SR; $200.00 SA; Standard conditions; No guns; DNA sample;. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 07/25/2006) |
| 07/27/2006 | 58 | Judge Rya W. Zobel : ORDER entered. JUDGMENT as to Candace Mateo (2), Count(s) 1, 2, The defendant was sentenced to 5 years BOP; 4 years SR; $200.00 SA; Standard conditions; No guns; DNA sample; (Urso, Lisa) (Entered: 07/28/2006) |
| 07/27/2006 | 59 | Judge Rya W. Zobel : ORDER entered. JUDGMENT as to Michael Preston (1), Count(s) 1, 2, The defendant was sentenced to 10 years BOP; 8 years SR; $200.00 SA: Standard Conditions; no guns; DNA sample; SC; drug treatment and testing of no more than 104 tests; Rec; 500 Hour Drug Treatment Program; FCI Ray Brook, NY (Urso, Lisa) (Entered: 07/28/2006) |
| 08/01/2006 | 60 | NOTICE OF APPEAL by Candace Mateo re 58 Judgment NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal |

| | | Record due by 8/21/2006. (Attachments: # 1 ECF Mandatory Filing Notice)(Johnson, Jay) (Entered: 08/02/2006) |