**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USDC Docket Number : 05-cr-30058

United States of America

v.

Candace Mateo

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-37, 40-60

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/1/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 9, 2006.

Sarah A Thornton, Clerk of Court

By: _/s/ Jeanette Ramos_
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __8/16/06__ .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: __06-2189__

- 3/06