

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-2189

UNITED STATES,

Appellee,

v.

CANDACE MATEO,

Defendant, Appellant.

**JUDGMENT**

Entered: July 11, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/11/07

By the Court:
Richard Cushing Donovan, Clerk

By: AMY B. LEDERER
Appeals Attorney

[cc: Candace Mateo, Lisa Aidlin, Esq., Ariane D. Vuono, AUSA,
Todd E. Newhouse, AUSA, Thomas J. O'Connor, Jr., AUSA,
Dina M. Chaitowitz, AUSA]