UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his

deputies, and to: The Superintendent of FDC Philadelphia; P.O. Box 562, Philadelphia, PA      BBO# 90894-038
FAX #215-521-7220

YOU ARE COMMANDED to have the body of __CANDACE MATEO__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __12__, on the __5TH__ floor, Boston, Massachusetts on __January 16, 2008 @ 11:00 A..M.__

for the purpose of _____Re-sentencing_____

in the case of    United States v. Candace Mateo

CR Number __05cr30058-2-RWZ__

And you are to retain the body of said __CANDACE MATEO__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __CANDACE MATEO__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this __2ND__ day of __JANUARY__, 20 __08__.


_____s/ Rya W. Zobel_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

SARAH A. THORTON
CLERK OF COURT

SEAL

By: __s/ Lisa A. Urso__
Deputy Clerk


(Habeas Writ.wpd - 12/98)                                                              [kwhcap.] or
                                                                                       [kwhcat.]